Andre Birotte, Jr., U.S. Attorney
Sandra R. Brown, Asst. U.S. Attorney
Darwin Thomas, Asst. U.S. Attorney
Brian H. Corcoran, Trial Attorney, DOJ Tax
PO Box 7238, Washington, D.C. 20044
(202) 353-7421, Brian.H.Corcoran@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV10-5856- JHN (PLHx) |
| v. | |
| Gwenn Wycoff and Frank Ozak, | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s). | |

NOTICE:  Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

**A CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Brian H. Corcoran                                       , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff  ☐ Defendant: United States of America                          by whom I have been retained.

My business information is:
United States Department of Justice - Tax Division
*Firm Name*

PO Box 7238
*Street Address*

Washington, D.C. 20044                     Brian.H.Corcoran@usdoj.gov
*City, State, Zip*                                    *E-Mail Address*

(202) 353-7421                                   (202) 514-6770
*Telephone Number*                              *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| D.C. | 1/1998 |
| N.Y. | 6/1992 |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Darwin Thomas as local counsel, whose business information is as follows:

United States Attorney's Office
*Firm Name*

Room 7211 Federal Building, 300 North Los Angeles Street
*Street Address*

Los Angeles, CA 90012                     Darwin.Thomas @usdoj.gov
*City, State, Zip*                              *E-Mail Address*

(213) 894-2740                          (213) 894-0115
*Telephone Number*                            *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   8/9/2010

Brian H. Corcoran
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   8/24/10

Darwin Thomas
*Designee's Name (please print)*

*Designee's Signature*

80745
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

BRIAN H. CORCORAN

was on the    5TH day of    JANUARY, 1998

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 9, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
            Deputy Clerk

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **August 24, 2010**, I served

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **August 24, 2010**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **August 24, 2010**, Los Angeles, California.

_____/s/_____
**Connie Hom**

**RE: USA V. GWENN WYCOFF AND FRANK OZAK**

**CASE NO.: CV 10-5856 JHN (PLAx)**

<u>**Service List**</u>

Brian H. Corcoran
U.S. Department of Justice
P.O. Box 20044
Washington, DC 20044