| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>**U S DOJ Tax Division -PO BOX 7238**<br>**PO BOX 7238 Ben Franklin Station**<br>**Washington, DC 20044** | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: **202 514-6546**    FAX NO. (Optional): **202 514-6770**<br>EMAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **UNITED STATES OF AMERICA** | |

| UNITED STATES DISTRICT COURT CENTERAL DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: |  |
|---|---|

| PLAINTIFF/PETITIONER:  **UNITED STATES OF AMERICA** | CASE NUMBER:<br>**CV 10 5856-JHN (PLAX)** |
|---|---|
| DEFENDANT/RESPONDENT:  **GWENN WYCOFF; AND FRANK OZAK** | |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 501 12th St. Sacramento, CA 95814.

That on **August 23rd, 2010**, after substituted service was made, I mailed the following documents: **Summons & Complaint for Permanent Injunction and Other Relief** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Sacramento, CA.**

That I addressed the envelope as follows:

**GWENN WYCOFF**
**3111 S BARRINGTON Avenue #6**
**LOS ANGELES, CA 90066**

That I declare under penalty of perjury of the state of California that the foregoing is true and correct.

That I executed this declaration on **August 23rd, 2010** at Sacramento, CA.

Declarant      **Russell Duane**



BY FAX

Order No. 6207294 SEA