ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. CV10-5856-JHN (PLAx) ) |
| GWENN WYCOFF, and FRANK OZAK, | ) **MOTION FOR** ) **PRELIMINARY INJUNCTION** ) **AND OTHER RELIEF** ) |
| Defendants. | ) |

Date: November 8, 2010
Time: 2 p.m.
Place: Ctrm. 790
255 East Temple St.
Los Angeles, CA 90012

4575123.1

PLEASE TAKE NOTICE that on November 8, 2010, at 2 p.m., or as soon thereafter as counsel can be heard, before the Honorable Jacqueline H. Nguyen, United States District Judge, in Courtroom 790, located in the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, plaintiff United States of America by and through their counsel, André Birotte, Jr., United States Attorney for the Central District of California, Sandra R. Brown, Assistant United States Attorney, Chief, Tax Division, Darwin Thomas, Assistant United States Attorney, and Brian H. Corcoran, Trial Attorney, Tax Division, will move and does hereby move for entry of a preliminary injunction against Defendants Gwenn Wycoff and Frank Ozak pursuant to 26 U.S.C. §§ 7402 and 7408.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities.  This motion will be based on the Petition, the Court's docket record, the attached Memorandum of Points and Authorities, and all attached exhibits and declarations.

This motion is exempt from the pre-filing conference requirement in Local Rule 7-3 because it seeks preliminary injunctive relief.

4575123.1

October 8, 2010

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov


/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.   20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

4575123.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 8, 2010, I served the foregoing *United States' Motion for Preliminary Injunction and Other Relief*, and all related papers, by first class mail upon the following:

Gwenn H. Wycoff
Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, California 90405

Counsel *Pro Se*

/s/ Brian H. Corcoran
BRIAN H. CORCORAN

4

4575123.1