## Kenzington

### The Kenzington Fund
*Irrevocable Common Law Trusts*

**Frank C. Ozak**          **Gwenn H. Wycoff**
**General Manager**        **Administrator**

Sales: 1-800-923-8846 • Phone: (310) 398-1705 • Fax: (310) 398-6370
e-mail: Kenzington@juno.com or kenztn@aol.com
PMB 10, 3250 Olympic Blvd., Santa Monica, CA 90404

Old

Ex #1

New

## Charles Arthur Enterprises

### Frank C. Ozak, Esq.
*General Manager*
*Voice: (818) 574-6122*
Skype: fcoz2003

12228 Venice Blvd., No. 303
Los Angeles, CA 90064

passingbucks@gmail.com

