FILE COPY

**Department of the Treasury**
**Internal Revenue Service**
300 N. Los Angeles St., MS: LA 5019
Los Angeles, California 90012

**Letter Number:**
895 (DO) (Rev. 5-92)
**Letter Date:**

JAN 0 5 2007

**Taxpayer Identification Number:**
95-7035553
**Form:**
1041
**Person to Contact:**
Notices Clerk
**Telephone Number:**
(213) 576-3613
**Refer Reply to:**
SE:S:E:TS:CAA:16B

**TECHNICAL SERVICES MANAGER**
**TECHNICAL SERVICES CALIFORNIA AREA 7**

Kenzington Fund Irrevocable Trust 091597
c/o George McCalip, Trustee
3250 Olympic Boulevard, Suite 10
Santa Monica, California 90404

**Last Day to File a Petition With**
**the United States Tax Court:**

APR 0 5 2007

Tax Year(s) Ended:          December 31, 2003

Deficiency:
Increase in Tax          $56,734.00
Penalties:
IRC § 6662(a)          $ 11,346.80

Dear Taxpayer:

This letter is to notify you – as required by law – that we have determined the income tax deficiencies shown above. We have enclosed a statement explaining how we figured them. We have assessed these deficiencies under the Internal Revenue laws that apply to jeopardy assessments.

If you do not agree with our determination, you may file a petition with the United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217. You can get a copy of the rules for filing a petition by writing to the Clerk of the Tax Court at the same address.

If you wish to file a petition, you must do it within 90 days from the date of this letter. (The time period is 150 days if this letter is addressed to you outside the United States.) This period is fixed by law, and the Court cannot consider your petition if it is late.

NOTE: If you are a "C" corporation, the law requires us to charge you an interest rate that is two percent higher than the normal rate on deficiencies of $100,000 or more.

If you have questions about this letter, you may write to or call the contact person whose name, telephone number, and IRS address are shown on the front of this letter. If you write, please include your telephone number, the best time for us to call you if we need more information, and a copy of this letter to help us identify your account. Keep the original letter for your records. If you prefer to call and the telephone number is outside your local calling area, there will be a long distance charge to you.

(over)

(2)

The contact person can access your tax information and help you get answers. You also have the right to contact the office of the Taxpayer Advocate. Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the U.S. Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling. If you want Taxpayer Advocate assistance, please contact the Taxpayer Advocate for the IRS office that issued this notice of deficiency. See the enclosed Notice 1214, Helpful Contacts for Your "Notice of Deficiency", for Taxpayer Advocate telephone numbers and addresses.

Thank you for your cooperation.

Sincerely,
Mark W. Everson
Commissioner
By

for  Leo V. Alvarado
Technical Services Manager
Technical Services California Area 7

Enclosures:
Statement

Letter 895 (DO) (Rev. 5-1992)
Catalog Number 40357S

**Department of the Treasury**
**Form 4089-A**

**Internal Revenue Service**

## NOTICE OF DEFICIENCY STATEMENT

*Taxpayer Name:*
Kenzington Fund Irrevocable Trust 091597
c/o George McCalip, Trustee
3250 Olympic Boulevard, Suite 10
Santa Monica, California 90404

*SSN/EIN:* 95-7035553

*Type of Tax:*    Trust Income

## DEFICIENCY
### (Increase in Tax and Penalties)

*Tax Year Ended:*    December 31, 2003
*Deficiency:*
*Increase in Tax*        $56,734.00
*Penalties:*
IRC § 6662(a)            $11,346.80

## SUMMARY OF ASSESSMENTS

Summary of assessments made under the provisions of the Internal Revenue Laws applicable to jeopardy assessments made on **November 7, 2006** for the calendar year(s) shown:

| Period | Tax | Penalties |
|---|---|---|
| 01/01/2003 through 12/31/2003 | $56,734.00 | $11,346.80 |

*Copy to Authorized Representative:*

Form 4089-A

Taxpayer Name: Kenzington Fund Irrevocable Trust 091597

EIN: 95-7035553
Schedule No. 1
Page 1

## CONTINUATION SHEET

## INTEREST ON DEFICIENCIES

Interest on deficiencies will accrue from the due date of the return until paid.

