Case 2:10-cv-05856-JHN-PLA    Document 10-7    Filed 10/08/10    Page 1 of 2    Page ID #:170

# Frank Ozak and Gwenn Wycoff

Home

Contact Info

Meetings Archive

Books & DVDs

Libertarian Links

Samuel E. Konkin III

Chauntecleer Award

KHC in the News

Blog

Message Board

| | Find |
by freehand

... is scheduled as the guest speaker for the 180th meeting of the Karl Hess Club, to convene on June 15, 2009.

## Frank Ozak and Gwenn Wycoff on "Trusts and Heirs' Rights, Part 2."

The powers running this country have a particular agenda, and play politics as though it is a violin. Are they hell-bent on destroying the financial procedures of the world? From an overview, it seems so. What could possibly be the motive?

Says Oazk reports that, in 1996, one of their people sat on an airplane next to one of the G7 financiers -- those who run and own the world. He told their associate of plans to put the entire planet back into a feudal system. He was so smug and confident of this group's success, he bragged about how these heartless plans were being installed to control the world. However, one of their greatest challenges was how to reduce the population so they could dominate the world.

Ozak will examine the feudal system. Those who can support humans, can own them.

How to fight the G7? Ozak suggests the Irrevocable Common Law Trust format. These contain Trust Capital Units, allowing for an organized wealth distribution protocol. Not only is wealth shared, but all assets of the Trust become available to those who need them.

Case 2:10-cv-05856-JHN-PLA  Document 10-7  Filed 10/08/10  Page 2 of 2  Page ID #:171

This sounds like Communism, but the Trust Capital Unit System is based on motivation and incentive. The best of both worlds.

The Super Rich use this for leverage to buy their way into any place on the planet. They are free to do what they want, because they are King of the Mountain. Group powers gives leverage, and this idea of rugged individualism is inapplicable in a game of this magnitude. These power brokers have amassed wealth over generations, while knocking you down to make sure you cannot climb up the mountain.

## About Ozak and Wycoff:

Frank Ozak and Gwenn Wycoff are contributing authors to The Art of Passing the Buck, Volume 1 and Volume 2, published under a pen name. Their website: PassingBucks.com.

Copyright AD 2009 by Karl Hess Club.