Case 2:10-cv-05856-JHN-PLA   Document 10-8   Filed 10/08/10   Page 1 of 8   Page ID #:172

## Wouldn't you [...] to accumulate wealth without...?

- THE IRS TAKING AS MUCH AS 50% IN TAXES
- WAYWARD RELATIVES OR SPOUSES HAVING ACCESS TO YOUR TRW
- UNSCRUPULOUS INDIVIDUALS TRACKING YOU THROUGH YOUR SOCIAL SECURITY NUMBER
- CONFISCATORY TAXES UPON YOUR DEATH
- LOSS DUE TO CLAIMS UPON YOUR ESTATE
- YOUR CHILDREN BEING POUNCED UPON AND HOUNDED BY CON ARTISTS

## The 7 Laws of Wealth

We can show you how to keep your wealth utilizing these principles:

1. **Reduce All Taxes.**
2. **Protect Your Assets and Property.**
3. **Prepare for a Secure Retirement.**
4. **Protect Yourself Against Lawsuits.**
5. **Establish Privacy.**
6. **Avoid Probate and Estate Taxes.**
7. **Utilize Wise Counsel.**

## Statutory Trusts

Depending on what your needs are, a trust can start as low as $15.00. You can get the forms at your local stationery supply store. These are known as living trusts or statutory trusts, and offer no protection to your heirs. In these trusts the assets cannot be separated, therefore, one lawsuit can wipe them out. There is also no individual protection, and one cannot run a business through a living trust. This type of trust must be avoided for full asset protection. Statutory trusts can be subject to probate.

## What The Kenzington Fund can do for you...

The Kenzington Fund is unique: We assist you to structure and construct domestic common-law trusts. This includes Employer Identification Numbers (EIN), and a 90-day educational support program for the board of trustees, general manager, and executive secretary. Also included is a one-year support package to update the trust documents as new information comes available, and to provide policies and procedure as guidelines.

## Too good to be true?

It isn't! And if you are interested in finding out more about establishing your own trust, give us a call, or just send us your name, address, phone number and $40.00 applied toward your trust purchase plus $5.00 S&H. We will send you a copy of *The Kenzington Report*, a detailed book about establishing an irrevocable trust complete with some prior adjudicated cases, our latest newsletter "The Journey of Trust" and our current price list.

## If you are serious

If you are serious about the workings of a trust and how to set one up for yourself, we suggest you read our free brochure "The Search for Trust." Many hours of research went into the compilation of this information so that those who search for "trust" are savvy when speaking with others in the trust business.

### AVAILABLE PRODUCTS

Common Law Trust Book ......... $33.00

The Kenzington Report .......... $45.00

1 Yr. subscription to
*Journey of Trust* newsletter ....... $25.00

Newsletter back issues each ..... $5.00

All Shipped Post Paid.
Visa - MC & Fax Check accepted.

# OWN NOTHING CONTROL EVERYTHING

*GAIN THE POWER OF THE WEALTHY*

*PROTECT YOUR ASSETS.*

## The Kenzington Fund

PMB 10
3250 Olympic Blvd.
Santa Monica, CA 90404
Sales: 1-800-923-8846
Phone: (310) 398-1705
Fax: (310) 398-6370
e-mail: Kenzington@juno.com
kentzn@aol.com

Source: Wilson Anna Covey Family Trust, Rec'd 1/16/09 - TC, RA

Case 2:10-cv-05856-JHN-PLA   Document 10-8   Filed 10/08/10   Page 2 of 8   Page ID #:173

## Own Nothing, Control Everything

John D. Rockefeller often bragged that he owned nothing but managed everything. The issue is control, not ownership. This is what the ultra rich know. Many in these families do not individually own property. The majority of assets are held through trusts and other types of group financial holding companies. This makes it nearly impossible to sue any of these wealthy families. This is why, when any of the politically favored power group seem to get into "hot water," they are never sued, even in the wake of death and destruction.

## Is It Worth a Foreign Lawsuit?

Imagine that your company failed and owed $500,000 to creditors. You have some money in the bank, a nice home and an automobile. Your creditors sue you. You have to fork over your hard-earned money. You might have to sell your home and car to pay the debts. But, what if you are only the custodian of the company, and the company was owned by another person? Then of course, the owner of the company is sued. Now, what if the owner of the company is a trust established in Holland? Those wanting to collect would need to take the matter to Holland. Imagine how much trouble that would be. Now you begin to get the picture of how the wealthy have set up their estates.

