# The Art of Passing the Buck
## Volume II
### *Trust Blueprints*

Volume I covered what and why.

Volume II distills decades of Trust experience to tell you how to:

* Structure your Trust properly
* Transfer assets into your Trust
* Educate heirs and Beneficiaries in the proper use of your Trust
* Make your Trust successful
* Create effective Minutes
* Properly issue and exchange Trust Certificates— explained in detail
* Avoid legal problems— you don't want a scam Trust
* Deal effectively with governments and financial institutions

Includes Sample Formats and Forms

*For more information visit:*

www.passingbucks.com/vol2

*Or contact:*

**Charles Arthur Enterprises**
22845 Ventura Blvd., No. 10
Woodland Hills, CA 91367
818-574-6122

l you

e of

—

Trust

## Need Help With Your Trust?

**We offer:**

- **Review of your existing Trust Indenture**
- **Trust Mentoring on how to:**
    - Organize your Trust
    - Choose a Protector
    - Handle difficult Beneficiaries
    - Deal with financial institutions
- Consulting on:
    - Structuring your Trust
    - Managing your Trust
    - Keeping your Trust up to date
    - Making your Trust successful
- **Lectures and Classes**
    - Legal Cases / Court Decisions Affecting Your Trust
    - Effective Trust Administration
    - Trust Woes and What To Do About Them

*For more information, contact:*

**Charles Arthur Enterprises**
22845 Ventura Blvd., No. 10
Woodland Hills, CA 91367
818-574-6122
trustservices@passingbucks.com