

# Summons

*by sub*  *at 1:30 pm*

In the matter of  Gwenn H. Wycoff

Internal Revenue Service (Division):  Small Business / Self-employed Division

Industry/Area (name or number):  Area 16

Periods: 2000, 2001, 2002 and 2003

## The Commissioner of Internal Revenue

**To:** Alliance Bank

**At:** 100 Corporate Pointe, Culver City, California 90230

You are hereby summoned and required to appear before  Revenue Agent Susan Lee
an officer of the Internal Revenue Service. To give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability. Or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person identified above for the periods shown.

Any and all records for the above-referenced years  for all accounts held with Alliance Bank, in the name, or for the benefit of, Gwenn H. Wycoff and/or The Kenzington Fund and/or Managing Director of Gypsy Spirit including, but not limited to:

1. Monthly statements
2. Deposited items and tickets
3. Cancelled checks
4. Signature cards
5. Debit and credit memos
6. Wire documents (incoming and outgoing)

INTERNAL REVENUE SERVICE
COMPLIANCE AREA 16

MAY 12 2004

TERRITORY: _____ GROUP: _____
LOS ANGELES, CA 90012

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS officer serving the summons

_____
Title  *Revenue Agent*

**Business address and telephone number of IRS officer before whom you are to appear:**

300 North Los Angeles Street, Room 4334, Los Angeles, California  90012  Mail Stop: 4028      (213) 576-3806

**Place and time for appearance at**  300 North Los Angeles Street, Room 4334, Los Angeles, California  90012

# IRS

on the _____ 11th _____ day of _____ May _____, _____ 2004 _____ at _____ 10:00 _____ o'clock _____ a. _____ m.
(year)

Issued under authority of the Internal Revenue Code this _____ 8th _____ day of _____ April _____, _____ 2004 _____.
(year)

_____
Signature of issuing officer

Internal Revenue Agent
Title

_____
Signature of approving officer (if applicable)

Group Manager
Title

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 05-2001)
Catalog Number 21405J

**Part A - to be given to person summoned**