Gwenn H. Wycoff

May 10, 2004

INTERNAL REVENUE SERVICE
SB/SE COMPLIANCE AREA 16

**MAY 1 2 2004**

TERRITORY:____/____ GROUP: ____
LOS ANGELES, CA 90012

Ms. Susan Lee, Revenue Agent
Internal Revenue Service
300 North Los Angeles St., Room 4334
Mail Stop 4028
Los Angeles, CA 90012

Re: Undated "summons" sent to Alliance Bank.  (Copy attached.)

Dear Ms. Lee;

This shall serve to correct error and record certain real events, occurrences and actions.  Each of the statements herein are true of my own experience, or by information which I believe to be true.  If you disagree with any statement herein, or in any way perceive an untruth herein, immediately respond in writing, identify the certain item or statement considered error and communicate the particulars of your differing awareness.  Your failure to so immediately respond in writing and controvert any certain statement herein and identify such particulars of disagreement which may exist, shall be deemed your irreversible and permanent legal acquiescence to the substantive correctness of these contents, and evidence of the truth and fact of same.

For the years 2000, 2001, 2002, and 2003, I had no tax liability.

For income-tax purposes, I am a nonresident alien and an exempt foreign person.  For more than a decade, I have not been effectively connected with the conduct of any trade or business within the United States.[1] I do not plan to ever be so connected.

Some statute must exist which is applicable to this matter, else you have no authority.[2]  I do not know of any Internal Revenue Law or regulation which requires me make any return.  If none exists, then you have no authority to investigate me.  If you know of any such as said statute, please be so kind as to advise me

---

[1]  The United States is located in the District of Columbia.

California Commercial Code, § 9307(h)

[2]  The authority to enforce Federal laws is derived from statutes.

Internal Revenue Manual, § 9.1.2.1 (09-07-2001)

Page 1 of 11

Lee - IRS/Wycoff
11 May 2004

of same, and the telic relationship, and the reasonable nexus of same as they may apply to me.  Your failure to so advise will be considered your agreement that none exists.[3]

You are treating me as if I am a corporation.  I am not a corporation.[4]

I am not in the State[5]
I am not within the jurisdiction of the State.[6]

I OBJECT to the "summons" you sent to Alliance Bank.  This is an attack against your "summons" and a challenge to its sufficiency.  Due to deficiencies described as follow, it is a legal nullity.

---

[3]  Notification of legal responsibility is "the first essential of due process of law."
Connally v General Construction Co., 269 US 385, 391 (1926)

[4]  There is a clear distinction in this particular case between an individual and a corporation, and that the latter has no right to refuse to submit its books and paper for an examination at the suit of the State.  The individual may stand upon his constitutional rights as a citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.  He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property.  His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the constitution.  Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law.  He owes nothing to the public so long as he does not trespass upon their rights.
        Upon the other hand, the corporation is a creature of the State.  It is presumed to be incorporated for the benefit of the public.  It receives certain special privileges and franchises, and holds them subject to the laws of the State and the limitations of its charter.  Its powers are limited by law.  It can make no contract not authorized by its charter.  Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its charter.
                                                Hale v Henkel, 201 U.S. 43 at 47 (1905)

[5]  "In this State" or "in the State" means within the exterior limits of the State of California and includes (is limited to) all territory within these limits owned by or ceded to the United States of America.          California Revenue & Taxation Code, §§ 6017 and 11205

        Includes is a word of limitation.  Where a general term in Statute us followed by the word 'including' the primary import of specific words following quoted words is to indicate restriction rather than enlargement.          Powers ex rel Dovon v. Charron R.I., 135 A. 2nd 829

[6]  "State" includes the District of Columbia, and the possessions of the United States.
California Revenue & Taxation Code, §§ 17018 and 23034

Lee - IRS/Wycoff
11 May 2004

## DEFICIENCY NO. 1: FAILURE TO PROCEED IN GOOD FAITH

Your "summons" is not issued for a legitimate purpose, it seeks information which is already in the possession of the IRS, it does not satisfy all administrative steps required by United States Code. You are proceeding with the improper purpose of obtaining evidence for use in a criminal prosecution. You fail to show any legitimate purpose for your inquiry. You fail to proffer facts establishing the necessity of any requested documents.

