Gwenn H. Wycoff

To whom it may concern;

This shall serve as a:

## Substitute Form W-8
## Certificate of Foreign Status for United States Tax Withholding

**Certification:** I am a woman and no form of entity. For income-tax purposes, I am a nonresident alien and an exempt foreign person. I derive no income from any source within the United States. I am not effectively connected with the conduct of any trade or business within the United States, nor do I plan to be. I am not eligible for Workmen's Compensation, FICA, or any other State or Federal benefit due to any amount I may receive. I exchange one resource, my labor, for another, remuneration, and not more. I own any amount due me. I am properly immune from withholding and exempt from certain United States information reporting.

Per 26 CFR 1.144-1, p. 88 (2) (ii) the permanent residence address is:

**Asseveration:** I am of sound mind and have personal knowledge of said facts. Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief, it is true, correct and complete.

_____ seal _____ 13, 2004 _____ date

/Private Citizen/Sovran, by special limited appearance, in propria persona, proceeding juris et de jure, without prejudice to any God-given secured right.