Geo. McCalip

18 September 2007

Treasury Inspector General for Tax Administration
San Francisco Field Division
William J. Marandola
Special Agent in Charge
1301 Clay St., Suite 1120 S
Oakland, CA 94612

Dear Special Agent Marandola,

Please consider this letter a formal request that you investigate Revenue Agent Susan Lee of the Los Angeles IRS office (Employee Number: 95-09280) for violation of 18 USC 1001(a)(1)(2) and (3).

The specific facts behind this request are as follows:

1. On or about October 25, 2006 defendant published a letter alleging:

    a. That Gwenn Wycoff is a promoter of abusive Trusts.

    b. Gwenn Wycoff was the settler of Kenzington.

    c. Mr. McCalip had taken an Oath of Privacy to Ms. Wycoff.

    d. Kenzington would not cooperate with defendant's audit.

    e. Ms. Lee was unable to determine who controlled the Trust and who were the Grantor and Beneficiaries.

2. The following statements are false, and Ms. Lee knew or should have known them to be false:

    a. That Gwenn Wycoff is a promoter of abusive Trusts. – Ms. Wycoff does not promote abusive Trusts, but consults on how Trusts can operate within the law.

    b. Gwenn Wycoff was the settlor of Kenzington. – Scott Steinmann was the settler of The Kenzington Fund Trust as reported to the IRS on form S4 at the time Kenzington received its EIN. Ms. Wycoff is, as a contract employee, the Secretary of the Trust.

    c. Mr. McCalip had taken an Oath of Privacy to Ms. Wycoff. – Mr. McCalip had taken an Oath of Privacy to The Kenzington Fund Trust, not Ms. Wycoff.

    d. Kenzington would not cooperate with defendant's audit. – The record of the meeting between Mr. McCalip, as Trustee for Kenzington, and Ms. Lee shows that he cooperated to the fullest extent possible given his Oath of Privacy to The Kenzington Fund Trust.

    e. Ms. Lee was unable to determine who controlled the Trust and who were the Grantor and Beneficiaries. – The Trustees control the Trust and Ms. Lee had met

with Mr. McCalip, as a Trustee for The Kenzington Fund Trust, on October 12, 2005. The Grantor, Scott Steinmann is listed on the S4 form on file with the IRS. The Beneficiary was reported on the 1041 and K1 forms filed with the IRS.

3.  Ms. Lee's slanderous statements resulted in a jeopardy levy against The Kenzington Fund Trust.

The Kenzington Fund Trust has documentation of the above including the transcript and recording of the October 12, 2005 meeting and will be happy to supply it to you should the IRS not have their copies available.

Thank you for your assistance in this matter.

Sincerely,

Geo. McCalip

As Trustee for The Kenzington Fund Trust

GMc / wp

Cc:

Treasury Inspector General for Tax Administration
Complaint Management Team
P.O. Box 589
Ben Franklin Station
Washington, DC 20044-0589

Barbara Boxer
United States Senate
112 Hart Senate Office Building
Washington, D.C. 20510

Senator Dianne Feinstein
United States Senate
331 Hart Senate Office Building
Washington, D.C. 20510