

The "Lost" Financial Knowledge of the Great American Dynasties.
The Secret Story of How Wealth is Made and Maintained.

# THE ART OF PASSING THE BUCK

VOL. ONE

THE SECRETS OF WILLS & TRUSTS REVEALED

CHARLES ARTHUR

fits of every Trust. Further, available information on Trusts has been complicated to the point that the average person has almost no chance of understanding even the basic principles. The information is out there, though, if you know where to look. The basic principles of Trusts and their management are simple, and proper administration of a Trust is no more difficult, and often easier, than running your basic small business.[3]

Our purpose is to demystify inheritance by explaining, in clear, straightforward terms:

- The basic ideas,

- The nature and history of Trusts,

- What the various kinds of both Statutory and Common-Law Trusts can and cannot do for you and yours,

- What you should know about the Irrevocable Common-Law Trust that offers, among all the Trust types, the best combination of asset protection, for

  o    asset growth

  o    tax minimization

  o    privacy in an ever less private world

  o    Flexible Beneficial distribution

Once you have a picture of a sophisticated and complete Trust, you can more easily discover what other Trust type suits your needs, or whether the Trust from which you receive benefits properly handles administration.

---

[3]    Glen Halliday "The Truth about Trusts," *AntiShyster News Magazine*, Volume 7, No. 1, Pg. 39
http://famguardian.org/Published
Authors/Media/Antishyster/V07N1-TheTruthAboutTrus
ts.pdf

Case 2:10-cv-05856-JHN-PLA     Document 10-14     Filed 10/08/10     Page 3 of 7     Page ID #:199



**Figure 2 Irrevocable Trust**

## Common-Law Trust —Irrevocable Trust

The Grantor can establish an Irrevocable Trust at any time during his or her life. Once he or she places funds into the Trust, that person no longer owns them. The funds are the responsibility of the Trustees in the name of the Trust, and the Grantor is neither responsible for them, nor pays taxes on any increase.

## The Federal Reserve and the IRS

The robber barons made their stupendous fortunes at the turn of the Twentieth Century, in a climate of practically zero regulation and no federal income tax. They then sought to protect their privileged positions by erecting impregnable defenses around them.

The solutions adopted were simple, practically invisible despite operating in plain sight, and diabolically effective. The first, the Federal Reserve System, created a private central bank which looks governmental but is not. That entity, through controlling the borrowed-into-existence money supply (the interest on which forms the vast majority of the national debt), can literally bring about boom and bust at will.

The second, the IRS, is also a faux governmental entity and acts as the money collector, data collector and enforcement arm for the owners of the privately owned Federal Reserve Bank. Worse, since these same people have *de facto* control of the government, they have long been using its full weight and power to systematically lie to the people and trick them into surrendering their rights and property. For example, there is the issue of the term "nonresident alien." It means one who is a citizen of one of the several states and not a U.S. Citizen, who is a taxable entity. This requires a lengthy legal discussion but seems to be one of the main points of the IRC §861 argument, which is beyond the scope of this book.[47]

We do not advocate any tax battles. The information, though, is essential to make correct financial decisions. For example, knowing that the planet is run

---

[47]    The entire definition of "engaged in a trade or business within the United States" becomes a game of words. "Within the United States" refers to federal territories and not to any activity in the 50 states. See Appendix for a definition of the United States and the United States of America per the terms of the IRC and case law; Internal Revenue Districts outside of the District of Columbia were abolished as a result of the *IRS Restructuring and Reform Act of 1998*, 112 Stat. 685.



**The Art of Passing the Buck - Volume I**

Trust, and in the Common-Law Trust they can effectively be perpetual through the renewal of the contract.[104] Therefore, if mother dies and her assets are in Trust, the assets remain in Trust and can be used by the Beneficiaries, or sold to convert them into a steady cash flow for the Beneficiaries.

### *Reasons for an Irrevocable Statutory or Common-Law Trust*

Would you rather pay the IRS or give the money to people who support you?

