

# United States    of America

## Department of the Treasury Internal Revenue Service

**CERTIFICATE OF OFFICIAL RECORD**    MAY 2 6 2010

I certify that the annexed:  is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, with redactions in accordance with the E-Government Act of 2002, as amended, for the Anna Corey Family Trusts, for the calendar year ending December 31, 2004, consisting of eight pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Lloyd West, Jr.
Senior Disclosure Specialist
Governmental Liaison and Disclosure

Catalog Number 19002E

Form 2866 (Rev. 09-97)

9824474100129

Form **1041**

Department of the Treasury—Internal Revenue Service

## U.S. Income Tax Return for Estates and Trusts

20**04**

OMB No. 1545-0092

For calendar year 2004 or fiscal year beginning _____ , 2004, and ending _____ , 20___

**A** Type of entity (see instr.):
- [ ] Decedent's estate
- [x] Simple trust
- [ ] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate–Ch. 7
- [ ] Bankruptcy estate–Ch. 11
- [ ] Pooled income fund

Name of estate or trust (If a grantor type trust, see page 12 of the instructions.)
*Anna Corey Family Trust*

Name and title of fiduciary
*Noble Trust Services Co.*

Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.)
*P.O. Box F-42498*

City or town, state, and ZIP code
*Freeport, Bahamas*

**C** Employer identification number

**D** Date entity created
*12-13-2003*

**E** Nonexempt charitable and split-interest trusts, check applicable boxes (see page 13 of the instr.):
- [ ] Described in section 4947(a)(1)
- [ ] Not a private foundation
- [ ] Described in section 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ▶ *1*

**F** Check applicable boxes:
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name

- [ ] Change in trust's name
- [ ] Change in fiduciary's address

**G** Pooled mortgage account (see page 14 of the instructions): [ ] Bought  [ ] Sold  Date:

### Income

| | | | |
|---|---|---|---|
| 1 | Interest income | 1 | 1628 – |
| 2a | Total ordinary dividends | 2a | |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | | |
| 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | 3 | 29783 – |
| 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | 4 | |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | 5 | |
| 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | 6 | |
| 7 | Ordinary gain or (loss) (attach Form 4797) | 7 | |
| 8 | Other income. List type and amount _____ | 8 | |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 ▶ | 9 | 46151 – |

### Deductions

| | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | |
| 15a | Other deductions **not** subject to the 2% floor (attach schedule) | 15a | |
| b | Allowable miscellaneous itemized deductions subject to the 2% floor | 15b | |
| 16 | **Total.** Add lines 10 through 15b | 16 | |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9. Enter here and on Schedule B, line 1 ▶ | 17 | 46151 – |
| 18 | Income distribution deduction (from Schedule B, line 15) (attach Schedules K-1 (Form 1041)) | 18 | 46151 – |
| 19 | Estate tax deduction (including certain generation-skipping taxes) (attach computation) | 19 | |
| 20 | Exemption | 20 | |
| 21 | **Total deductions.** Add lines 18 through 20 ▶ | 21 | 46151 – |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see page 19 of the instructions | 22 | – 0 – |
| 23 | **Total tax** (from Schedule G, line 7) | 23 | – 0 – |
| 24 | **Payments: a** 2004 estimated tax payments and amount applied from 2003 return | 24a | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | |
| d | Tax paid with extension of time to file: [ ] Form 2758  [ ] Form 8736  [ ] Form 8800 | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [ ] | 24e | |
| | Other payments: **f** Form 2439 _____ ; **g** Form 4136 _____ ; Total ▶ | 24h | |
| 25 | **Total payments.** Add lines 24c through 24e, and 24h ▶ | 25 | |
| 26 | Estimated tax penalty (see page 20 of the instructions) | 26 | |
| 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | 131 – 0 – |
| 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | |
| 29 | Amount of line 28 to be: **a** Credited to 2005 estimated tax ▶ _____ ; **b** Refunded ▶ | 29 | |

*RECEIVED 05 16 AUG IRS PHILA PA*

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of fiduciary or officer representing fiduciary _____  Date *5-10-05* ▶  EIN of fiduciary if a financial institution _____

May the IRS discuss this return with the preparer shown below (see instr.)?  [ ] Yes  [ ] No

