

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date:    **MAY 2 6 2010**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of the IRC Section 6020 (b) return certification, for Form 1040, U.S. Individual Income Tax Return, dated June 11, 2009, with redactions in accordance with the E-Government Act of 2002, as amended, for Dean Wilson, 1110 S. Sycamore Avenue, Los Angeles, CA 90019, for the tax year ending December 31, 2005, consisting of 26 pages.

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Lloyd West, Jr.
Senior Disclosure Specialist
Governmental Liaison and Disclosure

Catalog Number 19002E

Form 2866 (Rev. 09-97)

| IRC Section 6020(b) Certification | Total pages certified as valid section 6020(b) return | Tax year |
|---|---|---|
| | | 200512 |

| Name of taxpayer | SSN / EIN |
|---|---|
| Dean Wilson | |

**Address of taxpayer** *(Number, Street, City or Town, State, ZIP code)*

## Certification

The officer of the IRS identified below, authorized by Delegation Order 182, certifies the attached pages constitute a valid return under section 6020(b). This return consists of the following items:

1. Report summarizing Examination changes or equivalent report of adjustments *(including, but not limited to: Form 4549, Income Tax Examination Changes; Form 4549-A; Income Tax Discrepancy Adjustments; Form 5278, Statement – Income Tax Changes; Form 4667, Examination Changes -- Federal Unemployment Tax, Form 4668, Employment Tax Examination Changes Report, Form 2504, Agreement to Assessment and Collection of Additional Tax and Acceptance of Overassessment, or Form 2504-WC, Agreement to Assessment and Collection of Additional Employment Tax and Acceptance of Overassessment in Worker Classification Cases );*

2. Form 886-A, Explanation of Items, appropriate issue lead sheet or similar form;

3. This certification *(Form 13496).*

Pursuant to section 6651(g)(2), this certification, with attachments, shall be treated as the return filed by the taxpayer for purposes of determining the amount of the additions to tax under paragraphs (2) and (3) of section 6651(a).

### IRS Authorization Data

| Employee name | Title | Office | ID number |
|---|---|---|---|
| Thomas Cheung | Revenue Agent | SBSE - Los Angeles | 95-09330 |

| Signature | Date *(mmddyyyy)* |
|---|---|
| | |

Form **13496** (Rev 02-2009)    Catalog Number 37538J    publish.no.irs.gov    Department of the Treasury-**Internal Revenue Service**

JUN-25-2009  15:16                                                                                    P.02

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page __1__ of __2__ |
|---|---|---|---|
| Name and Address of Taxpayer<br><br>Dean Wilson | | Taxpayer Identification Number | Return Form No.:<br>1040 |
| | | Person with whom examination changes were discussed. | Name and Title: |

| 1. **Adjustments to Income** | **Period End**<br>12/31/2005 | **Period End**<br>12/31/2006 | **Period End**<br>12/31/2007 |
|---|---|---|---|
| a. Sch C1 - Business Expenses | (149,721.10) | (197,963.35) | (204,882.00) |
| b. Sch C1 - Gross Income | 218,341.00 | 250,584.00 | 259,035.49 |
| c. SE AGI Adjustment | (4,848.00) | (3,718.00) | (3,826.00) |
| d. Standard Deduction | (5,000.00) | (5,150.00) | (5,350.00) |
| e. Exemptions | (3,200.00) | (3,300.00) | (3,400.00) |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 55,571.90 | 40,452.65 | 41,577.49 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. **Corrected Taxable Income** | 55,572.00 | 40,453.00 | 41,577.00 |
|     Tax Method | TAX TABLE | TAX TABLE | TAX TABLE |
|     Filing Status | Single | Single | Single |
| 5. **Tax** | 10,559.00 | 6,676.00 | 6,818.00 |
| 6. Additional Taxes / Alternative Minimum Tax | | | |
| 7. Corrected Tax Liability | 10,559.00 | 6,676.00 | 6,818.00 |
| 8. **Less**   a. | | | |
|     **Credits**  b. | | | |
|     c. | | | |
|     d. | | | |
| 9. **Balance** (Line 7 less Lines 8a through 8d) | 10,559.00 | 6,676.00 | 6,818.00 |
| 10. **Plus**  a. Self Employment Tax | 9,696.00 | 7,435.00 | 7,652.00 |
|     **Other**  b. | | | |
|     **Taxes**  c. | | | |
|     d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 20,255.00 | 14,111.00 | 14,470.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to:  a. | | | |
|     b. | | | |
|     c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 20,255.00 | 14,111.00 | 14,470.00 |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 20,255.00 | 14,111.00 | 14,470.00 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A            www.irs.gov            Form **4549** (Rev. 5-2008)

JUN-25-2009  15:16                                                                    P.03

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | Page __2__ of __2__ | | |
|---|---|---|---|---|
| Name of Taxpayer Dean Wilson | | Taxpayer Identification Number | Return Form No.: 1040 | |

| 17.  Penalties/ Code Sections | Period End 12/31/2005 | Period End 12/31/2006 | Period End 12/31/2007 |
|---|---|---|---|
| a.  Delq-IRC 6651(a)(2) | 3,949.73 | 1,904.99 | 1,085.25 |
| b.  Delq-IRC 6651(a)(1) | 4,557.38 | 3,174.98 | 3,255.75 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18.  Total Penalties | 8,507.11 | 5,079.97 | 4,341.00 |
| Underpayment attributable to negligence: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to fraud: *(1981-1987)* *A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.* | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT).* The interest will accrue and be assessed at 120% of the under- payment rate in accordance with IRC §6621(c) | 0.00 | 0.00 | 0.00 |
| 19.  Summary of Taxes, Penalties and Interest: | | | |
| a.  Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 20,255.00 | 14,111.00 | 14,470.00 |
| b.  Penalties *(Line 18)* - computed to  06/25/2009 | 8,507.11 | 5,079.97 | 4,341.00 |
| c.  Interest *(IRC § 6601)* - computed to  07/25/2009 | 7,073.99 | 2,927.80 | 1,266.25 |
| d.  TMT Interest - computed to  07/25/2009  *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e.  Amount due or *(refund)* - (sum of Lines a, b, c and d) | 35,836.10 | 22,118.77 | 20,077.25 |

