

# United States of America

## Department of the Treasury Internal Revenue Service

MAY 2 6 2010

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, with redactions in accordance with the E-Government Act of 2002, as amended, for the Sterling M. Paladin Family Trust, for the calendar year ending December 31, 2005, consisting of 12 pages

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Lloyd West, Jr.
Senior Disclosure Specialist
Governmental Liaison and Disclosure

Catalog Number 19002E

Form 2866 (Rev. 09-97)

9824422400405

Form **1041**  Department of the Treasury—Internal Revenue Service
**U.S. Income Tax Return for Estates and Trusts**   20**05**   OMB No. 1545-0092

**A** Type of entity (see instr.):

- [ ] Decedent's estate
- [ ] Simple trust
- [x] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate-Ch. 7
- [ ] Bankruptcy estate-Ch. 11
- [ ] Pooled income fund

For calendar year 2005 or fiscal year beginning _____ , 2005, and ending _____ , 20 _____

Name of estate or trust (If a grantor type trust, see page 12 of the instructions.)
**STERLING M. PALADIN Family TRUST**

Name and title of fiduciary
**NOBLE TRUST SERVICES CO.**

Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.)
**P.O. BOX F-42498**

City or town, state, and ZIP code
**FREEPORT BAHAMAS**

**C** Employer identification number

**D** Date entity created  **3-2-2002**

**E** Nonexempt charitable and split-interest trusts, check applicable boxes (see page 13 of the instr.):
- [ ] Described in section 4947(a)(1)
- [ ] Not a private foundation
- [ ] Described in section 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ▶ **1**

**F** Check applicable boxes:
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Change in trust's name
- [ ] Change in fiduciary's address

**G** Pooled mortgage account (see page 14 of the instructions): [ ] Bought [ ] Sold Date: _____

**Income**

| | | | |
|---|---|---|---|
| 1 | Interest income | 1 | 62,959 — |
| 2a | Total ordinary dividends | 2a | |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | | |
| 3 | Business income or (loss) (attach Schedule C or C-EZ (Form 1040)) | 3 | 104,172 — |
| 4 | Capital gain or (loss) (attach Schedule D (Form 1041)) | 4 | 5,270 — |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. (attach Schedule E (Form 1040)) | 5 | |
| 6 | Farm income or (loss) (attach Schedule F (Form 1040)) | 6 | |
| 7 | Ordinary gain or (loss) (attach Form 4797) | 7 | |
| 8 | Other income. List type and amount | 8 | |
| 9 | Total income. Combine lines 1, 2a, and 3 through 8 ▶ | 9 | 172,399 — |

**Deductions**

| | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ [ ] | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | 10,157 — |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | |
| 15a | Other deductions not subject to the 2% floor (attach schedule) | 15a | |
| b | Allowable miscellaneous itemized deductions subject to the 2% floor | 15b | |
| 16 | Add lines 10 through 15b | 16 | 10,157 — |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 ▶ | 17 | 162,242 — |
| 18 | Income distribution deduction (from Schedule B, line 15) (attach Schedules K-1 (Form 1041)) | 18 | 162,242 — |
| 19 | Estate tax deduction (including certain generation-skipping taxes) (attach computation) | 19 | |
| 20 | Exemption | 20 | |
| 21 | Add lines 18 through 20 | 21 | 162,242 — |

RECEIVED
'08 07 2006
IRS PHILA., PA
17 015

**Tax and Payments**

| | | | |
|---|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see page 20 of the instructions | 22 | — 0 — |
| 23 | Total tax (from Schedule G, line 7) | 23 | — 0 — |
| 24 | Payments: a 2005 estimated tax payments and amount applied from 2004 return | 24a | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | |
| d | Tax paid with Form 7004 (see page 20 of the instructions) | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ [ ] | 24e | |
| | Other payments: f Form 2439 _____ ; g Form 4136 _____ ; Total ▶ | 24h | |
| 25 | Total payments. Add lines 24c through 24e, and 24h | 25 | |
| 26 | Estimated tax penalty (see page 20 of the instructions) ▶ | 26 | |
| 27 | Tax due. If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | — 0 — |
| 28 | Overpayment. If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | |
| 29 | Amount of line 28 to be: a Credited to 2006 estimated tax ▶ _____ ; b Refunded ▶ | 29 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _[signature]_  Date **08-02-06**   Signature of fiduciary or officer representing fiduciary   EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? [ ] Yes [ ] No