## ACCURACY RELATED PENALTY I.R.C. § 6662(a)

### December 31, 2003
### $11,346.80

It is determined that all of the underpayment of tax for the taxable year ended December 31, 2003 is attributable to one or more of (1) negligence or disregard of rules or regulations, (2) any substantial understatement of income tax, or (3) any substantial valuation overstatement, an addition to the tax is charged as provided by section 6662(a) of the Internal Revenue Code. The penalty is twenty (20) percent of the portion of the underpayment of tax attributable to each component of this penalty. In addition, interest is computed on this penalty from the due date of the return (including any extensions).

The accuracy-related penalty as set forth in Section 6662(a) of the Internal Revenue Code is imposed in the amount, shown below, for the taxable year ended December 31, 2003.

|  | 200312 |
| --- | --- |
| Corrected tax: | $56,734.00 |
| Tax shown on return: | 0.00 |
| Credit Recapture |  |
| Total Underpayment: | $56,734.00 |
| Underpayment Attributable to non-Accuracy-Related issue: | $0.00 |
| Attributable to Fraud: | $56,734.00 |
| Rate: | 20% |
| Penalty: | $11,346.80 |

| Form 5278 | Department of the Treasury - Internal Revenue Service<br>STATEMENT -- INCOME TAX CHANGES | | SCHEDULE NO. 1 |
|---|---|---|---|
| | | | Office Symbols<br>QMS(1) bk |

Name(s) of Taxpayer: Kenzington Fund Irrevocable Trust 091597

( x ) Notice of Deficiency
(   ) Settlement Computation
(   ) Other  (Specify)

SSN/EIN: 95-7035553

| | | TAX YEARS ENDED | |
|---|---|---|---|
| | | | December 31, 2003 |
| 1. Adjustments to income:<br>  a. Business Income | | | |
|   b.  Cost of Goods Sold | | | $17,654 |
|   c.  Schedule-C Business Expenses | | | 19,858 |
|   d.  Income Distribution Deduction Adjustments | | | 32,081 |
|   e.  Exemption | | | 95,246 |
|   f. | | | (300) |
|   g. | | | |
|   i | | | |
| 2.  Total adjustments | | | |
| 3.  Taxable income per return | $0 | | $164,539 |
| 4.  Taxable income as revised | 0 | | 0 |
|       Tax Method | $0 | | $164,539 |
|       Filing Status | | | |
| 5.  Tax | | | |
| 6.  Alternative tax, if applicable | 0 | | 56,734 |
| 7.  Corrected tax liability | | | |
| 8.  Less    a. | $0 | | $56,734 |
|    credits   b. | | | |
|   (specify) c. | | | |
| 9.  Balance (Line 7 - (8a+8b+8c)) | $0 | | $56,734 |
| 10. Plus    a. | 0 | | $56,734 |
|             b. | | | 0 |
|             c. | | | |
| 11. Total corrected tax liability<br>     (Line 9 + (10a+10b+10c)) | $0 | | $56,734 |
| 12. Total tax shown on return<br>     or as previously adjusted | $0 | | $0 |
| 13. Adjustments to<br>       a. | | | |
|       b. | | | |
| 14. Increase in Tax or<br>     (Overassessment - Decrease in Tax)<br>     (Line 11 adjusted by Lines 12 & 13) | $0 | | $56,734 |
| 15. Additions/Adjustments to the Tax:<br>     Penalties | | | |
|       a. Accuary-Related Penalty I.R.C. § 6662 | $0 | | |
|       b. | | | $11,346.80 |

# EXPLANATION OF ITEMS

Schedule No. 2
Page 1

**Name of Taxpayer:** Kenzington Fund Irrevocable Trust 091597

EIN: 95-7035553

## 1a. BUSINESS INCOME

### December 31, 2003
### $17,654.00

It is determined that due to your failure to produce your books and records, trust gross business receipts for the taxable year 2003 have been computed by reference to the bank deposit method of recomputing income, and information received from third parities, documents that you submitted to the Compliance Examination, and admissions that you or an authorized representative made during the course of the examination. Based upon the examination performed, it is determined that your business receipts for the taxable year 2003 are $80,132.00 rather than $62,478.00 as reported. Your taxable income is increased accordingly.