## Trust Groups

What if you owned 15 oil wells and you wanted to make sure that if an accident occurred on one oil well, you would not lose the 14 other wells. To protect them you would, ideally, put each of them in a separate trust so if something happened to one oil well, it would not affect the others. This did, in fact happen: The trust consultant advised his client to put each of his oil wells into a trust. Instead of one oil well, he put three into each trust, making a total of five trusts. These trusts were set up under different names. Then, one day a worker fell off one of the oil rigs and was permanently disabled. A law suit followed, but since only three oil wells were in this particular trust, that was the maximum damages that could be awarded. In fact, no one ever knew there had been an original 15 oil wells.

## What Taxes?

You may be scratching your head, wondering why you didn't know any of this, but here's another little fact that few people know. J. Paul Getty didn't own anything either. When his famous estate was transferred to the beneficiaries, no taxes were due! In fact it wasn't even public record who they were.

## Dump Your Assets!

If you are in a profession where you are open to lawsuits, your assets make you vulnerable to those who believe they can squeeze money out of you. No one would ever think of suing you if they knew you didn't own anything. It is the same as if your friend let you drive his car then the car is stolen. It is your friend's insurance that must pay for the loss, not you. So if you have a car, put it into a trust and make the trust responsible for it. Not only does this relieve you of an asset tempting to predators, but if there is ever a liability, the greatest asset lost is the car. Your house, boat or your other securities remain safe. Of course, you can put all your major valuables into separate trusts.

## Marriage and Asset Protection

A prenuptial agreement is not necessary. If one or both parties who marry has a trust, only the benefit of using the goods and compensation from the trust is shared, not the assets. If there is a divorce, the spouse cannot take anything out of the marriage that did not originally belong to him/her. This means that if Bob and Sally marry, and Sally's assets are in a trust, then Bob cannot have them during the marriage or at the time of divorce. Bob can enjoy the benefit of using the assets, such as the car and the boat, but when he and Sally separate, there is no question who owns these assets. It is the trust that owns the property and Sally only has the right to use it.

## Why doesn't everyone have a trust?

As mentioned, the super wealthy have been using trusts for hundreds of years to generate wealth for their families and keep it secure from all types of financial predators and agencies. These families keep their wealth protection techniques secret. They don't advertise, and they take pleasure in considering themselves "exclusive." Many laws, regulations and statutes state that "common" people must endure every day for the sake of the common good(?)

The main reason there are not more common law trusts today is simply because people do not know about them. Consider doing what wealthy do: create trusts. Informed people get the greatest advantage from trusts.

## You Can Have Earnings...

- THE IRS CANNOT SEE
- NOT SUBJECT TO WITHHOLDING
- NO FEDERAL OR STATE TAXES
- NO SOCIAL SECURITY TAXES
- INVESTMENTS WITHOUT IMMEDIATE TAX CONSEQUENCES
- WITHOUT CAPITAL GAINS TAXES
- RENTAL INCOME NOT SUBJECT TO TAXES
- RETIREMENT INCOME 100% TAX FREE
- INVISIBLE BANK ACCOUNTS
- BUSINESS WITHOUT CORPORATE OR PARTNERSHIP TAXES
- A BUSINESS WHERE YOU DO NOT HAVE TO LIE ABOUT DEDUCTIONS AND STILL PAY THE BILLS.

*Exh 1*

## The Kenzington Fund

*Trust Consultants.......*

3250 Olympic Blvd. #10
Santa Monica, CA 90404

---

# GIVE IT AWAY AND GET IT
## by Gwenn H. Wycoff

---

Wealthy Americans profit from substantial tax benefits, whether through their involvement with corporations, or by holding money that is passed down through trusts. The IRS calls this tax advantage an incentive to work hard and save, but is it instead a way to keep the wealthy in control of the working class? Or is it simply that the more you give away, the more you keep? There is more to this than meets the eye, so let's take a look. The entire subject of taxation, especially in recent years, has become the focus of many Americans. Political movements have been organized to abolish the income tax, Constitutional organizations claim the income tax is illegal, and of course the IRS is never far away if you don't comply. In all the arguments about taxation, some insist it is the way to keep the poor from bettering themselves and to make sure that the middle class does not achieve the wealth of the upper class. Recent research has also revealed that the IRS is not even a part of the federal government, but rather, is a privately held corporation beholden only to the Federal Reserve Bank, which in turn is owned by international banking families and institutions.

Many who study the structure of our government know this to be true. But what if ·e is another way of looking at it? The IRS could actually be your best friend -- .. you knew what the affluent have known for generations.