Susan Lee, you and I met and spoke together recently on March 31, 2004. When we met, I was completely ready and willing to cooperate with and assist you if some reason existed for me to do so. I asked you what you wanted. You said you wanted me to go to your office and "look at information." I then asked you if I had any obligation to do so. You said, "We're not saying you owe us anything." You wanted me to receive a large envelope. I told you, "I do not receive mail or deliveries at this location." We then had some small talk, you requested I provide you a mailing location, I advised you I would do so in writing, and we parted ways.

At no time did you ever provide me any notification that I have any legal responsibility as regards you or the IRS. Your stating, "We're not saying you owe us anything," did not in any way advise me that I have or had any legal responsibility. Your failure to provide some notice of legal responsibility has deprived me of due process.[2]

When you told me to my face and said, as you did in front of witness, "we are not saying you owe us anything," then, as the Internal Revenue Code defines a taxpayer as, one who is subject to, or has a liability for a tax,[7] you were telling me that you consider me to be a nontaxpayer. If, by your words, "we're not saying you owe us anything," you have told me I'm a nontaxpayer, as you have, then you are knowingly and intentionally operating outside your jurisdiction when you seek to investigate me.[8]

You did not tell me what your purpose was. You did not tell me you wanted to determine my tax liability. Had you done so, I would have been pleased to assist you in that regard as best I could.

Your informing me that you wanted me to go to your office to "look at information," allowed me to believe you were seeking a witness to information not directly related to me. In fact you were not at all

---

[7] "… the term "taxpayer" means any person subject to" ("a tax under the applicable revenue law." § 1313) ("any internal revenue tax." § 7701)

[8] The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither the subject nor the object of the revenue laws.

Stuart v. Chinese Chanber of commerece of Phoenix, 168 F2d 709, 712, see also, Bartell v. Riddell, 202 Fsupp 70, 75.

interested in having me "look at information" which was in your office. Your only intent or purpose was to gain access to information in bank accounts. I have no bank accounts in your office and your speaking which directing my awareness to information in your office was purposefully deceptive. You lied to me. You only spoke thus so as to be able to say I had refused in some way to cooperate or comply with you, so you could move to information obtaining methodology appropriate when cooperation is not received.

Never, in any way, did you ever receive any lack of cooperation from me, nor any expression from me that I would not cooperate with you. If you didn't receive something you were expecting to receive, you didn't receive it only and solely thru your own incompetence and your own failure to express the existence of a valid IRS purpose.

Leaving me in the dark about what you actually wanted gave me no reason to think you would seek to get from another what you failed to ask me for when you were with me. When we were together, you failed to advise me that if I did not do what you wanted, you would go to a third party. This failure constitutes a violation of administrative procedure on your part and a denial of my right to due process.

## DEFICIENCY NO. 2: SUMMONS ISSUED WITHOUT REFERENCING PERSON LIABLE FOR TAX

Per 26 USC 7602(a)(2) the Secretary of the Treasury, or his delegate, may summon the person "liable for tax or required to perform the act," or any person possessing business records about the person "liable for tax or required to perform the act."

If I am a person "liable" for tax, then that means you can say I owe you something.[9]  However, as you have already told me, "[w]e are not saying you owe us anything," then you have told me I am not a "person liable." Likewise, your summons does not state that I am a person "liable for tax or required to perform," some act. Therefore, your "summons" has been issued for a purpose other than as is allowed. The fact of liability has to be known and articulated before a summons can be issued. Your summons is being used for the purpose of determining if a fact of liability exists or not. This is not an allowable purpose, and constitutes nothing more than an illegal fishing expedition.

---

[9] **Liable.** Bound or obligated in law or equity. ...          Black's Law Dictionary, 5th Ed.