With a Trust, the people who support you are paid first, and this is treated as a business deduction of the Trust. The IRS receives taxes on the money paid to the Beneficiaries.

For example, if your income puts you in the 40% tax bracket, then you are most likely seriously looking for a way to reduce income tax. After setting up an Irrevocable Trust, the 35% to 40% of the money slated for the IRS is now deductible as fiduciary fees, payments to Beneficiaries and business expenses. You not only reduced your personal tax burden, but your Trust now supports an army of people to help in building a solid asset basis to last for generations.

Here are some of the common legal and tax advantages of **any** Irrevocable Trust:

◊ <u>Reduce gross estate for estate tax purposes</u> —Everyone has an estate. An estate refers to the sum total of what you own. If you have a life insurance policy, investment accounts, and three homes, you get interested in reducing your gross estate so you fall into a lower tax bracket.

---

[104] The "Remoteness of Vesting," or the Rule Against Perpetuities used in Statutory Trusts does not apply, as the Common-Law Trust is a viable contract with an end date of 25 years or less. A detailed discussion regarding this point is given in Volume II; also see Mega Trust or Dynasty Trust which has gotten around the Rule Against Perpetuities, Appendix E.



The Art of Passing the Buck - Volume I

◇ <u>Maximize long-range estate planning for the benefit of future generations.</u> The Irrevocable Trust gives incredible flexibility and opportunity to increase assets without significant tax increases.

<u>Characteristics of the Common-Law Trust</u>

- Offers protection against personal lawsuits. How can you be sued for what you do not own? Legal title belongs to the Board of Trustees.

- A properly trained Board of Trustees provides strong privacy under the laws of the United States.

- A Common-Law Trust is a lawful entity and lives on after the death of the Grantor.

- Assets properly put into the Trust are safe from probate.

- Offers large personal tax advantages.

- Through restructuring of assets, cash flow can substantially increase.

- Because of gifts that can be given from a Trust, recipients of these gifts, that is, Beneficiaries, do not pay tax until the gift is more than $12,000.00[105] a year for each Beneficiary.

- Trust Capital Unit Holders have no voting rights; otherwise, the Trust can be judged a corporation.

- Trust management is in the hands of the Trustees.

- No document recording requirements. "The Trust Contract is carried out by private parties for personal purposes, and is not registered with the corporation Commission."[106] Contracts are not registered at the County Recorder's Office.

---

[105]   This amount is subject to change. Check with a tax professional for the current amount allowed.

[106]   *Hodgkiss v. Northland Petroleum Consolidated*, 104 Mont 328, 67 p 2nd 811.

The Art of Passing the Buck - Volume I

money, and it relieves those creatively inclined so they have some cash flow to manifest their dreams. This newfound shared wealth usually causes a heart-warming effect on the entire family as people realize that they are recognized. Of course, there can be other complications which may arise, but in general, sharing assets works wonders for a myriad of family problems.

Depending on who the Trustees are and how the Trust is set up, the family members can get involved in the financial planning and administration of the Trust estate.

### Taxes

There are also those who want to avoid extreme tax liability. Moving assets that bring in a large cash flow, such as a stock portfolio, into the hands of third parties, that is, Trustees, takes away the tax load from the Grantor. Irrevocable Trusts have a different way of handling taxes through passthrough accounting. It may interest you to know that each Beneficiary of your Trust can receive up to $12,000.00[126] per year as a gift. This reduces the taxable basis of the Trust, and can be an incentive for people to put assets into a Trust. We believe that most parents would rather give the money to the Beneficiaries than they would to the tax agencies.

### Structure Choices

There are several options of how to set up a business to reduce taxes and take care of family members. Use a corporation when dealing with a high-volume business. Tax consultants can advise you about the advantages. Limited liability companies also have certain advantages.

Because the one who knows how to run the business is the greatest asset, loss of him or her may end the business. The Board Of Trustees becomes subject to his or her whims, for the "owner" is the financial engine of the Trust. Therefore, we usually suggest a partnership, and the Trust becomes a partner. Leav-

---

[126]    This amount is subject to change; check with your accountant.