### Paid Preparer's Use Only

| Preparer's signature | | Date | Check if self-employed [ ] | Preparer's SSN or PTIN |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | | | EIN | |
| | | | Phone no. ( ) | |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.  Cat. No. 11370H  Form **1041** (2004)

Form 1041 (2004)                                                                                               Page **2**

| **Schedule A** | **Charitable Deduction.** Do not complete for a simple trust or a pooled income fund. | | | |
|---|---|---|---|---|
| **1** | Amounts paid or permanently set aside for charitable purposes from gross income (see page 20) | **1** | | |
| **2** | Tax-exempt income allocable to charitable contributions (see page 20 of the instructions) | **2** | | |
| **3** | Subtract line 2 from line 1 | **3** | | |
| **4** | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | **4** | | |
| **5** | Add lines 3 and 4 | **5** | | |
| **6** | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see page 20 of the instructions) | **6** | | |
| **7** | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | **7** | | |

| **Schedule B** | **Income Distribution Deduction** | | | |
|---|---|---|---|---|
| **1** | Adjusted total income (see page 21 of the instructions) | **1** | 46151 | - |
| **2** | Adjusted tax-exempt interest | **2** | | |
| **3** | Total net gain from Schedule D (Form 1041), line 15, column (1) (see page 21 of the instructions) | **3** | | |
| **4** | Enter amount from Schedule A, line 4 (reduced by any allocable section 1202 exclusion) | **4** | | |
| **5** | Capital gains for the tax year included on Schedule A, line 1 (see page 21 of the instructions) | **5** | | |
| **6** | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | **6** | | |
| **7** | **Distributable net income (DNI).** Combine lines 1 through 6. If zero or less, enter -0- | **7** | 46151 | — |
| **8** | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law **8** | | | |
| **9** | Income required to be distributed currently | **9** | 46151 | - |
| **10** | Other amounts paid, credited, or otherwise required to be distributed | **10** | | |
| **11** | Total distributions. Add lines 9 and 10. If greater than line 8, see page 22 of the instructions | **11** | 46151 | - |
| **12** | Enter the amount of tax-exempt income included on line 11 | **12** | | |
| **13** | Tentative income distribution deduction. Subtract line 12 from line 11 | **13** | 46151 | - |
| **14** | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | **14** | 46151 | - |
| **15** | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | **15** | 46151 | — |

| **Schedule G** | **Tax Computation** (see page 22 of the instructions) | | | | |
|---|---|---|---|---|---|
| **1 Tax: a** Tax on taxable income (see page 22 of the instructions) | **1a** | | | | |
| **b** Tax on lump-sum distributions (attach Form 4972) | **1b** | | | | |
| **c** Alternative minimum tax (from Schedule I, line 56) | **1c** | | | | |
| **d Total.** Add lines 1a through 1c | ▶ | **1d** | | | |
| **2a** Foreign tax credit (attach Form 1116) | **2a** | | | | |
| **b** Other nonbusiness credits (attach schedule) | **2b** | | | | |
| **c** General business credit. Enter here and check which forms are attached: ☐ Form 3800   ☐ Forms (specify) ▶ .................... | **2c** | | | | |
| **d** Credit for prior year minimum tax (attach Form 8801) | **2d** | | | | |
| **3** **Total credits.** Add lines 2a through 2d | ▶ | **3** | | | |
| **4** Subtract line 3 from line 1d. If zero or less, enter -0- | | **4** | | | |
| **5** Recapture taxes. Check if from:  ☐ Form 4255   ☐ Form 8611 | | **5** | | | |
| **6** Household employment taxes. Attach Schedule H (Form 1040) | | **6** | | | |
| **7** **Total tax.** Add lines 4 through 6. Enter here and on page 1, line 23 | ▶ | **7** | | | |

| | **Other Information** | **Yes** | **No** |
|---|---|---|---|
| **1** | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ .................... | | ✔ |
| **2** | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | ✔ |
| **3** | At any time during calendar year 2004, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? | | ✔ |
| | See page 24 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ .................... | | |
| **4** | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See page 24 of the instructions | | ✔ |
| **5** | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see page 24 for required attachment | | ✔ |
| **6** | If this is an estate or a complex trust making the section 663(b) election, check here (see page 24) ▶ ☐ | | |
| **7** | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see page 24) ▶ ☐ | | |
| **8** | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| **9** | Are any present or future trust beneficiaries skip persons? See page 24 of the instructions | | ✔ |

Schedules A&B (Form 1040) 2004

OMB No. 1545-0074    Page **2**

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

*ANNA CORREY Family Trust*

Your social security number

## Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. **08**

### Part I
### Interest

(See page B-1 and the instructions for Form 1040, line 8a.)