Other Information:

InternalRevenueService

JUN 2 5 2009

SBSE FE Group: *FE:14.53*

| Examiner's Signature: Thomas Cheung | Employee ID: 95-09330 | Office: Los Angeles | Date: 06/25/2009 |
|---|---|---|---|

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**PLEASE NOTE:** *If a joint return was filed,  BOTH taxpayers must sign*

| Signature of Taxpayer *Dean Wilson* | Date: 6-25-09 | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

Catalog Number 23105A                    www.irs.gov                    Form **4549** (Rev. 5-2008)

TOTAL P.03

| Name of Taxpayer | Dean Wilson | | 06/30/2009 |
| Identification Number: | | Total | 10.20.00 |

2005 – **Form 6251 – Alternative Minimum Tax Computation**

| | | |
|---|---|---:|
| 1. | If filing Schedule A, enter taxable income before exemptions (less any amount on Form 8914, line 2); otherwise, enter adjusted gross income (less any amount on Form 8914, line 2) | 63,772.00 |
| 2. | Total adjustment and preferences (excluding any NOL deduction) | 0.00 |
| 3. | Net operating loss deduction | 0.00 |
| 4. | Alternative tax net operating loss deduction | 0.00 |
| 5. | Alternative minimum taxable income (combine lines 1 thru 4) | 63,772.00 |
| 6. | Exemption amount | 40,250.00 |
| 7. | Subtract line 6 from line 5 ( if zero or less, enter 0) | 23,522.00 |
| 8. | If capital gains are reported, see line 20 from continuation page All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 6,116.00 |
| 9. | Alternative minimum tax foreign tax credit | 0.00 |
| 10. | Tentative minimum tax (line 8 less line 9) | 6,116.00 |
| 11. | Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 10,559.00 |
| 12. | Alternative minimum tax | 0.00 |

**Exemption Worksheet (line 6 above)**

| | | |
|---|---|---:|
| A. | Exemption amount based on filing status | 40,250.00 |
| B. | Alternative minimum taxable income | 63,772.00 |
| C. | Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. | Subtract line C from line B | 0.00 |
| E. | Multiply line D by 25% | 0.00 |
| F. | Subtract line E from line A (if zero or less, enter 0) | 40,250.00 |

Name of Taxpayer:    Dean Wilson
Identification Number:

06/30/2009

| | Total |
|---|---|
| | 10.20.00 |

## 2005 – **Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates**

| | | |
|---|---|---|
| 1. | Amount from Form 6251 report, line 7 | 23,522.00 |
| 2. | Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet or line 13 from Schedule D Tax Worksheet (refigured for AMT) | 0.00 |
| 3 | Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. | Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of the sum of 2 or 3 or Schedule D worksheet line 10 (refigured for AMT) | 0.00 |
| 5. | Smaller of line 1 or line 4 | 0.00 |
| 6. | Subtract line 5 from line 1 | 23,522.00 |
| 7. | If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%. Otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 6,116.00 |
| 8. | Enter: $59,400 if filing married filing joint or qualified widow(er) $29,700 if filing single or married filing separate $39,800 if filing head of household | 29,700.00 |
| 9. | Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet or line 14 from Schedule D Tax Worksheet | 0.00 |
| 10. | Subtract line 9 from line 8 (if zero or less, enter 0) | 29,700.00 |
| 11. | Smaller of line 1 or 2 | 0.00 |
| 12. | Smaller of line 10 or 11 | 0.00 |
| 13. | Multiply line 12 by 5% | 0.00 |
| 14. | Subtract line 12 from line 11 | 0.00 |
| 15. | Multiply line 14 by 15% | 0.00 |
| 16. | Subttract line 11 from line 5 | 0.00 |
| 17. | Multiply line 16 by 25% | 0.00 |
| 18. | Total of lines 7, 13, 15 and 17 | 6,116.00 |
| 19. | If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%. Otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 6,116.00 |
| 20. | Smaller of line 18 or 19, enter here and on line 8 of Form 6251 report | 6,116.00 |

Name of Taxpayer:    Dean Wilson
Identification Number:                                        Total

06/30/2009
10.20.00

## 2005 - Taxable Earned Income Worksheet for Child Tax Credit/8812

**1. a.** Enter the amount from Form 1040, line 7 ........................................ **1a.** 0.00

   **b.** Enter the amount of any nontaxable combat pay received. Also enter this amount on Form 8812, line 4b. This amount should be shown in Form(s) W-2, box 14, with code Q. ........................ **1b.** 0.00

     **Next,** if you are filing Schedule C, C-EZ, F, or SE, or you received a Schedule K-1 (Form 1065 or Form 1065-B), go to line 2a. Otherwise, skip lines 2a through 2e and go to line 3.