**Paid Preparer's Use Only**
Preparer's signature ▶ _____ Date _____ Check if self-employed [ ] Preparer's SSN or PTIN _____
Firm's name (or yours if self-employed), address, and ZIP code ▶ _____ EIN _____ Phone no. ( ) _____

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11370H   Form **1041** (2005)

Form 1041 (2005)

Page **2**

## Schedule A — Charitable Deduction. Do not complete for a simple trust or a pooled income fund.

| | | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see page 21) | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions (see page 21 of the instructions) | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see page 21 of the instructions) | 6 | |
| 7 | Charitable deduction. Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

## Schedule B — Income Distribution Deduction

| | | | |
|---|---|---|---|
| 1 | Adjusted total income (see page 22 of the instructions) | 1 | 162242 - |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 15, column (1) (see page 22 of the instructions) | 3 | |
| 4 | Enter amount from Schedule A, line 4 (reduced by any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see page 22 of the instructions) | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | Distributable net income (DNI). Combine lines 1 through 6. If zero or less, enter -0- | 7 | 162242 - |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law   **8   162242 -** | | |
| 9 | Income required to be distributed currently | 9 | 162242 - |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see page 22 of the instructions | 11 | 162242 - |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | 162242 - |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | 162242 - |
| 15 | Income distribution deduction. Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | 162242 - |

## Schedule G — Tax Computation (see page 23 of the instructions)

| | | | | |
|---|---|---|---|---|
| 1 Tax: a | Tax on taxable income (see page 23 of the instructions) | 1a | | |
| b | Tax on lump-sum distributions (attach Form 4972) | 1b | | |
| c | Alternative minimum tax (from Schedule I, line 56) | 1c | | |
| d | Total. Add lines 1a through 1c | | 1d | |
| 2a | Foreign tax credit (attach Form 1116) | 2a | | |
| b | Other nonbusiness credits (attach schedule) | 2b | | |
| c | General business credit. Enter here and check which forms are attached: ☐ Form 3800   ☐ Forms (specify) ▶ ............................ | 2c | | |
| d | Credit for prior year minimum tax (attach Form 8801) | 2d | | |
| 3 | Total credits. Add lines 2a through 2d | | 3 | |
| 4 | Subtract line 3 from line 1d. If zero or less, enter -0- | | 4 | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255 ☐ Form 8611 | | 5 | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | | 6 | |
| 7 | Total tax. Add lines 4 through 6. Enter here and on page 1, line 23 | | 7 | |

## Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ ............................ | | ✔ |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | ✔ |
| 3 | At any time during calendar year 2005, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See page 25 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ ............................ | | ✔ |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See page 25 of the instructions | | ✔ |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see page 25 for required attachment | | ✔ |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see page 25) ▶ ☐ | | ✔ |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see page 25) ▶ ☐ | | ✔ |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See page 26 of the instructions | | ✔ |

Form **1041** (2005)

Form 1041 (2005)                                                                                                    Page **3**