December 31, 2003

| DESCRIPTION | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| Business Income | $62,478.00 | $80,132.00 | $17,654.00 |
| | | TOTAL | $17,654.00 |

## 1b. COST OF GOOD SOLD

### December 31, 2003
### $19,858.00

It is determined that you are allowed $3,766.00 as a deduction for trust cost of goods sold rather than $23,624.00 as shown on your return for the taxable year ending December 31, 2003. The amount of $19,858.00 is not allowed because you have not established that you incurred, or if incurred, paid this amount during the taxable year ending December 31, 2003, for ordinary and necessary business purposes and that this amount qualifies as cost of goods sold expenses, under the provisions of the Internal Revenue Code. Accordingly, taxable income is increased $19,858.00 for taxable year ending December 31, 2003.

December 31, 2003

| DESCRIPTION | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| Cost of Goods Sold | $23,624.00 | $3,766.00 | $19,858.00 |
| | | TOTAL | $19,858.00 |

## 1c. SCHEDULE-C BUSINESS EXPENSES

### December 31, 2003
### $32,081.00

It is hereby determined that due to your failure to produce your books and records, trust business expenses for the taxable year 2003 have been computed based upon documents that you submitted to Compliance Examination, and admissions that you or an authorized representative made during the course of the examination. Based upon the examination performed, it is determined that your business expenses for the taxable year 2003 are $2,543.00 rather than $34,624.00 as claimed. Your taxable income is increased accordingly for 2003.

December 31, 2003

| DESCRIPTION | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| Schedule C Business Expenses | $34,624.00 | $2,543.00 | $32,081.00 |
| | | TOTAL | $32,081.00 |

# EXPLANATION OF ITEMS

**Name of Taxpayer:** Kenzington Fund Irrevocable Trust 091597

EIN: 95-7035553

## 1d. INCOME DISTRIBUTION DEDUCTION

**December 31, 2003**
**$95,246.00**

It is determined that you are not entitled to deduct the amount of $95,246.00 claimed on your return as an income distribution deduction to Equity Management Trust because you have failed to demonstrate that the events or transactions resulting in the claimed deduction: (i) occurred in fact or substance; (ii) had economic substance; (iii) had a business purpose; (iv) were not integrated or prearranged; and (v) should not be re-characterized or disregarded for Federal income tax purposes under the doctrines of economic substance, step-transaction, substance over form or sham transaction. This amount is determined to be taxable to you, because you have not shown that the amount is excludible from your taxable income, under the provisions of the Internal Revenue Code. Accordingly, your taxable income is increased by $95,246.00 for the taxable year ended December 31, 2003.

**December 31, 2003**

| DESCRIPTION | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| Income Distribution Deduction | $95,246.00 | $0.00 | $95,246.00 |
| | | TOTAL | $95,246.00 |

## 1e. EXEMPTIONS

**December 31, 2003**
**($300.00)**

It is determined that you are entitled to an exemption deduction of $300.00. Therefore, taxable income has been decreased accordingly for taxable year ended December 31, 2003.

**Alternative Position:**

**Withholding under I.R.C. §§ 1441/1442**

**December 31, 2003**
**$27,305.00**

**December 31, 2003**

| DESCRIPTION | PER RETURN | PER EXAM | ADJUSTMENT |
|---|---|---|---|
| Withholding under I.R.C. §§ 1441/1442 | $0.00 | $27,305.00 | $27,305.00 |
| | | TOTAL | $27,305.00 |

It is determined that you are subject to withholding pursuant to I.R.C. §§ 1441/1442 due to the distribution of United States source income to a foreign trust. Based on the examination performed, you received passive income in the amount of $91,016, which is subject to withholding at the rate of 30 percent when distributed to a foreign trust.

 **IRS**

| | Department of the Treasury<br>**Internal Revenue Service** | Notice 1214 (Rev.9-2006)<br>Catalog Number 26162Z |

# Helpful Contacts for Your "Notice of Deficiency"

Do you have questions/concerns about this *"Notice of Deficiency?"* **First, contact the person whose name and telephone number appear at the top of your letter.** This person can directly access your tax information and help you get answers.

Do you want assistance by a Taxpayer Advocate? The Taxpayer Advocate Service is an independent organization within the IRS whose employees assist taxpayers who are experiencing economic harm, who are seeking help in resolving tax problems that have not been resolved through normal channels, or who believe that an IRS system or procedure is not working as it should. If you believe you are eligible for TAS assistance, you can reach TAS by calling toll-free 1-877-777-4778 or TTY/TTD 1-800-829-4059. You can also call the Local Taxpayer Advocate office for your state, whose name and telephone number are listed here.