## Corporations and Trusts

1

The IRS gives corporations tax breaks as an incentive for people to start businesses. Certain types of trusts offer greater tax breaks than corporations, but ˅ people are aware of this, and fewer still know how to structure a trust to take advantage of this time-tested device. Both the corporation and the trust are based on having more than one person participate. While a corporation can be run by one person, it is designed to be operated by a board of directors, with a chairman to lead the board. This is an important point: You are encouraged to involve others.

Once you do, you have established a communal system of sorts. The larger the corporation, the more financial power it wields. This is collective power, and we've seen the results. Large corporations dominate the American economy and produce great products for consumers. Tax breaks for corporations are significant, which is why so many people structure their businesses using this entity.

Most people don't think of a trust as a business, but an irrevocable trust is precisely that. Trusts can own real estate, businesses, stocks and bonds, automobiles, appliances, racehorses, bicycles and furniture. A trust is a business that uses pass-through accounting , and is a way to structure your family as a business. History has shown the family trust to be the strongest form of wealth.

The tax benefits of an irrevocable trust are even greater than that of a corporation. For this reason, some have used this trust to evade taxes. But before examine the improper use of a trust, we must understand the trust itself.

## Structure of the Trust

In an irrevocable trust, a minimum of three people must be involved: the person who sets up the trust (the grantor); a trustee; and at least one beneficiary. The idea here is that if you surrender title to your assets to an irrevocable trust which is administered by one or more trustees for the benefit of at least one beneficiary, you as the grantor no longer own the assets, so you cannot be taxed on the income the assets generate. However, even if you don't own the assets, you can still use them - if the trust is structured correctly. A trust that is correctly organized and maintained can prove substance of transaction , something a fraudulent trust cannot.

## Same Money, Different Account ✓

You can see that if you had a stock portfolio earning large dividends, and you gave it away to a board of trustees, you would no longer be personally taxed on the profits or capital gains. The stock's income is paid to the trust, which in turn pays for your expenses; however, many of these are no longer personal expenses but business expenses. That's right. You have to give it away to get it, and in the process, your family becomes a business. Of course, the tax benefits for a business far better than personal deductions. What if sending your son to private school ˅ an expense to the trust? What if all your personal automobile expenses were instead business expenses? The tax structure is indeed different than what you had before the trust. Same money, same expenses, except that you're not paying the

2

income tax. How much money do you think you might save this way?

## Profits as Expenses

There is one more thing about a trust that should be noted. The profit of a trust (gross income after operating expenses are deducted) is distributed as an expense to the trust and as income to the beneficiaries (or another trust), that will then pay the taxes. The Internal Revenue Code has much more on this topic, but most people don't know what it means, or how to make it work for them. In fact, the Internal Revenue Service looks as the family trust as an additional taxpayer! That is, the family added a new "individual" to their family who pays taxes, even if it is the beneficiaries who pay the tax.

Why don't more Americans do this? And, if this trust is truly legal, why does the evening news, as well as several Internet website and IRS warnings tell us of people going to prison for tax evasion and money laundering when using it?

## Trust Scams

Misleading half-truths abound because there are few places to get accurate information. Most attorneys don't have it, and CPA's don't learn trust accounting and distribution methods. To teach it, the entire flow-through structure of a trust would need to be explained. Who is going to teach it? University professors haven't been taught. Most accountants have never been introduced to the world of ·ts, because the people who have this knowledge don't mingle with the rest of They also had the money to insure that the tax code was written to protect their beneficiaries.

How does a trust scam work? Before that question can be answered, we must understand what trusts are, because the political issues of inheritance revolve around signature power and the transfer of assets.

## Wills and the Signature Problem

Most of us go through life never thinking much about death, and the complications it brings, until we're in our 50's. Suppose your rich uncle dies and leaves a will. He's left a stock account at one of the large brokerage firms that's valued at $2,000,000, as well as a checking account holding another $30,000. Along with that are a home and various other assets.

The problem with this arrangement is that your uncle is the only one with signature power. The challenge now becomes how to get the assets released to the beneficiaries named in the will. This is what probate is for: the process of transferring assets into the names of the heirs. It is a costly process, and much of fortune will be eaten away by legal expenses and taxes. The probate-court ge will appoint a trustee to sort this out. In reality, a will is an incomplete trust The actual physical moving of assets was never thoroughly thought out and completed.

3

**The Kenzington Fund**

*Trust Consultants.......*



3250 Olympic Blvd. #10
Santa Monica, CA 90404

# OWN NOTHING, CONTROL EVERYTHING ✓

## Gain the Power of the Wealthy

Protect your assets.