Lee - IRS/Wycoff
11 May 2004

## DEFICIENCY NO. 3: (Procedural) FIRST FAILURE TO PROVIDE NOTICE

You had an obligation to advise me you were going to contact a third party about me.[10]  You did not speak any words to me during our above said meeting which would have provided me reasonable notice in advance that you would contact a third party about me.   If some such as said notice resided in the envelope you wanted to give me, when you offered it to me, I told you I would not receive it.  This because you had not advised me of any legal responsibility existing on my part.  Therefore, you could not reasonably believe it would be received at that time via any manner, and such said unknown notice is invalid.

## DEFICIENCY NO. 4: (Procedural) SECOND FAILURE TO PROVIDE NOTICE

You were obligated to provide a second notice to me when you served your "summons" on the bank.[11] You failed to provide said notice.  You didn't mail it to me.  You didn't leave it with the bank.

You purposefully did not provide said second notice because you have an obligation to provide therein, notice that I have the right to bring a proceeding to have your summons quashed.  You were attempting to make an end run around me in the hopes that I would not find out that you'd served a summons on the bank and would thus be able to look into my bank account without my knowing you had done so.  Your failure to provide this said second notice has deprived me of the minimum 23 days notice required by 26 USC 7609(a)(1) and stands as further evidence that you are operating in bad faith and not for a valid purpose.

---

[10] An officer or employee of the IRS may not make third-party contacts without providing reasonable notice in advance to the taxpayer that contacts may be made.  The pre-contact notice may be given either orally or in writing.  If written notice is given, it may be given in any manner that the IRS employee responsible for giving the notice reasonably believes will be received by the taxpayer in advance of the third-party contact.26 CFR 301.7602-2(d)

[11] If any summons to which this section applies requires the giving of testimony on or relating to, the production of any portion of records made or kept or relating to, or the production of any computer software source code (as defined in 7612(d)(2)) with respect to, any person (other than the person summoned) who is identified in the summons, then notice of the summons shall be given to any person so identified within 3 days of the day on which such service is made, but no later than the 23rd day before the day fixed in the summons as the day upon which such records are to be examined.  Such notice shall be accompanied by a copy of the summons which has been served and shall contain an explanation of the right under subsection (b)(2) to bring a proceeding to quash the summons.26 USC 7609(a)(1)



Lee - IRS/Wycoff
11 May 2004

## DEFICIENCY NO. 5:   OFFICIAL INTERNAL REVENUE SEAL NOT PRESENT

All official seals that the Internal Revenue Service is authorized to use are described and pictured at 26 CFR 301.7541.  For your convenience and ease of reference, a copy of that section is attached hereto as Addendum A.

The Internal Revenue uniform seal is legally described as follows:

A circle within which shall appear that part of the seal of the Treasury Department represented by the shield with a dark background.  Exterior to this circle and within a circumscribed circle forming the exterior of the seal shall appear words describing the specific office of internal revenue authorized to use the seal under this section.

26 CFR 301.7514(a)(2)

No words appear in the seal which appears at the upper left corner of your summons which describe any specific office of internal revenue.  Therefore said seal does not comport with above official description of the official Internal Revenue uniform seal.

The seal on the summons being not an official seal, then the summons is not an official summons.

## DEFICIENCY NO. 6: BOGUS LABEL "The Commissioner of Internal Revenue"

On your summons, the text "From:" does not appear before the heavy bold type which reads "The Commissioner of Internal Revenue.  But the text "To:" does appear before the name of the bank.

In light of the presence of said word "To" and lack of said word "From," it appears that your summons is not in any way from any commissioner and the presence of the phrase which makes up the commissioner's title is intended to perpetrate a fraud upon the receiver of the summons, for the purpose of causing the receiver to believe the summons is an official document from the commissioner when in fact, the commissioner is not in any way involved with, and has not authorized, the document.