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶

| | Amount |
|---|---|
| *CAPITAL ENHANCEMENT FUNDS* | *16 368 -* |
| | |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| **2** Add the amounts on line 1 | **2** | *16 368 -* |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** | *16 368 -* |

**Note.** If line 4 is over $1,500, you must complete Part III.

### Part II
### Ordinary Dividends

(See page B-2 and the instructions for Form 1040, line 9a.)

**5** List name of payer ▶

| | Amount |
|---|---|
| | |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | |
|---|---|---|
| **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a . ▶ | **6** | |

**Note.** If line 6 is over $1,500, you must complete Part III.

### Part III
### Foreign Accounts and Trusts

(See page B-2.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| **7a** At any time during 2004, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1. | | ✔ |
| **b** If "Yes," enter the name of the foreign country ▶ | | |
| **8** During 2004, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | ✔ |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule B (Form 1040) 2004

♲ *Printed on recycled paper*

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (L)

# Schedule A—Itemized Deductions

(Schedule B is on back)

► **Attach to Form 1040.**    ► **See Instructions for Schedules A and B (Form 1040).**

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see page A-2) . . . | **1** | | |
| | 2 | Enter amount from Form 1040, line 37 ⌊ **2** ⌋ | | | |
| | 3 | Multiply line 2 by 7.5% (.075). . . . . . . . . . | **3** | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . | **4** | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local (**check only one box**): a ☐ Income taxes, **or** b ☐ General sales taxes (see page A-2) } . . . | **5** | | |
| | 6 | Real estate taxes (see page A-3). . . . . . . . | **6** | | |
| | 7 | Personal property taxes . . . . . . . . . | **7** | | |
| | 8 | Other taxes. List type and amount ►..................... | **8** | | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . . | **9** | |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | **10** | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-4 and show that person's name, identifying no., and address ► | | | |
| **Note.** Personal interest is not deductible. | | ---------------------------------------- ---------------------------------------- | **11** | | |
| | 12 | Points not reported to you on Form 1098. See page A-4 for special rules . . . . . . . . . . | **12** | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-4.) . . . . . . . . . . . . | **13** | | |
| | 14 | Add lines 10 through 13 . . . . . . . . . . . . . | **14** | |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 . . . . . . . . . . . | **15** | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **must** attach Form 8283 if over $500 | **16** | | |
| | 17 | Carryover from prior year . . . . . . . . . | **17** | | |
| | 18 | Add lines 15 through 17 . . . . . . . . . . . . . | **18** | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) . . . . . . . | **19** | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) ►---------------------------- ---------------------------------------- ---------------------------------------- | **20** | | |
| | 21 | Tax preparation fees . . . . . . . . . . . . . | **21** | | |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ►---------------------------- | **22** | | |
| | 23 | Add lines 20 through 22 . . . . . . . . . | **23** | | |
| | 24 | Enter amount from Form 1040, line 37 ⌊ **24** ⌋ | | | |
| | 25 | Multiply line 24 by 2% (.02) . . . . . . . . | **25** | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- . . . . | **26** | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. List type and amount ►----------------------------- ---------------------------------------- | **27** | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if married filing separately)? ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39. } ► ☐ **Yes.** Your deduction may be limited. See page A-6 for the amount to enter. } | **28** | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Cat No 12614K    **Schedule A (Form 1040) 2004**

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service    (O)

# Profit or Loss From Business
## (Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

► Attach to Form 1040 or 1041.    ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2004**

Attachment
Sequence No. **09**

Name of proprietor: *ANNA CARREY Family Trust*

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
*NATURALPATHIC healing Services*

**B** Enter code from pages C-7, 8, & 9 ► |6|2|1|3|9|9|

**C** Business name. If no separate business name, leave blank.
*NATURAL WAYS Systems.*

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ► ........ *SAME* ........
City, town or post office, state, and ZIP code

**F** Accounting method:    (1) ☑ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ► ........

**G** Did you "materially participate" in the operation of this business during 2004? If "No," see page C-3 for limit on losses    ☑ Yes    ☐ No