**2. a.** Enter any statutory employee income reported on line 1 of Schedule C or C-EZ .............. **2a.** 0.00

   **b.** Enter any net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code K1. Reduce this amount by any unreimbursed nonfarm partnership expenses you deducted on Schedule E. **Do not** include any statutory employee income or any other amounts exempt from self-employment tax. Options and commodities dealers must add any gain or subtract any loss (in the normal course of dealing in or trading section 1256 contracts) from section 1256 contracts or related property .................... **2b.** 68,619.90

   **c.** Enter any net farm profit or (loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), box 14, code A. Reduce this amount by any unreimbursed farm partnership expenses you deducted on Schedule E. **Do not** include any amounts exempt from self-employment tax. ...................................... **2c.** 0.00

   **d.** If you used the farm optional method to figure net earnings from self-employment, enter the amount from Schedule SE, Section B, line 15. Otherwise, skip this line and enter on line 2e the amount from line 2c ............................... **2d.**

   **e.** If line 2c is a profit, enter the **smaller** of line 2c or line 2d. If line 2c is a (loss), enter the (loss) from line 2c. **2e.** 0.00

**3.** Combine lines 1a, 1b, 2a, 2b, and 2e. If zero or less, **stop.** Do not complete the rest of this worksheet. Instead, enter -0- on line 2 of the Line 11 Worksheet on page 6 or line 4a of Form 8812, whichever applies .. **3.** 68,619.90

**4.** Enter any amount included on line 1a that is:

   **a.** A scholarship or fellowship grant not reported on Form W-2 ............ **4a.** 0.00

   **b.** For work done while an inmate in a penal institution (enter "PRI" and this amount on the dotted line next to line 7 of Form 1040) ...................... **4b.** 0.00

   **c.** A pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan (enter "DFC" and this amount on the dotted line next to line 7 of Form 1040). This amount may be shown in box 11 of your Form W-2. If you received such an amount but box 11 is blank, contact your employer for the amount received as a pension or annuity .................. **4c.** 0.00

**5. a.** Enter any amount included on line 3 that is also included on Form 2555, line 41, or Form 2555-EZ, line 18. **Do not** include any amount that is also included on line 4a, 4b, or 4c above . **5a.** 0.00

   **b.** Enter the amount, if any, from Form 2555, line 42, that is also deducted on Schedule C, C-EZ, or F, or included on Schedule E in partnership net income or (loss) ................ **5b.** 0.00

   **c.** Subtract line 5b from line 5a ........................................ **5c.** 0.00

**6.** Enter the amount from Form 1040, line 30 .............................. **6.** 4,848.00

**7.** Add lines 4a through 4c, 5c, and 6 ...................................... **7.** 4,848.00

**8.** Subtract line 7 from line 3 ............................................ **8.** 63,771.90

    • If you were sent here from the Line 11 Worksheet on page 6, enter this amount on line 2 of that worksheet.

    • If you were sent here from Form 8812, enter this amount on line 4a of that form.

| Name of Taxpayer: | Dean Wilson | | 06/30/2009 |
|---|---|---|---|
| Identification Number: | | Total | 10.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2005 - DELINQUENCY PENALTY

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/2006 | |
| 3. Date return filed | 06/30/2009 | |
| 4. Failure to File penalty rate | 0.225 | |
| 5. Failure to Pay penalty rate | 0.195 | |
| 6. Total corrected tax liability | | 20,255.00 |
| 7. Allowable payments on or prior to due date of return | | 0.00 |
| 8. Net Amount Due (line 6 less line 7) | | 20,255.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 4,557.38 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 4,557.38 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 4,557.38 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 3,949.73 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 3,949.73 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 8,507.11 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice.  The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name Of Taxpayer: | Dean Wilson | | 06/30/2009 |
| Identification Number: | | Total | 10.20.00 |

## 2005 - PERSONAL EXEMPTION WORKSHEET

| | |
|---|---|
| 1. Multiply $500 by the total number of guests listed in Part I of Form 8914 (Maximum allowed is $2,000; or $1,000 if married filing separately) | 0.00 |
| 2. Multiply $ 3,200.00 by the total number of exemptions claimed on Form 1040, line 6d | 3,200.00 |
| 3. Add lines 1 and 2 | 3,200.00 |
| 4. Adjusted Gross Income | 63,772.00 |
| 5. Limitation based on Filing Status | 145,950.00 |
| Note: If line 5 is greater than line 4, enter the amount on line 3 on line 10 below and STOP | |
| 6. Subtract line 5 from line 4 | 0.00 |
| Note: If line 6 is less than zero or line 6 is more than $122,500 (or $61,250, if married filing separately), then enter the amount on line 1 on line 10 below and STOP | |
| 7. Divide line 6 by $2,500 ($1,250 if married filing separately) | 0.00 |
| 8. Multiply line 7 by 2% and enter the result as a decimal | 0.00 |
| 9. Multiply line 2 by line 8 | 0.00 |
| 10. Deduction for exemptions (Subtract line 9 from line 3) | 3,200.00 |

| Name of Taxpayer: | Dean Wilson | | 06/30/2009 |
| Identification Number: | | Total | 10.20.00 |

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement.  The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If  you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes     [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved.  DO NOT include the fee with this flyer.  We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

                    Home: (     ) _____

                    Work:  (     ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.

* All checks or money orders for payment should be made payable to United States Treasury.

Name Of Taxpayer:   Dean Wilson                                                                06/30/2009
Identification Number: ·                              Total                                      10.20.00

## 2005  TAX YEAR INTEREST COMPUTATION

Interest computed to                                               07/30/2009

Total Tax Deficiency                                               $20,255.00

Plus Penalties*
    Failure to File / Failure to Pay - IRC 6651         $8,507.11
    Accuracy Related Penalty - IRC 6662                 $.00
    Accuracy Related Penalty - IRC 6662A                $.00
    Civil Fraud - IRC 6663                              $.00
    Manually Computed Penalty                           $.00

Total Penalties Subject to Interest                                $8,507.11

Tax Deficiency and Penalties Subject to Interest                   $28,762.11

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2006--06/30/2006 | 76 | 7% | $422.25 |
| Compound | 07/01/2006--12/31/2006 | 184 | 8% | $1,200.89 |
| Compound | 01/01/2007--12/31/2007 | 365 | 8% | $2,530.41 |
| Compound | 01/01/2008--03/31/2008 | 91 | 7% | $577.83 |
| Compound | 04/01/2008--06/30/2008 | 91 | 6% | $503.36 |
| Compound | 07/01/2008--09/30/2008 | 92 | 5% | $429.95 |
| Compound | 10/01/2008--12/31/2008 | 92 | 6% | $523.12 |
| Compound | 01/01/2009--03/31/2009 | 90 | 5% | $433.53 |
| Compound | 04/01/2009--07/30/2009 | 121 | 4% | $472.29 |