## Schedule I    Alternative Minimum Tax (see pages 26 through 32 of the instructions)

### Part I—Estate's or Trust's Share of Alternative Minimum Taxable Income

| | | |
|---|---|---|
| 1 | Adjusted total income or (loss) (from page 1, line 17) | **1** |
| 2 | Interest | **2** |
| 3 | Taxes | **3** |
| 4 | Miscellaneous itemized deductions (from page 1, line 15b) | **4** |
| 5 | Refund of taxes | **5** ( ) |
| 6 | Depletion (difference between regular tax and AMT) | **6** |
| 7 | Net operating loss deduction. Enter as a positive amount | **7** |
| 8 | Interest from specified private activity bonds exempt from the regular tax | **8** |
| 9 | Qualified small business stock (see page 27 of the instructions) | **9** |
| 10 | Exercise of incentive stock options (excess of AMT income over regular tax income) | **10** |
| 11 | Other estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | **11** |
| 12 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | **12** |
| 13 | Disposition of property (difference between AMT and regular tax gain or loss) | **13** |
| 14 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | **14** |
| 15 | Passive activities (difference between AMT and regular tax income or loss) | **15** |
| 16 | Loss limitations (difference between AMT and regular tax income or loss) | **16** |
| 17 | Circulation costs (difference between regular tax and AMT) | **17** |
| 18 | Long-term contracts (difference between AMT and regular tax income) | **18** |
| 19 | Mining costs (difference between regular tax and AMT) | **19** |
| 20 | Research and experimental costs (difference between regular tax and AMT) | **20** |
| 21 | Income from certain installment sales before January 1, 1987 | **21** ( ) |
| 22 | Intangible drilling costs preference | **22** |
| 23 | Other adjustments, including income-based related adjustments | **23** |
| 24 | Alternative tax net operating loss deduction (See the instructions for the limitation that applies.) | **24** ( ) |
| 25 | Adjusted alternative minimum taxable income. Combine lines 1 through 24 | **25** |

**Note:** *Complete Part II below before going to line 26.*

| | | |
|---|---|---|
| 26 | Income distribution deduction from Part II, line 44 | **26** | |
| 27 | Estate tax deduction (from page 1, line 19) | **27** | |
| 28 | Add lines 26 and 27 | **28** |
| 29 | Estate's or trust's share of alternative minimum taxable income. Subtract line 28 from line 25 | **29** |

If line 29 is:

- **$22,500 or less,** stop here and enter -0- on Schedule G, line 1c. The estate or trust is not liable for the alternative minimum tax.
- **Over $22,500, but less than $165,000,** go to line 45.
- **$165,000 or more,** enter the amount from line 29 on line 51 and go to line 52.

### Part II—Income Distribution Deduction on a Minimum Tax Basis

| | | |
|---|---|---|
| 30 | Adjusted alternative minimum taxable income (see page 30 of the instructions) | **30** |
| 31 | Adjusted tax-exempt interest (other than amounts included on line 8) | **31** |
| 32 | Total net gain from Schedule D (Form 1041), line 15, column (1). If a loss, enter -0- | **32** |
| 33 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes (from Schedule A, line 4) | **33** |
| 34 | Capital gains paid or permanently set aside for charitable purposes from gross income (see page 30 of the instructions) | **34** |
| 35 | Capital gains computed on a minimum tax basis included on line 25 | **35** ( ) |
| 36 | Capital losses computed on a minimum tax basis included on line 25. Enter as a positive amount | **36** |
| 37 | Distributable net alternative minimum taxable income (DNAMTI). Combine lines 30 through 36. If zero or less, enter -0- | **37** |
| 38 | Income required to be distributed currently (from Schedule B, line 9) | **38** |
| 39 | Other amounts paid, credited, or otherwise required to be distributed (from Schedule B, line 10) | **39** |
| 40 | Total distributions. Add lines 38 and 39 | **40** |
| 41 | Tax-exempt income included on line 40 (other than amounts included on line 8) | **41** |
| 42 | Tentative income distribution deduction on a minimum tax basis. Subtract line 41 from line 40 | **42** |
| 43 | Tentative income distribution deduction on a minimum tax basis. Subtract line 31 from line 37. If zero or less, enter -0- | **43** |
| 44 | Income distribution deduction on a minimum tax basis. Enter the smaller of line 42 or line 43. Enter here and on line 26 | **44** |

Form **1041** (2005)

Form 1041 (2005)

**Part III—Alternative Minimum Tax** Page 4

| | | | | | |
|---|---|---|---|---|---|
| 45 | Exemption amount | | | 45 | $22,500 | 00 |