**ALABAMA**
Birmingham Office
Taxpayer Advocate
801 Tom Martin Dr, Room 151-PR
Birmingham, AL 35211
(205) 912-5631

**ALASKA**
Anchorage Office
Taxpayer Advocate
949 East 36th Ave., Stop A-405
Anchorage, AK 99508
(907) 271-6877

**ARIZONA**
Phoenix Office
Taxpayer Advocate
210 E. Earll Drive, Stop 1005-PHX
Phoenix, AZ 85012-2623
(602) 207-8240

**ARKANSAS**
Little Rock Office
Taxpayer Advocate
700 West Capitol St., Stop 1005-LIT
Little Rock, AR 72201
(501) 396-5978

**CALIFORNIA**
Laguna Niguel Office
Taxpayer Advocate
24000 Avila Road, Stop 2000
Laguna Niguel, CA 92677
(949) 389-4804

Los Angeles Office
Taxpayer Advocate
300 N. Los Angeles St.
Stop 6710LA
Los Angeles, CA 90012
(213) 576-3140

Oakland Office
Taxpayer Advocate
1301 Clay St., Suite 1540S
Oakland, CA 94612
(510) 637-2703

Sacramento Office
(LTA located in Oakland, CA)
4330 Watt Ave. Stop SA5043
Sacramento, CA 95821
(916) 974-5007

San Jose Office
(LTA located in Oakland, CA)
55 S. Market St., Stop 0004
San Jose, CA 95113
(408) 817-6850

**COLORADO**
Denver Office
Taxpayer Advocate
600 17th St., Stop 1005 DEN
Denver, CO 80202-2490
(303) 446-1012

**CONNECTICUT**
Hartford Office
Taxpayer Advocate
135 High St., Stop 219
Hartford, CT 06103
(860) 756-4555

**DELAWARE**
Wilmington Office
Taxpayer Advocate
409 Silverside Rd.
Wilmington, DE 19809
(302) 792-6679

**DISTRICT OF COLUMBIA**
Washington, DC Office
Taxpayer Advocate
500 N. Capitol St. NW, Suite 1301-A
Washington, DC 20221
202-874-7203

**FLORIDA**
Ft. Lauderdale Office
Taxpayer Advocate
7850 SW 6th Court, Room 265
Plantation, FL 33324
(954) 423-7677

Jacksonville Office
Taxpayer Advocate
841 Prudential Dr., Suite 100
Stop: TA:Atlanta/Intl: JAX
Jacksonville, FL 32207
(904) 665-1000

**GEORGIA**
Atlanta Office
Taxpayer Advocate
401 W. Peachtree St., NW
Summit Building
Room 510, Stop 202-D
Atlanta, GA 30308
(404) 338-8099

**HAWAII**
Honolulu Office
Taxpayer Advocate
300 Ala Moana Blvd., #50089
Stop H-495 / Room 1-214
Honolulu, HI 96850
(808) 539-2870

**IDAHO**
Boise Office
Taxpayer Advocate
550 West Fort St., Box 041
Boise, ID 83724
(208) 387-2827

**ILLINOIS**
Chicago Office
Taxpayer Advocate
230 S. Dearborn St.
Room 2860 / Stop 1005-CHI
Chicago, IL 60604
(312) 566-3800

Springfield Office
Taxpayer Advocate
3101 Constitution Dr.
Stop 1005-SPD
Springfield, IL 62704
(217) 862-6382

**INDIANA**
Indianapolis Office
Taxpayer Advocate
575 N. Pennsylvania St.
Room 581 / Stop TA770
Indianapolis, IN 46204
(317) 685-7840

**IOWA**
Des Moines Office
Taxpayer Advocate
210 Walnut St., Room 483, Stop 1005-DSM
Des Moines, IA 50309
(515) 564-6888

**KANSAS**
Wichita Office
Taxpayer Advocate
271 W. 3rd St., North
Stop 1005-WIC, Suite 2000
Wichita, KS 67202
(316) 352-7506

**KENTUCKY**
Louisville Office
Taxpayer Advocate
600 MLK Jr. Place
Room 325
Louisville, KY 40202
(502) 582-6030

**LOUISIANA**
New Orleans Office
Taxpayer Advocate
1555 Poydras St., Suite 220, Stop 2
New Orleans, LA 70112
(504) 558-3001