John D. Rockefeller often bragged that he owned nothing but managed everything. The issue is control, not ownership — this is what the ultra rich know. Many in these families do not individually own property. The majority of assets is held through trusts and other types of group financial holding companies. This makes it nearly impossible to sue any of these wealthy families. This is why, when members of the politically favored power group seem to get into "hot water," they are never sued, even in the wake of death and destruction.

## Is It Worth a Foreign Lawsuit?

Imagine that your company failed and owed $500,000 to creditors. You have some money in the bank, a nice home and an automobile. Your creditors sue you. You have to fork over your hard-earned money. You might have to sell your home and car to pay the debts. But, what if you are only the custodian of the company, and the company was owned by another person? Then of course, the owner of the company is sued. Now, what if the owner of the company is a trust established in Holland? Those wanting to collect would need to take the matter to Holland. Imagine how much trouble that would be. Now you begin to get the picture of how the wealthy have set up their estates.

## Trust Groups

What if you owned 15 oil wells and you wanted to make sure that if an accident occurred on one oil well, you would not lose the 14 other wells. To protect them you would, ideally, put each of them in a separate trust so if something happened to one oil well, it would not affect the others.

4

This did, in fact happen: The trust consultant advised his client to put each of his oil wells into a trust. Instead of one oil well, he put three into each trust, making a total of five trusts. These trusts were set up under different names. Then, one day a worker fell off one of the oil rigs and was permanently disabled. A lawsuit followed, but since only three oil wells were in this particular trust, they were the maximum damages that could be awarded. In fact, no one ever knew there had been an original 15 oil wells.

## What Taxes?

You may be scratching your head, wondering why you didn't know any of this, but here's another little fact that few people know. J. Paul Getty didn't own anything either. When his famous estate was transferred to the beneficiaries, no taxes were due! In fact, it wasn't even a matter of public record who they were.

## Dump Your Assets!

If you are in a profession where you are open to lawsuits, your assets make you vulnerable to those who believe they can squeeze money out of you. No one would ever think of suing you if it was known you didn't own anything. It is the same as if your friend let you drive his car, then the car is stolen. It is your friend's insurance that must pay for the loss, not you.

So if you have a car, put it into a trust and make the trust responsible for it. Not only does this relieve you of an asset tempting to predators, but if there is ever a liability, the greatest asset lost is the car. Your house, boat or your other securities remain safe, since they are in different trusts.

## Marriage and Asset Protection

A prenuptial agreement is not necessary. If one or both parties who marry has a trust, only the benefit of using the goods and compensation from the trust is shared, not the assets. If there is a divorce, the spouse cannot take anything out of the marriage that did not originally belong to him/her. This means that if Bob and Sally marry, and Sally's assets are in a trust, then Bob cannot have them during the marriage or at the time of divorce. Bob can enjoy the benefit of using the assets, such as the car and the boat, but when Bob and Sally separate, there is no question who owns these assets. It is the trust that owns the property, and Sally only uses them.

## Why Doesn't Everyone Have a Trust?

As mentioned, the super wealthy have been using trusts for hundreds of years to generate wealth for their families and keep it secure from all types of financial predators and agencies. These families keep their wealth protection techniques secret. They don't advertise, and they take

pleasure in considering themselves "exclusive." Many laws, regulations and statutes state that "common" people must endure every day for the e of the common good(?)

The main reason there are not more common law trusts today is simply because people do not know about them. Consider doing what wealthy do: create trusts. Informed people get the greatest advantage from trusts.

## You Can Have Access to Funds . . .

- The IRS cannot see ✓
- Not subject to withholding
- No federal or state taxes
- No social security taxes
- Investments without immediate tax consequences
- Without Capital Gains taxes
- Rental income not subject to taxes
- Retirement income 100% tax free
- Invisible bank accounts
- Business without corporate or partnership taxes
- A business where you do not have to lie about deductions and still pay your bills.

## Wouldn't you like to accumulate wealth without...?

- The IRS taking as much as 50% in taxes
- Wayward relatives or spouses having access to your credit reports
- Unscrupulous individuals tracking you through your Social Security Number
- Confiscatory taxes upon your death
- Fear of loss due to claims upon your estate
- Your children being pounced upon and hounded by con artists

## The 7 Laws of Wealth

We can show you how to hold on to your wealth utilizing these principles:

. Reduce All Taxes.
. Protect Your Assets and Property.
. Prepare for a Secure Retirement.
. Protect Yourself Against Lawsuits.
. Establish Privacy.
. Avoid Probate & Estate Taxes.
. Utilize Wise Counsel.

## What's the Bottom Line?

Depending on what your needs are, a trust can start as low as $15.00.

6