Also, The Commissioner of Internal Revenue has his own seal, as is authorized and described at 26 CFR 301.7514(a)(1) (See Addendum A.)  The absence of the commissioners seal, when a document has the appearance of being sent from the commissioner, constitutes further evidence that the commissioner has not authorized the document and use of his title on the document is only for the purpose of perpetrating a fraud.

## DEFICIENCY NO. 7: PERJURY STATEMENT LACKING

To be legal, a summons would have to be a document required to be made under a provision of the internal revenue laws.  Internal revenue documents which are required to be made, require a perjury statement to be present, as follows:

Except as otherwise provided by the Secretary, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.    26 USC 6065

A legal IRS summons is an "other document" as that term is used above in 26 USC 6065, and therefore must have a perjury statement on its face.  Your summons bears no perjury statement.  In the light of above 26 USC 6065, one of the following two conditions must be true: Either your summons is illegal for lacking a perjury statement or your summons is not a document which is required to be made under any provision of the internal revenue laws.

If your summons is illegal, you are breaking the law.  No one need honor an illegal summons.

If your summons is not required to be made under any provision of the internal revenue laws, then the receiver cannot be required to obey it.

## DEFICIENCY NO. 8: LACK OF OMB NUMBER OR OTHER AUTHORITY

Your "summons" could be taken as a government document issued for purpose of collection of information.  However, it lacks an Office of Management and Budget (OMB) number.  A government document seeking the collection of information and lacking an OMB number can be ignored.[12]  It is acknowledged that, as regards a taxpayer, no OMB number is required.[13]  However, as regards a taxpayer, as issuing a summons is evidence that the issuer is bearing witness (else no reason to issue a summons could exist) to something (in this case apparently some liability to pay a tax), and your "summons" bears no reference to any statute, nor declares with any certainty, a tax liability,[14] then an OMB number is required.  You must disclose your authority one

---

[12]  TITLE 44 - PUBLIC PRINTING AND DOCUMENTS
CHAPTER 35 - COORDINATION OF FEDERAL INFORMATION POLICY
Section 3512 - Public protection
(a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information that is subject to this chapter if -
(1) the collector of information does not display a valid control number assigned by the Director in accordance with this chapter; or
(2) the agency fails to inform the person who is to respond to the collection of information that such person is not required to respond to the collection of information unless it displays a valid control number.

[13]  Federal income tax regulation governing filing of income tax returns do not require Office of management and Budget control numbers because requirement to file tax return is mandated by statute, not by regulation.        U.S. v Bartrug, E.D.Va. (1991), 777 F.Supp. 1290, affirmed 976 F.2d 727, certiorari denied 113 S.Ct. 1659, 507 U.S. 1010, 123 L.Ed.2d 278

[14]  In order for government personnel to be competent witnesses, the allegation of liability must at a minimum include recitation of taxing and liability statutes, with attending implementing regulations.        United States v. Menk, 260 F.Supp 784 (1966)

Lee - IRS/Wycoff
11 May 2004

way or another, either by referencing a statute and attending implementing regulations, or by complying with Federal Information Policy and referencing an OMB number. As you have done neither, you are an incompetent witness, and your "summons" is void on its face.

## DEFICIENCY NO. 9: (Procedural) AUTHORITY TO ISSUE SUMMONS CAN ONLY BE HELD BY INTELLIGENCE DIVISION

Other than as regards subtitle E,[15] authority to issue a summons is derived from 26 USC 7608(b).[16] Said section makes it abundantly clear that any summons issuing authority derived from it can only be held by one whom is a "criminal investigator of the Intelligence Division." One who is a said investigator is referred to by some term other than an "Internal Revenue Agent," such as "Special Agent."

You Ms. Lee declare on the face of your "summons" that you are an "Internal Revenue Agent." Your Group Manager who also signed the "summons" is also an Internal Revenue Agent. Neither of you are criminal investigators of the Intelligence Division. Neither of you have summons issuing authority. Your "summons" has been issued by those who did not have proper authority to issue it.