**H** If you started or acquired this business during 2004, check here . . . . . . . . . . . . . ► ☐

## Part I    Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here . . . . . . ► ☐ | 1 | *34,221* |
| 2 Returns and allowances . . . . . . . . . . . | 2 | |
| 3 Subtract line 2 from line 1 . . . . . . . . . . | 3 | *34221 —* |
| 4 Cost of goods sold (from line 42 on page 2) . . . . . . | 4 | |
| 5 **Gross profit.** Subtract line 4 from line 3. . . . . . . | 5 | *34221 —* |
| 6 Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) . . . | 6 | |
| 7 **Gross income.** Add lines 5 and 6 . . . . . . . . . . ► | 7 | *34221 —* |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising . . . . . . | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 Car and truck expenses (see page C-3) . . . . . . | 9 | | 20 Rent or lease (see page C-5): | | |
| | | | a Vehicles, machinery, and equipment . | 20a | |
| 10 Commissions and fees . . | 10 | *1841 —* | b Other business property. . . | 20b | |
| 11 Contract labor (see page C-4) | 11 | | 21 Repairs and maintenance . . | 21 | |
| 12 Depletion . . . . . . | 12 | | 22 Supplies (not included in Part III) | 22 | *160 —* |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) . . . . . . | 13 | | 23 Taxes and licenses . . . . | 23 | |
| | | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel . . . . . . . . | 24a | |
| 14 Employee benefit programs (other than on line 19). . | 14 | | b Meals and entertainment | | |
| 15 Insurance (other than health) . | 15 | | c Enter nondeductible amount included on line 24b (see page C-5) . | | |
| 16 Interest: | | | | | |
| a Mortgage (paid to banks, etc.) . | 16a | | d Subtract line 24c from line 24b . | 24d | |
| b Other . . . . . . . | 16b | *124 —* | 25 Utilities | 25 | *63 —* |
| 17 Legal and professional services . . . . . . | 17 | *1700 —* | 26 Wages (less employment credits) . | 26 | |
| | | | 27 Other expenses (from line 48 on page 2) . . . . . . . . | 27 | |
| 18 Office expense . . . . | 18 | | | | |

| | | |
|---|---|---|
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns . . ► | 28 | *4435 —* |
| 29 Tentative profit (loss). Subtract line 28 from line 7 . . . . . . . . . . | 29 | *29783 —* |
| 30 Expenses for business use of your home. Attach **Form 8829** . . . . . . . | 30 | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29. | | |
| • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | *29783 —* |

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.**

32a ☑ All investment is at risk.
32b ☐ Some investment is not at risk.

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Cat. No. 11334P    Schedule C (Form 1040) 2004

Schedule C (Form 1040) 2004                                                                                    Page **2**

| Part III | Cost of Goods Sold (see page C-6) |

**33** Method(s) used to value closing inventory:  **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | **35** | |
| **36** Purchases less cost of items withdrawn for personal use . . . . . . . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . | **37** | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . | **38** | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . | **40** | |
| **41** Inventory at end of year . . . . . . . . . . . . . . . | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | **42** | |

| Part IV | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ ............/............/...........

**44** Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

  **a** Business ................................  **b** Commuting ..........................  **c** Other ...............................

**45** Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . . . .  ☐ Yes    ☐ No

**46** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

  **b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes    ☐ No

| Part V | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | |
|---|---|
| .................................................. | |
| .................................................. | |
| .................................................. | |
| .................................................. | |
| .................................................. | |
| .................................................. | |
| .................................................. | |
| .................................................. | |
| **48** **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | **48** |

★ U.S. G.P.O. 2004-303-558            ♻ *Printed on recycled paper*         Schedule C (Form 1040) 2004

# SCHEDULE K-1
## (Form 1041)

• Department of the Treasury
Internal Revenue Service

# Beneficiary's Share of Income, Deductions, Credits, etc.
for the calendar year 2004, or fiscal year
beginning .............. , 2004, ending ............... , 20 ........
► Complete a separate Schedule K-1 for each beneficiary.