Total Interest                                                     $7,093.63

The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.

| Name of Taxpayer: Dean Wilson | | 06/30/2009 |
| --- | --- | --- |
| Identification Number: | Total | 10.20.00 |

### 2005  - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX

**Primary**

Dean Wilson                                                                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

| | |
| --- | ---: |
| 1. Self-employment income | 68,619.90 |
| 2. Multiply line 1 by 92.35% | 63,370.48 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 63,370.48 |
| 6. Maximum earnings subject to social security | 90,000.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 90,000.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 7,857.94 |
| 12. Multiply line 5 by 2.90% | 1,837.74 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 9,695.68 |

**Secondary**

| | |
| --- | ---: |
| 1. Self-employment income | 0.00 |
| 2. Multiply line 1 by 92.35% | 0.00 |
| 3. Farm Optional Method Income | 0.00 |
| 4. Non Farm Optional Method Income | 0.00 |
| 5. Earnings subject to self-employment tax (sum of 2, 3, 4) | 0.00 |
| 6. Maximum earnings subject to social security | 90,000.00 |
| 7. Social Security wages and tips from W-2 | 0.00 |
| 8. Unreported tips from Form 4137 | 0.00 |
| 9. Sum of lines 7 and 8 | 0.00 |
| 10. Line 6 less line 9 | 0.00 |
| 11. Multiply the smaller of line 5 or 10 by 12.40% | 0.00 |
| 12. Multiply line 5 by 2.90% | 0.00 |
| 13. Self-Employment Tax (sum of lines 11 and 12) | 0.00 |

Name of Taxpayer:    Dean Wilson

Identification Number:

06/30/2009

Total

10.20.00

### 2006 - Form 6251 - Alternative Minimum Tax Computation

1. If filing Schedule A, enter taxable income before exemptions; (less any amount on Form 8914, line 6); otherwise, enter adjusted gross income (less any amount on Form 8914, line 6)    48,903.00
2. Total adjustment and preferences (excluding any NOL deduction)    0.00
3. Net operating loss deduction    0.00
4. Alternative tax net operating loss deduction    0.00
5. Alternative minimum taxable income (combine lines 1 thru 4)    48,903.00
6. Exemption amount    42,500.00
7. Subtract line 6 from line 5 (if zero or less, enter zero)    6,403.00
8. If capital gains are reported, see line 20 from continuation page    1,665.00
   (If FEIT worksheet for AMT is used, enter amount from line 10 of that worksheet instead)
   All others:
   If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result
9. Alternative minimum tax foreign tax credit    0.00
10. Tentative minimum tax (line 8 less line 9)    1,665.00
11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J)    6,676.00
12. Alternative minimum tax    0.00

### Exemption Worksheet (line 6 above)

A. Exemption amount based on filing status    42,500.00
B. Alternative minimum taxable income    48,903.00
C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately)    112,500.00
D. Subtract line C from line B    0.00
E. Multiply line D by 25%    0.00
F. Subtract line E from line A (if zero or less, enter zero)    42,500.00

Name of Taxpayer:    Dean Wilson                                        06/30/2009
Identification Number:                          Total                  10.20.00

---

### 2006 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

1. Amount from Form 6251 report, line 7                                              6,403.00
   (If FEIT worksheet for AMT was used, enter amount from line 7 of that worksheet instead)
2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet             0.00
   or line 13 Schedule D Tax Worksheet (refigured for AMT)
3. Amount from Schedule D line 19 (refigured for AMT)                                0.00
4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of          0.00
   the sum of line 2 or line 3 or Schedule D worksheet line 10 (refigured for AMT)
5. Smaller of line 1 or line 4                                                       0.00
6. Subtract line 5 from line 1                                                       6,403.00
7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%;           1,665.00
   otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS)
   from the result
8. Enter:                                                                            30,650.00
   $61,300 if filing married filing joint or qualified widow(er)
   $30,650 if filing single or married filing separate
   $41,050 if filing head of household
9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet             0.00
   or line 14 Schedule D Tax Worksheet
10. Subtract line 9 from line 8 (if zero or less, enter zero)                        30,650.00
11. Smaller of line 1 or line 2                                                      0.00
12. Smaller of line 10 or line 11                                                    0.00
13. Multiply line 12 by 5%                                                           0.00
14. Subtract line 12 from line 11                                                    0.00
15. Multiply line 14 by 15%                                                          0.00
16. Subtract line 11 from line 5                                                     0.00
17. Multiply line 16 by 25%                                                          0.00
18. Total of lines 7, 13, 15 and 17                                                 1,665.00
19. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%;          1,665.00
    otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS)
    from the result
20. Smaller of line 18 or line 19. Enter here and on line 8 of Form 6251 report     1,665.00

Name of Taxpayer:    Dean Wilson
Identification Number:    ‗ ‗

Total

06/30/2009
10.20.00

## 2006 - Taxable Earned Income Worksheet for Child Tax Credit/8812

1. a. Enter the amount from Form 1040, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1a.** 0.00
   b. Enter the amount of any nontaxable combat pay received. Also enter this amount on Form 8812, line 4b. This amount should be shown in Form(s) W-2, box 14, with code Q. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1b.** 0.00
   **Next,** if you are filing Schedule C, C-EZ, F, or SE, or you received a Schedule K-1 (Form 1065 or Form 1065-B), go to line 2a. Otherwise, skip lines 2a through 2e and go to line 3.