46 Enter the amount from line 29 — **46**

47 Phase-out of exemption amount — **47** $75,000 00

48 Subtract line 47 from line 46. If zero or less, enter -0- — **48**

49 Multiply line 48 by 25% (.25) — **49**

50 Subtract line 49 from line 45. If zero or less, enter -0- — **50**

51 Subtract line 50 from line 46 — **51**

52 Go to Part IV of Schedule I to figure line 52 if the estate or trust has qualified dividends or has a gain on lines 14a and 15 of column (2) of Schedule D (Form 1041) (as refigured for the AMT, if necessary). Otherwise, if line 51 is—
- $175,000 or less, multiply line 51 by 26% (.26).
- Over $175,000, multiply line 51 by 28% (.28) and subtract $3,500 from the result — **52**

53 Alternative minimum foreign tax credit (see page 30 of the instructions) — **53**

54 Tentative minimum tax. Subtract line 53 from line 52 — **54**

55 Enter the tax from Schedule G, line 1a (minus any foreign tax credit from Schedule G, line 2a) — **55**

56 Alternative minimum tax. Subtract line 55 from line 54. If zero or less, enter -0-. Enter here and on Schedule G, line 1c — **56**

**Part IV—Line 52 Computation Using Maximum Capital Gains Rates**

**Caution:** If you did not complete Part V of Schedule D (Form 1041), the Schedule D Tax Worksheet, or the Qualified Dividends Tax Worksheet, see page 32 of the instructions before completing this part.

57 Enter the amount from line 51 — **57**

58 Enter the amount from Schedule D (Form 1041), line 22, line 13 of the Schedule D Tax Worksheet, or line 4 of the Qualified Dividends Tax Worksheet, whichever applies (as refigured for the AMT, if necessary) — **58**

59 Enter the amount from Schedule D (Form 1041), line 14b, column (2) (as refigured for the AMT, if necessary). If you did not complete Schedule D for the regular tax or the AMT, enter -0- — **59**

60 If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 58. Otherwise, add lines 58 and 59 and enter the smaller of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) — **60**

61 Enter the smaller of line 57 or line 60 — **61**

62 Subtract line 61 from line 57 — **62**

63 If line 62 is $175,000 or less, multiply line 62 by 26% (.26). Otherwise, multiply line 62 by 28% (.28) and subtract $3,500 from the result — **63**

64 Maximum amount subject to the 5% rate — **64** $2,000 00

65 Enter the amount from line 23 of Schedule D (Form 1041), line 14 of the Schedule D Tax Worksheet, or line 5 of the Qualified Dividends Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete Schedule D or either worksheet for the regular tax, enter -0- — **65**

66 Subtract line 65 from line 64. If zero or less, enter -0- — **66**

67 Enter the smaller of line 57 or line 58 — **67**

68 Enter the smaller of line 66 or line 67 — **68**

69 Multiply line 68 by 5% (.05) — **69**

70 Subtract line 68 from line 67 — **70**

71 Multiply line 70 by 15% (.15) — **71**

If line 59 is zero or blank, skip lines 72 and 73 and go to line 74. Otherwise, go to line 72.

72 Subtract line 67 from line 61 — **72**

73 Multiply line 72 by 25% (.25) — **73**

74 Add lines 63, 69, 71, and 73 — **74**

75 If line 57 is $175,000 or less, multiply line 57 by 26% (.26). Otherwise, multiply line 57 by 28% (.28) and subtract $3,500 from the result — **75**

76 Enter the smaller of line 74 or line 75 here and on line 52 — **76**

Form **1041** (2005)

Schedules A&B (Form 1040) 2005

Name(s) shown on Form 1040. Do not enter name and social security number if shown on other side.

STERLING M. PALADIN FAMILY TRUST

OMB No. 1545-0074    Page **2**

Your social security number

## Schedule B—Interest and Ordinary Dividends

Attachment Sequence No. **08**

| | | | Amount |
|---|---|---|---|
| **Part I** **Interest** (See page B-1 and the instructions for Form 1040, line 8a.) | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | Robert Coberly Personal Note. | | 11000 - |
| | CEC — Capital Enhance. | | 51934 - |
| | First Fed. Money Mkt. | **1** | 23 - |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | | |
| | **2** Add the amounts on line 1 | **2** | 62957 - |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | **4** | 62957 - |
| | **Note.** If line 4 is over $1,500, you must complete Part III. | | |
| **Part II** **Ordinary Dividends** (See page B-1 and the instructions for Form 1040, line 9a.) | **5** List name of payer ▶ | | Amount |
| | | | |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | **5** | |
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | **6** | |
| | **Note.** If line 6 is over $1,500, you must complete Part III. | | |

| **Part III** **Foreign Accounts and Trusts** (See page B-2.) | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1. | | ✓ |
| | **b** If "Yes," enter the name of the foreign country ▶ | | ✓ |
| | **8** During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | ✓ |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Printed on recycled paper