**MAINE**
Augusta Office
Taxpayer Advocate
68 Sewall St., Room 313
Augusta, ME 04330
(207) 622-8528

**MARYLAND**
Baltimore Office
Taxpayer Advocate
31 Hopkins Plaza, Room 940
Baltimore, MD 21201
(410) 962-2082

**MASSACHUSETTS**
Boston Office
Taxpayer Advocate
JKF Bldg, 15 New Sudbury St., Room 725
Boston, MA 02203
(617) 316-2690

**MICHIGAN**
Detroit Office
Taxpayer Advocate
McNamara Federal Building
477 Michigan Ave., Room 1745, Stop 7
Detroit, MI 48226
(313) 628-3670

**MINNESOTA**
St. Paul Office
Taxpayer Advocate
30 E. 7th St., Suite 817
Stop 1005 STP
St. Paul, MN 55101
(651) 312-7999

 **IRS**

**MISSISSIPPI**
**Jackson Office**
Taxpayer Advocate
100 W. Capitol St., Stop 31
Jackson, MS 39269
(601) 292-4800

**MISSOURI**
**St. Louis Office**
Taxpayer Advocate
1222 Spruce Street,
Stop 1005-STL, Room 10-314
St. Louis, MO 63103
(314) 612-4610

**MONTANA**
**Helena Office**
Taxpayer Advocate
10 West 15th St., Suite 2319
Helena, MT 59626
(406) 441-1022

**NEBRASKA**
**Omaha Office**
Taxpayer Advocate
1313 Farnam St.
Stop 1005-OMA, Room 208
Omaha, NE 68102
(402) 221-4181

**NEVADA**
**Las Vegas Office**
Taxpayer Advocate
110 City Parkway
Stop 1005-LVG
Las Vegas, NV 89106
(702) 868-5179

**NEW HAMPSHIRE**
**Portsmouth Office**
Taxpayer Advocate
Thomas J. McIntyre Federal Bldg.
80 Daniel St., Room 403
Portsmouth, NH 03801
(603) 433-0571

**NEW JERSEY**
**Springfield Office**
Taxpayer Advocate
955 S. Springfield Ave., Ist Floor
Springfield, NJ 07081
(973) 921-4043

**NEW MEXICO**
**Albuquerque Office**
Taxpayer Advocate
5338 Montgomery Blvd. N.E.
Stop 1005 ALB
Albuquerque, NM 87109
(505) 837-5505

**NEW YORK**
**Albany Office**
Taxpayer Advocate
Leo O'Brien Federal Building
1 Clinton Square, Room 354
Albany, NY 12207
(518) 427-5413

**Brooklyn Office**
Taxpayer Advocate
10 Metro Tech Center
625 Fulton St.
Brooklyn, NY 11201
(718) 488-2080

**Buffalo Office**
Taxpayer Advocate
201 Como Park Blvd.
Buffalo, NY 14227-1416
(716) 686-4850

**Manhattan Office**
Taxpayer Advocate
290 Broadway, 5th Floor
New York, NY 10007
(212) 436-1011

**NORTH CAROLINA**
**Greensboro Office**
Taxpayer Advocate
320 Federal Place, Room 125
Greensboro, NC 27401
(336) 378-2180

**NORTH DAKOTA**
**Fargo Office**
Taxpayer Advocate
657 2nd Ave, N., Stop 1005 FAR
Fargo, ND 58102-4727
(701) 239-5141

**OHIO**
**Cincinnati Office**
Taxpayer Advocate
550 Main St., Room 3530
Cincinnati, OH 45202
(513) 263-3260

**Cleveland Office**
Taxpayer Advocate
1240 E. 9th St., Room 423
Cleveland, OH 44199
(216) 522-7134

**OKLAHOMA**
**Oklahoma City Office**
Taxpayer Advocate
55 N. Robinson, Stop 1005-OKC
Oklahoma City, OK 73102
(405) 297-4055