## DEFICIENCY NO. 10: (Procedural) AUTHORITY TO ISSUE SUMMONS RESTRICTED TO CRIMINAL PROVISIONS

Said 26 USC 7608(b) further requires any summons issuing authority to be issued only to those charged with the duty of enforcing "criminal provisions" of various types of law. Where, in your "summons" you state you are seeking information "for the purpose of inquiring into any offense," you make it clear you are pursuing a criminal investigation.

Enforcement of a criminal provision cannot begin absent evidence of a crime. As you have failed to indicate what crime has occurred, or even that a crime has occurred, you are not "enforcing" a criminal provision, but are rather pursuing an illegal fishing expedition for the improper purpose of obtaining evidence for use in a criminal prosecution.

---

[15] Titled: Alcohol, Tobacco and Certain Other Excise Taxes

[16] (b) Enforcement of laws relating to internal revenue other than subtitle E
(1) Any criminal investigator of the Intelligence Division of the Internal Revenue Service whom the Secretary charges with the duty of enforcing any of the criminal provisions of the internal revenue laws, any other criminal provisions of law relating to internal revenue for the enforcement of which the Secretary is responsible, or any law for which the Secretary has delegated investigatory authority to the Internal Revenue Service, is, in the performance of his duties, authorized to perform the functions described in paragraph (2).
(2) The functions authorized under this subsection to be performed by an officer referred to in paragraph (1) are -
(A) to execute and serve search warrants and arrest warrants, and serve subpoenas and summonses issued under authority of the United States; ...                    26 USC 7608

Lee - IRS/Wycoff
11 May 2004

In other words, at taxpayer expense, you are busying yourself with searching for evidence of a crime where none is known to exist and when such activity is not authorized by any statute. This is clearly illegal activity and proceeding under color of law for which you may be held personally liable, both criminally and civilly.

**DEFICIENCY NO. 11: (Procedural) SUBSECTION (b) AUTHORITY TO ISSUE SUMMONS NOT DELEGATED**

It is clear that 26 USC 7608 conveys authority to nobody but the Secretary. The Secretary must actually delegate authority for anyone else to have it. Any delegation of authority is a 'Revenue Procedure.' In general, regulations must be published in order to implement the provisions of statutes. Revenue Procedures affect the public, therefore, in order to be valid and enforceable, they must be published.[17] Treasury Delegation Orders (TDO) and Commissioner's Delegation Orders (CDO) are published in the Internal Revenue Manual, beginning at page 1229, Handbook of Delegation orders. In reference to authority under 26 USC 7608(a), it can be shown that authority flows through the ATF unit with the IRS, and is passed on to the BATF. In searching for authority under 26 USC 7608(b) however, a review of all TDOs and CDOs reveals that apparently no actual delegation of authority has been made. Absent an actual delegation of authority under section (b), authority to issue a summons in this matter has not actually been delegated. If authority was not actually delegated, only the Secretary himself had authority to issue a summons, and the agents who issued the summons didn't have authority to issue a summons.

**DEFICIENCY NO 12: FORM 2039 NOT LISTED IN OFFICIAL LIST OF FORMS.**

Below the IRS emblem and large initials "IRS," in the lower left corner of your summons, the official IRS web site is shown as, "www.irs.gov." Directly below that appears "Form 2039," which is apparently the form number for your summons form.

Searching for "Form 2039" on said web site does not produce a result. Going through the list of forms and publications at that site (under "resources," click on "Forms and Publications, click on "Forms and Publications by number") shows no form 2039 exists in the list. Apparently, from an official point of view, Form 2039 does not exist.

Use of form 2039 constitutes use of an unofficial form. Consequently, the "summons" is an unofficial summons not sanctioned by any government authority.