OMB No. 1545-0092

**2004**

Name of trust or decedent's estate

*Anna Corkey Family Trust*

☐ Amended K-1
☐ Final K-1

Beneficiary's identifying number ►

Estate's or trust's EIN ►

Beneficiary's name, address, and ZIP code

*Equity Management Trust*
*c/o Noble Trust Services Co.*
*P.O. Box F-42498 Freeport, Bahamas*

Fiduciary's name, address, and ZIP code

*Noble Trust Services Co.*
*P.O. Box F-42498*
*Freeport, Bahamas.*

| | (a) Allocable share item | | (b) Amount | (c) Calendar year 2004 Form 1040 filers enter the amounts in column (b) on: |
|---|---|---|---|---|
| 1 | Interest | 1 | 16368 | Form 1040, line 8a |
| 2a | Qualified dividends | 2a | | Form 1040, line 9b |
| b | Total ordinary dividends | 2b | | Form 1040, line 9a |
| 3 | Net short-term capital gain | 3 | | Schedule D, line 5, column (f) |
| 4a | Net long-term capital gain | 4a | | Schedule D, line 12, column (f) |
| b | Unrecaptured section 1250 gain | 4b | | Line 11 of the worksheet for Schedule D, line 19 |
| c | 28% rate gain | 4c | | Line 4 of the worksheet for Schedule D, line 18 |
| 5a | Annuities, royalties, and other nonpassive income before directly apportioned deductions | 5a | | Schedule E, Part III, column (f) |
| b | Depreciation | 5b | | |
| c | Depletion | 5c | | Include on the applicable line of the appropriate tax form |
| d | Amortization | 5d | | |
| 6a | Trade or business, rental real estate, and other rental income before directly apportioned deductions (see instructions) | 6a | 29783 | Schedule E, Part III |
| b | Depreciation | 6b | | |
| c | Depletion | 6c | | Include on the applicable line of the appropriate tax form |
| d | Amortization | 6d | | |
| 7 | Income for minimum tax purposes | 7 | | |
| 8 | Income for regular tax purposes (add lines 1, 2b, 3, 4a, 5a, and 6a) | 8 | 46151 | |
| 9 | Adjustment for minimum tax purposes (subtract line 8 from line 7) | 9 | | Form 6251, line 14 |
| 10 | Estate tax deduction (including certain generation-skipping transfer taxes) | 10 | | Schedule A, line 27 |
| 11 | Foreign taxes | 11 | | Form 1040, line 46 or Schedule A, line 8 |
| 12 | Adjustments and tax preference items (itemize): | | | |
| a | Accelerated depreciation | 12a | | |
| b | Depletion | 12b | | Include on the applicable line of Form 6251 |
| c | Amortization | 12c | | |
| d | Exclusion items | 12d | | 2005 Form 8801 |
| 13 | Deductions in the final year of trust or decedent's estate: | | | |
| a | Excess deductions on termination (see instructions) | 13a | | Schedule A, line 22 |
| b | Short-term capital loss carryover | 13b | ( ) | Schedule D, line 5, column (f) |
| c | Long-term capital loss carryover | 13c | ( ) | Sch. D, line 12, col. (f); line 5 of the wksht. for Sch. D, line 18; and line 16 of the wksht. for Sch. D, line 19 |
| d | Net operating loss (NOL) carryover for regular tax purposes | 13d | ( ) | Form 1040, line 21 |
| e | NOL carryover for minimum tax purposes | 13e | | See the instructions for Form 6251, line 27 |
| f | ............... | 13f | | Include on the applicable line of the appropriate tax form |
| g | ............... | 13g | | |
| 14 | Other (itemize): | | | |
| a | Payments of estimated taxes credited to you | 14a | | Form 1040, line 64 |
| b | Tax-exempt interest | 14b | | Form 1040, line 8b |
| c | ............... | 14c | | |
| d | ............... | 14d | | |
| e | ............... | 14e | | Include on the applicable line of the appropriate tax form |
| f | ............... | 14f | | |
| g | ............... | 14g | | |
| h | | 14h | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.  Cat. No. 11380D  Schedule K-1 (Form 1041) 2004

Case 2:10-cv-05856-JHN-PLA    Document 10-18    Filed 10/08/10    Page 9 of 9    Page ID #:235

Noble Trust Services Co.
Suite #333
P.O. Box F-42498
Freeport, Bahamas





INTERNAL REVENUE SERVICE
11601 ROOSEVELT BLvd.
Philadelphia,    PA
                        19255
U.S.A.