2. a. Enter any statutory employee income reported on line 1 of Schedule C or C-EZ . . . . . . . . . . . . . . . . . . **2a.** 0.00
   b. Enter any net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code K1. Reduce this amount by any unreimbursed nonfarm partnership expenses you deducted on Schedule E. **Do not** include any statutory employee income or any other amounts exempt from self-employment tax. Options and commodities dealers must add any gain or subtract any loss (in the normal course of dealing in or trading section 1256 contracts) from section 1256 contracts or related property . . . . . . . . . . . . . . . . . . **2b.** 52,620.65
   c. Enter any net farm profit or (loss) from Schedule F, line 36, and from farm partnerships, Schedule K-1 (Form 1065), box 14, code A. Reduce this amount by any unreimbursed farm partnership expenses you deducted on Schedule E. **Do not** include any amounts exempt from self-employment tax. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2c.** 0.00
   d. If you used the farm optional method to figure net earnings from self-employment, enter the amount from Schedule SE, Section B, line 15. Otherwise, skip this line and enter on line 2e the amount from line 2c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2d.**
   e. If line 2c is a profit, enter the **smaller** of line 2c or line 2d. If line 2c is a (loss), enter the (loss) from line 2c. **2e.** 0.00

3. Combine lines 1a, 1b, 2a, 2b, and 2e. If zero or less, **stop.** Do not complete the rest of this worksheet. Instead, enter -0- on line 2 of the Line 11 Worksheet on page 6 or line 4a of Form 8812, whichever applies . . **3.** 52,620.65

4. Enter any amount included on line 1a that is:
   a. A scholarship or fellowship grant not reported on Form W-2 . . . . . . . . . . . . . . . . . **4a.** 0.00
   b. For work done while an inmate in a penal institution (enter "PRI" and this amount on the dotted line next to line 7 of Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . **4b.** 0.00
   c. A pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan (enter "DFC" and this amount on the dotted line next to line 7 of Form 1040). This amount may be shown in box 11 of your Form W-2. If you received such an amount but box 11 is blank, contact your employer for the amount received as a pension or annuity . . . . . . . . . . . . . . . . . . **4c.** 0.00

5. a. Enter any amount included on line 3 that is also included on Form 2555, line 41, or Form 2555-EZ, line 18. **Do not** include any amount that is also included on line 4a, 4b, or 4c above . **5a.** 0.00
   b. Enter the amount, if any, from Form 2555, line 42, that is also deducted on Schedule C, C-EZ, or F, or included on Schedule E in partnership net income or (loss) . . . . . . . . . . . . . . . **5b.** 0.00
   c. Subtract line 5b from line 5a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5c.** 0.00

6. Enter the amount from Form 1040, line 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6.** 3,718.00

7. Add lines 4a through 4c, 5c, and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** 3,718.00

8. Subtract line 7 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8.** 48,902.65

   - If you were sent here from the Line 11 Worksheet on page 6, enter this amount on line 2 of that worksheet.
   - If you were sent here from Form 8812, enter this amount on line 4a of that form.

Name of Taxpayer:     Dean Wilson
Identification Number:                          Total                                06/30/2009
                                                                                    10.20.00

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause, an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.

### 2006 - DELINQUENCY PENALTY

| | | |
|---|---|---:|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/2007 | |
| 3. Date return filed | 06/30/2009 | |
| 4. Failure to File penalty rate | 0.225 | |
| 5. Failure to Pay penalty rate | 0.135 | |
| 6. Total corrected tax liability | | 14,111.00 |
| 7. Allowable payments on or prior to due date of return | | 0.00 |
| 8. Net Amount Due (line 6 less line 7) | | 14,111.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 3,174.98 |
| 10. Minimum penalty if over 60 days delinquent | | 100.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 3,174.98 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 3,174.98 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 1,904.99 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 1,904.99 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 5,079.97 |

* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice.  The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name of Taxpayer: | Dean Wilson | | 06/30/2009 |
| Identification Number: | | Total | 10.20.00 |

## 2006 - PERSONAL EXEMPTION WORKSHEET

1. Multiply $3,300   by the total number of exemptions claimed on Form 1040, line 6d — 3,300.00
2. Adjusted gross income — 48,903.00
3. Limitation based on filing status — 150,500.00
   NOTE: If line 2 is not greater than line 3, enter amount from line 1 on line 10 below
4. Subtract line 3 from line 2 — 0.00
5. If line 4 is more than $122,500 ($61,250 if married filing separately), multiply $1,100 by the total number of exemptions claimed on Form 1040, line 6d and enter this amount on line 10 below — 0.00
6. Divide line 4 by $2,500 ($1,250 if married filing separately) — 0.00
   (If result is not a whole number, increase to next whole number)
7. Multiply line 6 by 2% and enter the result as a decimal — 0.00
8. Multiply line 1 by line 7 — 0.00
9. Divide line 8 by 1.5 — 0.00
10. Deduction for exemptions (subtract line 9 from line 1) — 3,300.00

Name of Taxpayer:   Dean Wilson                                          06/30/2009
Identification Number:                            Total                   10.20.00

## HOW TO PAY YOUR TAXES

If you agree with our examination, pay now by sending a check or money order payable to United States Treasury and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:

- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes   [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to United States Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

                    Home: (      ) _____

                    Work:  (      ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

* Interest and applicable penalties will continue to accrue until your balance is paid in full.
* All checks or money orders for payment should be made payable to United States Treasury.