Schedule B (Form 1040) 2005

U.S. GOVERNMENT PRINTING OFFICE: 2005—309-063

**SCHEDULES A&B**
**Form 1040)**

Department of the Treasury
Internal Revenue Service  (L)

# Schedule A—Itemized Deductions

(Schedule B is on back)

▶ **Attach to Form 1040.**  ▶ **See Instructions for Schedules A&B (Form 1040).**

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **07**

Your social security number

Name(s) shown on Form 1040

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | |
| | 1 | Medical and dental expenses (see page A-2) | 1 |
| | 2 | Enter amount from Form 1040, line 38 [ 2 ] | |
| | 3 | Multiply line 2 by 7.5% (.075). | 3 |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 |
| **Taxes You Paid** (See page A-2.) | 5 | State and local (check only one box): <br> a ☐ Income taxes, or <br> b ☐ General sales taxes (see page A-3) | 5 |
| | 6 | Real estate taxes (see page A-5) | 6 |
| | 7 | Personal property taxes | 7 |
| | 8 | Other taxes. List type and amount ▶ | 8 |
| | 9 | Add lines 5 through 8 | 9 |
| **Interest You Paid** (See page A-5.) <br><br> **Note.** Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶ | 11 |
| | 12 | Points not reported to you on Form 1098. See page A-6 for special rules | 12 |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-6.) | 13 |
| | 14 | Add lines 10 through 13 | 14 |
| **Gifts to Charity** <br> If you made a gift and got a benefit for it, see page A-7. | 15a | Total gifts by cash or check. If you made any gift of $250 or more, see page A-7 | 15a |
| | b | Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see page A-7) [ 15b ] | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-7. You **must** attach Form 8283 if over $500 | 16 |
| | 17 | Carryover from prior year | 17 |
| | 18 | Add lines 15a, 16, and 17 | 18 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-8.) | 19 |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-8.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-8.) ▶ | 20 |
| | 21 | Tax preparation fees. | 21 |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 22 |
| | 23 | Add lines 20 through 22 | 23 |
| | 24 | Enter amount from Form 1040, line 38 [ 24 ] | |
| | 25 | Multiply line 24 by 2% (.02) | 25 |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-9. List type and amount ▶ | 27 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $145,950 (over $72,975 if married filing separately)? <br> ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. <br> ☐ **Yes.** Your deduction may be limited. See page A-9 for the amount to enter. | 28 |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | |

**For Paperwork Reduction Act Notice, see Form 1040 instructions.**   Cat. No. 12614K   **Schedule A (Form 1040) 2005**

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (O)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2005**

Attachment
Sequence No. **09**

Name of proprietor

*STERLING M. PALADIN Family TRUST*

Social security number (SSN)