**OREGON**
**Portland Office**
Taxpayer Advocate
1220 S.W. 3rd Ave., Stop O-405
Portland, OR 97204
(503) 326-2333

**PENNSYLVANIA**
**Philadelphia Office**
Taxpayer Advocate
600 Arch St., Room 7426
Philadelphia, PA 19106
(215) 861-1304

**Pittsburgh Office**
Taxpayer Advocate
1000 Liberty Ave., Room 366
Pittsburgh, PA 15222
(412) 395-4769

**RHODE ISLAND**
**Providence Office**
Taxpayer Advocate
380 Westminster St.
Providence, RI 02903
(401) 525-4200

**SOUTH CAROLINA**
**Columbia Office**
Taxpayer Advocate
1835 Assembly St.
Room 466, MDP-03
Columbia, SC 29201
(803) 253-3029

**SOUTH DAKOTA**
**Aberdeen Office**
Taxpayer Advocate
115 4th Ave. Southeast
Stop 1005-ABE, Room 114
Aberdeen, SD 57401
(605) 226-7248

**TENNESSEE**
**Nashville Office**
Taxpayer Advocate
801 Broadway, Stop 22
Nashville, TN 37203
(615) 250-5000

**TEXAS**
**Austin Office**
Taxpayer Advocate
300 E. 8th St., Stop 1005-AUS
Austin, TX 78701
(512) 499-5875

**Dallas Office**
Taxpayer Advocate
1114 Commerce St.
MC 1005DAL, Room 1004
Dallas, TX 75242
(214) 413-6500

**Houston Office**
Taxpayer Advocate
1919 Smith St., Stop 1005-HOU
Houston, TX 77002
(713) 209-3660

**UTAH**
**Salt Lake City Office**
Taxpayer Advocate
50 South 200 East, Stop 1005-SLC
Salt Lake City, UT 84111
(801) 799-6958

**VERMONT**
**Burlington Office**
Taxpayer Advocate
Courthouse Plaza
199 Main St.
Burlington, VT 05401-8309
(802) 859-1052

**VIRGINIA**
**Richmond Office**
Taxpayer Advocate
400 North 8th St., Room 916
Richmond, VA 23240
(804) 916-3501

**WASHINGTON**
**Seattle Office**
Taxpayer Advocate
915 2nd Ave., Stop W-405
Seattle, WA 98174
(206) 220-6037

**WEST VIRGINIA**
**Parkersburg Office**
Taxpayer Advocate
425 Juliana St. RM 3012
Parkersburg, WV 26101
(304) 420-8695

**WISCONSIN**
**Milwaukee Office**
Taxpayer Advocate
211 West Wisconsin Ave.
Room 507, Stop 1005MIL
Milwaukee, WI 53203
(414) 231-2390

**WYOMING**
**Cheyenne Office**
Taxpayer Advocate
5353 Yellowstone Road
Cheyenne, WY 82009
(307) 633-0800

**TAXPAYERS LIVING ABROAD OR IN U.S. TERRITORIES**
**International** - Puerto Rico
Taxpayer Advocate
San Particio Office Building
7 Tabonuco St.
Room 200
Guaynabo, PR, 00966
(787) 622-8930 (Spanish)
(787) 622-8940 (English)

**Campuses**
**Andover**
Taxpayer Advocate
310 Lowell St., Stop 120
Andover, MA 01810-9055
(978) 474-5549

**Atlanta**
Taxpayer Advocate
4800 Buford Hwy., Stop 29A
Chamblee, GA 30362
(770) 936-4500

**Austin**
Taxpayer Advocate
3651 S. Interregional Hwy, Stop 1005-AUSC
Austin, TX 78767
(512) 460-8300

**Brookhaven**
Taxpayer Advocate
1040 Waverly Ave, Stop 02
Holtsville, NY 11742
(631) 654-6686

**Cincinnati**
Taxpayer Advocate
201 Rivercenter Blvd., Stop 11-G
Covington, KY 41011
(859) 669-5316

**Fresno**
Taxpayer Advocate
5045 E. Butler Ave., Stop 1394
Fresno, CA 93888
(559) 442-6400

**Kansas City**
Taxpayer Advocate
2306 East Bannister Rd.
Stop 1005 - ROE
Kansas City, MO 64131
(816) 926-2493

**Memphis**
Taxpayer Advocate
5333 Getwell Rd., Stop 13-M
Memphis, TN 38130
(901) 395-1900

**Ogden**
Taxpayer Advocate
1973 N. Rulon White Blvd.
Stop 1005
Ogden, UT 84404
(801) 620-7168

**Philadelphia**
Taxpayer Advocate
11601 Roosevelt Blvd., Stop SW-820
Philadelphia, PA 19154
(215) 516-2499