**DEFICIENCY NO. 13: LACK OF REASONABLE CERTAINTY**

When the summons requires the production of books, papers, records, or other data, it shall be sufficient if such books, papers, records, or other data are described with reasonable certainty. 26 CFR 301.7603-1

---

[17] A 'Revenue Procedure" is a statement of procedure that affects the rights or duties of taxpayers or other members of the public under the Code and related statutes or information that, although not necessarily affecting the rights and duties of the public, should be a matter of public knowledge.                                   26 CFR 601.601(d)(2)(b)

Lee - IRS/Wycoff
11 May 2004

Your summons describes three classes or types of documents which are to be delivered up, as follows:

1. "relating to the tax liability"
2. "the collection of the tax liability"
3. "the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person identified"

The fact that you later in your summons name "[a]ny and all records," and 6 different forms of accounting items, cannot serve to assert a claim to any and all records or forms of accounting which do not also fit within one of your said three descriptions of class or type. "Any and all records" means, any and all records which fit within one of your three descriptions of class or type. Stating a form of accounting item by name, means that an accounting item by such name, which fits within one of your three descriptions of class or type is to be provided.

As to class or type 1 and 2:

The word "the" is a definite article, functioning as an adjective. Used before a noun, as it is, it denotes particular or previously specified persons or things. However, you have previously specified no tax liability. Therefore, in order for one to not violate normal rules of English grammar, in the absence of your having already articulated that a tax liability exists, and specified same with certainty, the only understanding of your said classes or types 1 and 2 which can be made out, is that their proper meaning is, "relating to the no tax liability," and "the collection of the no tax liability."

Any other understanding would obligate the receiver of your summons to put itself in the position of, for each and every document existing in the desired account for the years specified, determining what tax liability may, or may not, exist. The recipient of the summons has no expertise with which to make such a determination.

There are no books, records, papers, or other data in the files of the recipient of the summons which relate to no tax liability, or which relate to the collection of the no tax liability. Therefore it is beyond the power of the recipient to deliver any records which fit the description of either your class or type 1 or your class or type 2.

As to class or type 3:

The word "any" is an adjective which, when used in the positive sense, as it is, means, one, or some. It has no proper positive sense usage when at least one (of whatever thing is expressed) does not exist. Therefore, as you do use "any" in a positive sense, the connotation is that at least one offense exists. This creates a conundrum due to your failure to specify or name an offense. Surely if an offense exists, you must know what it is. If you know what it is, you are obligated to name it.

For said reason, your class or type 3 description is too broad to be complied with, because in the absence of any offence having been specified, in order to comply with it, the receiver of your summons has to

Lee - IRS/Wycoff
11 May 2004

compare every offense which exists in the Internal Revenue laws and compare same with every document existing in the desired account for the years specified, so as to make a determination as to whether or not each document is one which fits your class or type 3 description. This puts an unreasonable burden on the recipient of the summons which need not be met.

As you do not even make a claim that any offense has occurred, it must be assumed that no offense has occurred, and "inquiring into any offense" which has not occurred, is an impossibility, for lack of anything to inquire into. As no one can be required to do the impossible, the receiver of your summons is not required to produce any document that might prove no offense occurred.

Also, as your said class or type 3 specifically states that it is "for the purpose of inquiring into any offense," then it stands as evidence that the material is being sought for the improper purpose of obtaining evidence for use in a criminal prosecution.[18]

You have caused damage. Your failure to comply with IRS Regulations has caused tremendous stress, and has jeopardized my relationship with Alliance Bank.

Without prejudice,

Gwenn H. Wycoff
GHW/go

cc     Nedy A. Williams, Attorney
*Law Firm of Williams, Yasinski, LLP*
Connie J. Ransom
*Research Advocates*

---

[18] ... the witness may challenge the summons on any appropriate ground, including the [defense] that the material is sought for the improper purpose of obtaining evidence for use in a criminal prosecution ...    Reisman v. Caplin, 375 U.S. 440 (1964)

... any interested party may attack before the hearing officer, on constitutional or other grounds, a summons issued under 7602.    Reisman v. Caplin, 375 U.S. 440 (1964)

Also in any such procedures, third parties may intervene to protect their interests, or in the event the taxpayer is not a party to the summons before the hearing officer, he, too, may intervene.    Reisman v. Caplin, 375 U.S. 440 (1964)