Name Of Taxpayer:   Dean Wilson                                                                        06/30/2009
Identification Number:                                    Total                                        10.20.00

## 2006  TAX YEAR INTEREST COMPUTATION

Interest computed to                                                        07/30/2009

Total Tax Deficiency                                                        $14,111.00

Plus Penalties*
    Failure to File / Failure to Pay - IRC 6651          $5,079.97
    Accuracy Related Penalty - IRC 6662                  $.00
    Accuracy Related Penalty - IRC 6662A                 $.00
    Civil Fraud - IRC 6663                               $.00
    Manually Computed Penalty                            $.00

Total Penalties Subject to Interest                                         $5,079.97

Tax Deficiency and Penalties Subject to Interest                           $19,190.97

| Type | Effective Dates | Days | Rate | Interest |
|------|-----------------|------|------|----------|
| Compound | 04/15/2007--06/30/2007 | 76 | 8% | $322.32 |
| Compound | 07/01/2007--09/30/2007 | 92 | 8% | $397.42 |
| Compound | 10/01/2007--12/31/2007 | 92 | 8% | $405.52 |
| Compound | 01/01/2008--03/31/2008 | 91 | 7% | $356.65 |
| Compound | 04/01/2008--06/30/2008 | 91 | 6% | $310.68 |
| Compound | 07/01/2008--09/30/2008 | 92 | 5% | $265.37 |
| Compound | 10/01/2008--12/31/2008 | 92 | 6% | $322.88 |
| Compound | 01/01/2009--03/31/2009 | 90 | 5% | $267.58 |
| Compound | 04/01/2009--06/30/2009 | 91 | 4% | $218.87 |
| Compound | 07/01/2009--07/30/2009 | 30 | 4% | $72.64 |

Total Interest                                                              $2,939.93

The interest shown on this report is estimated.  Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full.

| Form 886-A | EXPLANATION OF ITMES | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer Dean Wilson | | Year/Period Ended: 2005 2006,2007 |

BUSINESS INCOME

Issue

    (a)  Whether taxpayers' income should be increased by the gross income of the business purportedly operated by Anna Corey Family Trust and decreased by the allowable expenses of carrying on that business because the trust is disregarded for tax purposes.

    (b)  Alternatively, whether taxpayers' income should be increased by the gross income of the business purportedly operated by Anna Corey Family Trust and decreased by the allowable expenses of carrying on that business because the trust is a grantor trust owned by taxpayers.

Facts

    Dean Wilson (TP)is a naturopathic doctor.  He has worked many years as a nutritional counselor because a naturopathic doctor is not licensed.  He has reported the income from this activity on schedule C.  During 2003, Mr. Wilson created Anna Correy Family Trust and transferred the business activity to it later in that year.  He claimed to have turned entire control of the business to the Trust.

    Natural Way Systems is the name of his business.  Frank Ozak and Glen Wycoff helped Mr. Wilson set up the trust and put this business into the Trust.  They were acting in the capacity as trustees of the trust.  Frank Ozak and Glenn Wycoff have been identified by the Service as abusive tax promoters.

    After 2003, income and expenses of the Naturopathic Service activity was reported on fiduciary income tax returns (Forms 1041) filed by Anna Correy Family Trust.

    Mr. Wilson was appointed as a General Manager by the Trustees and continues to run his business.  He was being treated as an independent contractor and was paid approximately $2,200 per month by the Trust.   Mr. Wilson did not report the salary income as he has stopped filing his federal income tax return after 2003.  According to the Trust Agreement, the General Manager has broad range of powers to manage and invest. These powers include hiring, firing, negotiating, and dealing with financial institutions.

    After the Internal Revenue Service has issued a summons to Mr. Wilson, he appeared for an interview and told the examiner and his Manager that Natural Way Systems is his business.  He is still responsible for the everyday operation of the business.   He would order products that the business needed and the trustees would pay the expenses.

    He also stated that he received payments from clients and then contributed most of most of money to the trust.  The money was used to pay all of the expenses and also to invest in funds suggested by Ozak and Wycoff.  Whenever he needs money, he would take it out via loans.  It is apparent that Mr. Wilson still has significant controls over the business and income.

Department of the Treasury - Internal Revenue Service

Form 886 A

| Form 886-A | EXPLANATION OF ITMES | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer      Dean Wilson | | Year/Period Ended: 2005 2006,2007 |

Business income and expenses reported on the schedule C filed by Anna Correy Family Trust can be summarized as follows:

| | 200512 | 200612 | 200712 |
|---|---|---|---|
| Gross Sales | $ 261,828.00 | $ 300,318.00 | No return filed |
| Cost of Sales | $ - | $ - | |
| Gross Income | $ 261,828.00 | $ 300,318.00 | No return filed |
| Expenses: | $ - | $ - | |
| Net Income | $ 214,828.00 | $ 300,318.00 | No return filed |

In summary, the examiner proposes to redetermine the income and expenses of the business activities based on the bank records as computed, and to include such amounts on Mr. Wilsons' individual income tax return so determined:

Law and Argument

Since the trust arrangement is a sham with no economic substance, it is disregarded for tax purposes.  The taxpayer's business income is increased by the gross receipts attributable to Natural Ways Systems held in Anna Corey Family Trust and decreased by the ordinary and necessary expenses of carrying on that business. There shall be no deductions allowed for personal expenses.  The taxpayer has not shown that he is entitled to any deductions in excess of the amount determined.  I.R.C. '' 671- 677, 61, 162, 262.

Alternatively, Mr. Wilson's business income is increased because the Anna Corey Family Trust is a grantor trust whose income is taxable to him individually.  His income is increased by the gross income attributable to Natural Ways Systems held Anna Corey Family Trust and decreased by the ordinary and necessary expenses of carrying on that business.  There shall be no deductions allowed for personal expenses.  The taxpayer has not shown that you are entitled to any deductions in excess of the amount determined.  I.R.C. '' 671-677, 61, 162, 262.

Alternatively, it is determined that the attempted assignment of Mr. Wilson's business income to Anna Corey Family Trust is not recognized for federal income tax purposes and that such income is taxable to him individually.

Alternatively, if the Anna Corey Family Trust is recognized for income tax purposes, Mr. Wilson's income attributable to Natural Ways Systems held in the Trust shall be increased to the extent required by I.R.C. '' 652(a) or 662(a).

Accordingly, Mr. Wilson's taxable income attributable to Natural Ways Systems is increased per the computation in the attached worksheet 401-A.

Taxpayers' Position

Taxpayer agreed with the government's position which has been affected by the

| Form 886-A | EXPLANATION OF ITMES | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer Dean Wilson | | Year/Period Ended: 2005 2006,2007 |

Closing Agreement, Form 906 and the Income Tax Examination Change, Form 4549.