**A**   Principal business or profession, including product or service (see page C-2 of the instructions)

*MANAGEMENT SERVICES*

**B** Enter code from pages C-8, 9, & 10

▶ 5 4 1 6 0 0

**C**   Business name. If no separate business name, leave blank.

*STERLING MANAGEMENT*

**D** Employer ID number (EIN), if any

**E**   Business address (including suite or room no.) ▶ *SAME*
City, town or post office, state, and ZIP code

**F**   Accounting method:   **(1)** ☑ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶

**G**   Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses   ☑ Yes   ☐ No

**H**   If you started or acquired this business during 2005, check here   ▶ ☐

## Part I   Income

| | | | |
|---|---|---|---|
| **1** | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here   ▶ ☐ | **1** | 104172 - |
| **2** | Returns and allowances | **2** | |
| **3** | Subtract line 2 from line 1 | **3** | 104172 - |
| **4** | Cost of goods sold (from line 42 on page 2) | **4** | |
| **5** | **Gross profit.** Subtract line 4 from line 3. | **5** | 104172 - |
| **6** | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | **6** | |
| **7** | **Gross income.** Add lines 5 and 6   ▶ | **7** | 104172 - |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8** | Advertising | **8** | | **18** | Office expense | **18** | |
| **9** | Car and truck expenses (see page C-3) | **9** | | **19** | Pension and profit-sharing plans | **19** | |
| **10** | Commissions and fees | **10** | | **20** | Rent or lease (see page C-5): | | |
| **11** | Contract labor (see page C-4) | **11** | | **a** | Vehicles, machinery, and equipment | **20a** | |
| **12** | Depletion | **12** | | **b** | Other business property | **20b** | |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | **13** | | **21** | Repairs and maintenance | **21** | |
| | | | | **22** | Supplies (not included in Part III) | **22** | |
| | | | | **23** | Taxes and licenses | **23** | |
| | | | | **24** | Travel, meals, and entertainment: | | |
| | | | | **a** | Travel | **24a** | |
| **14** | Employee benefit programs (other than on line 19) | **14** | | **b** | Deductible meals and entertainment (see page C-5) | **24b** | |
| **15** | Insurance (other than health) | **15** | | **25** | Utilities | **25** | |
| **16** | Interest: | | | **26** | Wages (less employment credits) | **26** | |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **27** | Other expenses (from line 48 on page 2) | **27** | |
| **b** | Other | **16b** | | | | | |
| **17** | Legal and professional services | **17** | | | | | |

| | | | |
|---|---|---|---|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns   ▶ | **28** | |
| **29** | Tentative profit (loss). Subtract line 28 from line 7 | **29** | |
| **30** | Expenses for business use of your home. Attach **Form 8829** | **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. | **31** | 104172 - |
| | • If a loss, you **must** go to line 32. | | |

**32**   If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☑ All investment is at risk.
**32b** ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see page C-7 of the instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2005

Schedule C (Form 1040) 2005    Page **2**

| **Part III** | **Cost of Goods Sold** (see page C-6) |
|---|---|

33  Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | 42 | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562. |
|---|---|

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ . . . . . . . . / . . . . . . . / . . . . . .

44  Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

**a** Business . . . . . . . . . . . .    **b** Commuting (see instructions) . . . . . . . . . . . .    **c** Other . . . . . . . . . . . . . . . . . . .

45  Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . . .    ☐ Yes    ☐ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . .    ☐ Yes    ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . .    ☐ Yes    ☐ No

**b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. | | |
|---|---|---|---|
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 48  **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . | 48 | |

Printed on recycled paper

Schedule C (Form 1040) 2005

GPO  U.S. GOVERNMENT PRINTING OFFICE: 2005—322-115

**SCHEDULE D**
**(Form 1041)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ **Attach to Form 1041, Form 5227, or Form 990-T. See the separate instructions for Form 1041 (also for Form 5227 or Form 990-T, if applicable).**

OMB No. 1545-0_

**2005**

Name of estate or trust

*STERLING M. PALADIN FAMILY TRUST*

Employer identification number

**Note:** *Form 5227 filers need to complete **only** Parts I and II.*

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| 1 | (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 34) | (f) Gain or (Loss) for the entire year (col. (d) less col. (e)) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Short-term capital gain or (loss) from Forms 4684, 6252, 6781, and 8824 | **2** | |
| 3 | Net short-term gain or (loss) from partnerships, S corporations, and other estates or trusts | **3** | |
| 4 | Short-term capital loss carryover. Enter the amount, if any, from line 9 of the 2004 Capital Loss Carryover Worksheet | **4** ( | ) |
| 5 | **Net short-term gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on line 13, column (3) below ▶ | **5** | |