Conclusion

    (a)  Since Anna Correy Family Trust is disregarded for tax purposes, taxpayers' income for 2005 through 2007 shall be increased by the gross income of the business purportedly operated by Anna Correy Family Trust, and shall be decreased by the allowable expenses of carrying on that business.  Taxpayers have not shown that they are entitled to deductions in excess of the amounts determined by the examiner.

    (b)  Alternatively, taxpayers' income for 2005 through 2007 shall be increased because they are the owners of a grantor trust.  Gross income shall be increased by the gross income of the trust's business and shall be decreased by the allowable expenses of carrying on that business.  Taxpayers have not shown that they are entitled to deductions in excess of the amounts determined by the examiner.

Department of the Treasury - Internal Revenue Service          Form 886-A

Dean Wilson
F1040 - 2005 - 2007
**Sch C Business Gross Receipts per Bank Deposits**

| Name:  Bank of the West | | | | | |
|---|---|---|---|---|---|
| Acct No.     02778 | | | | | |
| Acct Holder:  Anna Correy Family Turst DBA  Natural Way Systems | | | | | |
| Date Opened | | | | | |
| Date Closed: | | | | | |
| | | | | | |
| Date | 2005 Deposits/CR | | 2006 Deposits/CR | | 2007 Deposits/CR |
| January | $ | 18,048.00 | $ | 21,000.32 | $ 13,499.04 |
| February | $ | 524.00 | $ | 29,673.81 | $ 10,497.71 |
| March | $ | 10,958.16 | $ | 6,028.02 | $ 26,195.11 |
| April | $ | 22,933.07 | $ | 19,369.02 | $ 23,490.15 |
| May | $ | 12,466.22 | $ | 20,202.24 | $ 21,331.36 |
| June | $ | 17,396.00 | $ | 23,547.39 | $ 29,650.46 |
| July | $ | 30,535.50 | $ | 23,604.54 | $ 21,933.16 |
| August | $ | 21,669.50 | $ | 22,727.42 | $ 33,666.94 |
| September | $ | 18,546.00 | $ | 24,014.74 | $ 15,814.89 |
| October | $ | 21,602.00 | $ | 18,540.04 | $ 25,874.00 |
| November | $ | 17,978.41 | $ | 19,925.10 | $ 21,253.10 |
| December | $ | 25,683.74 | $ | 21,950.75 | $ 15,829.57 |
| | | | | | |
| Total Deposits | $ | 218,340.60 | $ | 250,583.39 | $ 259,035.49 |
| Less: | | | | | |
| Add't Expenses through Electronic payments | $ | 4,025.00 | $ | 93,673.00 | $ 34,401.00 |
| Add't Business expense allowed | $ | 9,635.88 | $ | 17,155.00 | $ 16,473.00 |
| Business expense allowed - Natural Ways System | $ | 136,061.22 | $ | 87,135.35 | $ 153,008.00 |
| | | | | | |
| Unreported Income | $ | 68,618.50 | $ | 52,620.04 | $ 55,153.49 |

401-A

| Form 886-A | EXPLANATION OF ITMES | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer<br><br>Dean Wilson | | Year/Period Ended: 2005 2006,2007 |

BUSINESS EXPENSES

Issue

Determine what is ordinary and necessary business expenses are allowed per IRC section 162?

Facts

Dean Wilson (TP)is a naturopathic doctor.  He has worked many years as a nutritional counselor because a naturopathic doctor is not licensed.  He has reported the income from this activity on schedule C.  During 2003, Mr. Wilson created Anna Correy Family Trust and transferred the business activity to it later in that year.  He claimed to have turned entire control of the business to the Trust.

Natural Way Systems is the name of his business.  Frank Ozak and Glen Wycoff helped Mr. Wilson set up the trust and put this business into the Trust.  They were acting in the capacity as trustees of the trust.  Frank Ozak and Glenn Wycoff have been identified by the Service as abusive tax promoters.

After 2003, income and expenses of the Naturopathic Service activity was reported on fiduciary income tax returns (Forms 1041) filed by Anna Correy Family Trust.

Mr. Wilson was appointed as a General Manager by the Trustees and continues to run his business.  He was being treated as an independent contractor and was paid approximately $2,200 per month by the Trust.  Mr. Wilson did not report the salary income as he has stopped filing his federal income tax return after 2003.  According to the Trust Agreement, the General Manager has broad range of powers to manage and invest. These powers include hiring, firing, negotiating, and dealing with financial institutions.

After the Internal Revenue Service has issued a summons to Mr. Wilson, he appeared for an interview and told the examiner and his Manager that Natural Way Systems is his business.  He is still responsible for the everyday operation of the business.   He would order products that the business needed and the trustees would pay the expenses.

He also stated that he received payments from clients and then contributed most of most of money to the trust.  The money was used to pay all of the expenses and also to invest in funds suggested by Ozak and Wycoff.  Whenever he needs money, he would take it out via loans.  It is apparent that Mr. Wilson still has significant controls over the business and income.

Business income and expenses reported on the schedule C filed by Anna Correy Family Trust can be summarized as follows:

| | 200512 | 200612 | 200712 |
|---|---|---|---|
| Gross Sales | $ 261,828.00 | $ 300,318.00 | No return filed |

| Form 886-A | | **EXPLANATION OF ITMES** | Schedule No. or Exhibit |
|---|---|---|---|
| Name of Taxpayer | | | Year/Period Ended: 2005 |
| | Dean Wilson | | 2006,2007 |

| | | | |
|---|---|---|---|
| Cost of Sales | $ - | $ - | |
| Gross Income | $ 261,828.00 | $ 300,318.00 | No return filed |
| Expenses: | $ - | $ - | |
| Net Income | $ 214,828.00 | $ 300,318.00 | No return filed |

In summary, the examiner proposes to redetermine the income and expenses of the business activities based on the bank records as computed, and to include such amounts on Mr. Wilsons' individual income tax return so determined:

In determining the business expenses allowed for his business activity, agent reviewed the bank information. Agent analyzed all cancelled checks, electronic payments appeared on bank statements. In addition, agent reviewed the expense summary and invoices prepared by the taxpayer for supplies purchased and verified those expenses to the cancelled checks and or the electronic payments information per the bank statements. In addition, agent researched the tax law regarding the fiduciary fees and discussed the research results with GM Ruth and decided that a portion of the fiduciary fees was legitimate business expenses and was allowed per IRC section 162. Other expenses from the cancelled checks were not allowed included Dean Wilson's salary, investments made on his behalf by the Trust, and theft losses incurred discovered in 2008.