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| | (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 34) | (f) Gain or (Loss) for the entire year (col. (d) less col. (e)) |
|---|---|---|---|---|---|---|
| 6 | *REAL PROP - 5448 BLAISDELL Minneapolis MN 55419* | *12-30-'02* | *12-01-05* | *185,270 -* | *180 000 -* | *5 270 -* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 7 | Long-term capital gain or (loss) from Forms 2439, 4684, 6252, 6781, and 8824 | **7** | |
| 8 | Net long-term gain or (loss) from partnerships, S corporations, and other estates or trusts | **8** | |
| 9 | Capital gain distributions | **9** | |
| 10 | Gain from Form 4797, Part I | **10** | |
| 11 | Long-term capital loss carryover. Enter the amount, if any, from line 14 of the 2004 Capital Loss Carryover Worksheet | **11** ( | ) |
| 12 | **Net long-term gain or (loss).** Combine lines 6 through 11 in column (f). Enter here and on line 14a, column (3) below ▶ | **12** | *5270 -* |

## Part III — Summary of Parts I and II

**Caution:** *Read the instructions **before** completing this part.*

| | | | (1) Beneficiaries' (see page 36) | (2) Estate's or trust's | (3) Total |
|---|---|---|---|---|---|
| 13 | **Net short-term gain or (loss)** | **13** | | | |
| 14 | **Net long-term gain or (loss):** | | | | |
| a | Total for year | **14a** | | *5270 -* | *5270 -* |
| b | Unrecaptured section 1250 gain (see line 18 of the worksheet on page 35) | **14b** | | | |
| c | 28% rate gain or (loss) | **14c** | | | |
| 15 | **Total net gain or (loss).** Combine lines 13 and 14a ▶ | **15** | | *5270 -* | *5270 -* |

**Note:** *If line 15, column (3), is a net gain, enter the gain on Form 1041, line 4. If lines 14a and 15, column (2), are net gains, go to Part V, and **do not** complete Part IV. If line 15, column (3), is a net loss, complete Part IV and the **Capital Loss Carryover Worksheet,** as necessary.*

**For Paperwork Reduction Act Notice, see the Instructions for Form 1041.**

Cat. No. 11376V

Schedule D (Form 1041) 2005

Page **2**

Schedule D (Form 1041) 2005

## Part IV    Capital Loss Limitation

**16** Enter here and enter as a (loss) on Form 1041, line 4, the **smaller** of:

**a** The loss on line 15, column (3) **or**

**b** $3,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **16** ( _____ )

If the loss on line 15, column (3), is more than $3,000, **or** if Form 1041, page 1, line 22, is a loss, complete the **Capital Loss Carryover Worksheet** on page 37 of the instructions to determine your capital loss carryover.

## Part V    Tax Computation Using Maximum Capital Gains Rates (Complete this part **only** if both lines 14a and 15 in column (2) are gains, or an amount is entered in Part I or Part II and there is an entry on Form 1041, line 2b(2), **and** Form 1041, line 22 is more than zero.)

**Note:** If line 14b, column (2) or line 14c, column (2) is more than zero, complete the worksheet on page 38 of the instructions and skip Part V. Otherwise, go to line 17.

**17** Enter taxable income from Form 1041, line 22 . . . . . . . . . . . . . . . . . . . . . . **17**

**18** Enter the **smaller** of line 14a or 15 in column (2) but not less than zero . . . . . . . . . . **18**

**19** Enter the estate's or trust's qualified dividends from Form 1041, line 2b(2) . . . . . . . . **19**

**20** Add lines 18 and 19 . . . . . . . . . . . **20**

**21** If the estate or trust is filing Form 4952, enter the amount from line 4g; otherwise, enter -0- . ▶ **21**

**22** Subtract line 21 from line 20. If zero or less, enter -0- . . . . . . . . . . **22**

**23** Subtract line 22 from line 17. If zero or less, enter -0- . . . . . . . . . . **23**

**24** Enter the **smaller** of the amount on line 17 or $2,000 . . . . . . . . **24**

**25** Is the amount on line 23 equal to or more than the amount on line 24?

☐ **Yes.** Skip lines 25 through 27; go to line 28 and check the "No" box.