Agent discussed his final determination with GM Ruth who concurred and so determined per the attached worksheet.

Law and Argument

Since the trust arrangement is a sham with no economic substance, it is disregarded for tax purposes. The taxpayer's business income is increased by the gross receipts attributable to Natural Ways Systems held in Anna Corey Family Trust and decreased by the ordinary and necessary expenses of carrying on that business. There shall be no deductions allowed for personal expenses. The taxpayer has not shown that he is entitled to any deductions in excess of the amount determined. I.R.C. '' 671-677, 61, 162, 262.

Alternatively, Mr. Wilson's business income is increased because the Anna Corey Family Trust is a grantor trust whose income is taxable to him individually. His income is increased by the gross income attributable to Natural Ways Systems held Anna Corey Family Trust and decreased by the ordinary and necessary expenses of carrying on that business. There shall be no deductions allowed for personal expenses. The taxpayer has not shown that you are entitled to any deductions in excess of the amount determined. I.R.C. '' 671-677, 61, 162, 262.

Alternatively, it is determined that the attempted assignment of Mr. Wilson's business income to Anna Corey Family Trust is not recognized for federal income tax purposes and that such income is taxable to him individually.

Department of the Treasury - Internal Revenue Service

Form 886-A

| Form 886-A | EXPLANATION OF ITMES | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer | | Year/Period |
| Dean Wilson | | Ended: 2005 2006,2007 |

Alternatively, if the Anna Corey Family Trust is recognized for income tax purposes, Mr. Wilson's income attributable to Natural Ways Systems held in the Trust shall be increased to the extent required by I.R.C. '' 652(a) or 662(a).

Accordingly, Mr. Wilson's taxable income attributable to Natural Ways Systems is increased per the computation in the attached worksheet 401-A.

Taxpayers' Position

Taxpayer agreed with the government's position which has been affected by the Closing Agreement, Form 906 and the Income Tax Examination Change, Form 4549.

Conclusion

(a)   Since Anna Correy Family Trust is disregarded for tax purposes, taxpayers' income for 2005 through 2007 shall be increased by the gross income of the business purportedly operated by Anna Correy Family Trust, and shall be decreased by the allowable expenses of carrying on that business.  Taxpayers have not shown that they are entitled to deductions in excess of the amounts determined by the examiner.

(b)   Alternatively, taxpayers' income for 2005 through 2007 shall be increased because they are the owners of a grantor trust.  Gross income shall be increased by the gross income of the trust's business and shall be decreased by the allowable expenses of carrying on that business.  Taxpayers have not shown that they are entitled to deductions in excess of the amounts determined by the examiner.

Department of the Treasury - Internal Revenue Service

Form 886-A

Dean Wilson
1040 2005 - 2007
T.C. 06-05-09

**Sch C Business Expense Allowed per Exam.**

| Name: Bank of the West | | | | | | |
|---|---|---|---|---|---|---|
| Acct No.: -02778 | | | | | | |
| Acct Holder: Anna Correy Family Turst DBA  Natural Way Systems | | | | | | |
| Date Opened | | | | | | |
| Date Closed: | | | | | | |
| | | | | | | |
| | | | | | | |
| Date | | 2005 Deposits/CR | | 2006 Deposits/CR | | 2007 Deposits/CR |
| January | | $ 18,048.00 | $ | 21,000.32 | $ | 13,499.04 |
| February | | $ 524.00 | $ | 29,673.81 | $ | 10,497.71 |
| March | | $ 10,958.16 | $ | 6,028.02 | $ | 26,195.11 |
| April | | $ 22,933.07 | $ | 19,369.02 | $ | 23,490.15 |
| May | | $ 12,466.22 | $ | 20,202.24 | $ | 21,331.36 |
| June | | $ 17,396.00 | $ | 23,547.39 | $ | 29,650.46 |
| July | | $ 30,535.50 | $ | 23,604.54 | $ | 21,933.16 |
| August | | $ 21,669.50 | $ | 22,727.42 | $ | 33,666.94 |
| September | | $ 18,546.00 | $ | 24,014.74 | $ | 15,814.89 |
| October | | $ 21,602.00 | $ | 18,540.04 | $ | 25,874.00 |
| November | | $ 17,978.41 | $ | 19,925.10 | $ | 21,253.10 |
| December | | $ 25,683.74 | $ | 21,950.75 | $ | 15,829.57 |
| Total Deposits | | | | | | |
| Less: | | $ 218,340.60 | $ | 250,583.39 | $ | 259,035.49 |
| Add't Expenses through Electronic payments | | $ 4,025.00 | $ | 93,673.00 | $ | 34,401.00 |
| Add't Business expense allowed - fiduciary fees | | $ 9,635.88 | $ | 17,155.00 | $ | 16,473.00 |
| Business expense allowed per canncelled checks | | $ 136,061.22 | $ | 87,135.35 | $ | 154,008.00 |
| | | $ 149,722.10 | $ | 197,963.35 | $ | 204,882.00 |
| Unreported Income | | | | | | |
| | | $ 68,618.50 | $ | 52,620.04 | $ | 54,153.49 |

501-A