☐ **No.** Enter the amount from line 23 . . . . . . . . . . . . **25**

**26** Subtract line 25 from line 24 . . . . . . . . . . . . **26**

**27** Multiply line 26 by 5% (.05) . . . . . . . . . . . . . . . . . . **27**

**28** Are the amounts on lines 22 and 26 the same?

☐ **Yes.** Skip lines 28 through 31; go to line 32.

☐ **No.** Enter the **smaller** of line 17 or line 22 . . . . . . . . . **28**

**29** Enter the amount from line 26 (If line 26 is blank, enter -0-). . . . . **29**

**30** Subtract line 29 from line 28 . . . . . . . . . . **30**

**31** Multiply line 30 by 15% (.15) . . . . . . . . . . . . . . . . . . **31**

**32** Figure the tax on the amount on line 23. Use the 2005 Tax Rate Schedule on page 23 of the instructions . . . . . . . . . . . . . . . . . . . . **32**

**33** Add lines 27, 31, and 32 . . . . . . . . . . . . . . . . . . . . **33**

**34** Figure the tax on the amount on line 17. Use the 2005 Tax Rate Schedule on page 23 of the instructions . . . . . . . . . . . . . . . . . . . . . **34**

**35** **Tax on all taxable income.** Enter the **smaller** of line 33 or line 34 here and on line 1a of Schedule G, Form 1041 . . . . . . . . . . . . . . . . . . . . **35**

Printed on recycled paper

Schedule D (Form 1041) 2005

U.S. GOVERNMENT PRINTING OFFICE: 2006—320-777/20292

**Schedule K-1**
**(Form 1041)**

Department of the Treasury
Internal Revenue Service

**2005**

For calendar year 2005,
or tax year beginning _____, 2005
and ending _____, 20 _____

## Beneficiary's Share of Income, Deductions, Credits, etc.

▶ See back of form and instructions.

| Part I | |
|---|---|
| **A** Estate's or trust's employer identification number | |
| **B** Estate's or trust's name | |

STERLING M. PALADIN Family TRUST

**C** Fiduciary's name, address, city, state, and ZIP code

Noble Trust Services Co.
P.O. Box F. 42498
Freeport, Bahamas

**D** ☐ Check if Form 1041-T was filed and enter the date it was filed
____/____/____

**E** ☐ Check if this is the final Form 1041 for the estate or trust

**F** ☐ Tax shelter registration number, if any _____

**G** ☐ Check if Form 8271 is attached

| Part II   Information About the Beneficiary |
|---|
| **H** Beneficiary's identifying number |

**I** Beneficiary's name, address, city, state, and ZIP code

Equity Management Trust
C/o Noble Trust Services Co.
P.O. Box F-42498
Freeport, Bahamas

**J** ☐ Domestic beneficiary    ☑ Foreign beneficiary

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0092

| Part III | Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items | |
|---|---|---|
| **1** Interest income  42957 | **11** Final year deductions | |
| **2a** Ordinary dividends | | |
| **2b** Qualified dividends | | |
| **3** Net short-term capital gain | | |
| **4a** Net long-term capital gain  5270 | | |
| **4b** 28% rate gain | **12** Alternative minimum tax adjustment | |
| **4c** Unrecaptured section 1250 gain | | |
| **5** Other portfolio and nonbusiness income | | |
| **6** Ordinary business income  104172 | | |
| **7** Net rental real estate income | | |
| **8** Other rental income | **13** Credits and credit recapture | |
| **9** Directly apportioned deductions  10157 | | |
| | **14** Other information | |
| **10** Estate tax deduction | | |

*See attached statement for additional information.

**Note:** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.

Cat. No. 11380D

Schedule K-1 (Form 1041) 2005



NOBLE TRUST SERVICES CO.
Suite #333
P O Box F-42498
Freeport, Bahamas

FIRST CLASS MAIL

AUG 3 2006

FT. LAUDER

RDAL , FL 33310

Internal Revenue Service
11601 Roosevelt Blvd.
Philadelphia, PA
19255
U. S. A.

FIRST CLASS MAIL

Case 2:10-cv-05856-JHN-PLA   Document 10-20   Filed 10/08/10   Page 13 of 13   Page ID #:275