

# United States of America

## Department of the Treasury Internal Revenue Service

**CERTIFICATE OF OFFICIAL RECORD**

MAY 2 6 2010

I certify that the annexed:  is a true copy of Form 1041, U.S. Income Tax Return for Estates and Trusts, with redactions in accordance with the E-Government Act of 2002, as amended, for the Sterling M. Paladin Family Trust, for the calendar year ending December 31, 2006, consisting of 11 pages _____

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Lloyd West, Jr.
Senior Disclosure Specialist
Governmental Liaison and Disclosure

Catalog Number 19002E

Form 2866 (Rev. 09-97)

00244188600202

# Form 1041

Department of the Treasury—Internal Revenue Service

## U.S. Income Tax Return for Estates and Trusts

**2006**   OMB No. 1545-0092

For calendar year 2006 or fiscal year beginning _____, 2006, and ending _____, 20_____

**A** Type of entity (see instr.):

- ☐ Decedent's estate
- ☐ Simple trust
- ☑ Complex trust
- ☐ Qualified disability trust
- ☐ ESBT (S portion only)
- ☐ Grantor type trust
- ☐ Bankruptcy estate–Ch. 7
- ☐ Bankruptcy estate–Ch. 11
- ☐ Pooled income fund

Name of estate or trust (If a grantor type trust, see page 12 of the instructions.)

*Sterling M. Paladin Family Trust*

Name and title of fiduciary

*Noble Trust Services Co.*

Number, street, and room or suite no. (If a P.O. box, see page 12 of the instructions.)

*P.O. Box F-42498*

City or town, state, and ZIP code

*Freeport, Bahamas 1BF1$*

**C** Employer identification number

**D** Date entity created

*03-02-2002*

**E** Nonexempt charitable and split-interest trusts, check applicable boxes (see page 13 of the instr.):

- ☐ Described in section 4947(a)(1)
- ☐ Not a private foundation
- ☐ Described in section 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) ▶ *1*

**F** Check applicable boxes:
- ☐ Initial return
- ☐ Final return
- ☐ Amended return
- ☐ Change in fiduciary
- ☐ Change in fiduciary's name
- ☐ Change in trust's name
- ☐ Change in fiduciary's address

**G** Pooled mortgage account (see page 14 of the instructions): ☐ Bought ☐ Sold   Date: _____

### Income

| | | |
|---|---|---|
| 1 | Interest income | 1 | 5905 |
| 2a | Total ordinary dividends | 2a | |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | | |
| 3 | Business income or (loss). Attach Schedule C or C-EZ (Form 1040) | 3 | 30999 |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) | 4 | 203000 |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) | 5 | 21000 |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) | 6 | |
| 7 | Ordinary gain or (loss). Attach Form 4797 | 7 | |
| 8 | Other income. List type and amount _____ | 8 | |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 ▶ | 9 | 260904 |

RECEIVED

0 6 2 8 2007

IRS · PHILA, PA

587

### Deductions

| | | |
|---|---|---|
| 10 | Interest. Check if Form 4952 is attached ▶ ☐ | 10 | |
| 11 | Taxes | 11 | |
| 12 | Fiduciary fees | 12 | 13045 |
| 13 | Charitable deduction (from Schedule A, line 7) | 13 | |
| 14 | Attorney, accountant, and return preparer fees | 14 | 1304 |
| 15a | Other deductions **not** subject to the 2% floor (attach schedule) | 15a | |
| b | Allowable miscellaneous itemized deductions subject to the 2% floor | 15b | |
| 16 | Add lines 10 through 15b ▶ | 16 | 14349 |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 . [17] | | 246555 |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) | 18 | 246555 |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) | 19 | |
| 20 | Exemption | 20 | |
| 21 | Add lines 18 through 20 ▶ | 21 | 246555 |

### Tax and Payments

| | | |
|---|---|---|
| 22 | Taxable income. Subtract line 21 from line 17. If a loss, see page 20 of the instructions | 22 | – 0 – |
| 23 | **Total tax** (from Schedule G, line 7) | 23 | – 0 – |
| 24 | **Payments: a** 2006 estimated tax payments and amount applied from 2005 return | 24a | |
| b | Estimated tax payments allocated to beneficiaries (from Form 1041-T) | 24b | |
| c | Subtract line 24b from line 24a | 24c | |
| d | Tax paid with Form 7004 (see page 20 of the instructions) | 24d | |
| e | Federal income tax withheld. If any is from Form(s) 1099, check ▶ ☐ | 24e | |
| f | Credit for federal telephone excise tax paid. Attach Form 8913 | 24f | |
| | Other payments: **g** Form 2439 _____; **h** Form 4136 _____; Total ▶ | 24i | |
| 25 | **Total payments.** Add lines 24c through 24f, and 24i ▶ | 25 | |
| 26 | Estimated tax penalty (see page 20 of the instructions) | 26 | |
| 27 | **Tax due.** If line 25 is smaller than the total of lines 23 and 26, enter amount owed | 27 | – 0 – |
| 28 | **Overpayment.** If line 25 is larger than the total of lines 23 and 26, enter amount overpaid | 28 | |
| 29 | Amount of line 28 to be: **a** Credited to 2007 estimated tax ▶ _____; **b** Refunded ▶ | 29 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _(signature)_   Signature of fiduciary or officer representing fiduciary   Date *06/14/07* ▶ ___ EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below (see instr.)? ☐ Yes ☐ No

### Paid Preparer's Use Only

| | |
|---|---|
| Preparer's signature ▶ | Date _____ Check if self-employed ☐ | Preparer's SSN or PTIN |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | EIN _____ Phone no. ( ) |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11370H   Form **1041** (2006)

Form 1041 (2006)

Page **2**

| Schedule A | Charitable Deduction. Do not complete for a simple trust or a pooled income fund. | | | |
|---|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income (see page 21) | 1 | | |
| 2 | Tax-exempt income allocable to charitable contributions (see page 21 of the instructions) | 2 | | |
| 3 | Subtract line 2 from line 1 | 3 | | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | | |
| 5 | Add lines 3 and 4 | 5 | | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes (see page 21 of the instructions) | 6 | | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | | |

| Schedule B | Income Distribution Deduction | | | |
|---|---|---|---|---|
| 1 | Adjusted total income (see page 22 of the instructions) | 1 | 246555 | - |
| 2 | Adjusted tax-exempt interest | 2 | | |
| 3 | Total net gain from Schedule D (Form 1041), line 15, column (1) (see page 22 of the instructions) | 3 | | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | | |
| 5 | Capital gains for the tax year included on Schedule A, line 1 (see page 22 of the instructions) | 5 | | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | | |
| 7 | **Distributable net income (DNI).** Combine lines 1 through 6. If zero or less, enter -0- | 7 | 246555 | - |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law `8` `246555` `-` | | | |
| 9 | Income required to be distributed currently | 9 | 246555 | - |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see page 22 of the instructions | 11 | 246555 | - |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | 246.555 | - |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | 246555 | - |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | 246555 | - |

| Schedule G | Tax Computation (see page 23 of the instructions) | | | |
|---|---|---|---|---|
| 1 | **Tax: a** Tax on taxable income (see page 23 of the instructions) | 1a | | |
| | **b** Tax on lump-sum distributions. Attach Form 4972 | 1b | | |
| | **c** Alternative minimum tax (from Schedule I, line 56) | 1c | | |
| | **d Total.** Add lines 1a through 1c ▶ | 1d | | |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | | |
| **b** | Other nonbusiness credits (attach schedule) | 2b | | |
| **c** | General business credit. Enter here and check which forms are attached:  ☐ Form 3800   ☐ Forms (specify) ▶ ............... | 2c | | |
| **d** | Credit for prior year minimum tax. Attach Form 8801 | 2d | | |
| 3 | **Total credits.** Add lines 2a through 2d ▶ | 3 | | |
| 4 | Subtract line 3 from line 1d. If zero or less, enter -0-. | 4 | | |
| 5 | Recapture taxes. Check if from: ☐ Form 4255   ☐ Form 8611 | 5 | | |
| 6 | Household employment taxes. Attach Schedule H (Form 1040) | 6 | | |
| 7 | **Total tax.** Add lines 4 through 6. Enter here and on page 1, line 23 ▶ | 7 | | |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses Enter the amount of tax-exempt interest income and exempt-interest dividends ▶ $ ............... | | ✓ |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? | | ✓ |
| 3 | At any time during calendar year 2006, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? See page 25 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country ▶ ............... | | ✓ |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See page 25 of the instructions | | ✓ |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see page 25 for required attachment | | ✓ |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here (see page 25) ▶ ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here (see page 25) ▶ ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here ▶ ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See page 25 of the instructions | | ✓ |

**SCHEDULE D**
**(Form 1041)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1041, Form 5227, or Form 990-T. See the separate
instructions for Form 1041 (also for Form 5227 or Form 990-T, if applicable).

OMB No. 1545-0092

**2006**

| Name of estate or trust | Employer identification number |
|---|---|
| *STERLING M. PALADIN FAMILY TRUST* | |

**Note:** *Form 5227 filers need to complete **only** Parts I and II.*

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example: 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 35) | (f) Gain or (Loss) for the entire year (col. (d) less col. (e)) |
|---|---|---|---|---|---|
| **1** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2** Short-term capital gain or (loss) from Forms 4684, 6252, 6781, and 8824 . . . . . . . . . . **2**

**3** Net short-term gain or (loss) from partnerships, S corporations, and other estates or trusts . **3**

**4** Short-term capital loss carryover. Enter the amount, if any, from line 9 of the 2005 Capital Loss Carryover Worksheet **4** ( )

**5** **Net short-term gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on line 13, column (3) below . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **5**

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| (a) Description of property (Example: 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Sales price | (e) Cost or other basis (see page 35) | (f) Gain or (Loss) for the entire year (col. (d) less col. (e)) |
|---|---|---|---|---|---|
| **6** *Property - Agnus Pl. Riverside CA.* | *05-25-03* | *01-18-06* | *352 000* | *149 000 -* | *203 000 -* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**7** Long-term capital gain or (loss) from Forms 2439, 4684, 6252, 6781, and 8824 . . . . . . . **7**

**8** Net long-term gain or (loss) from partnerships, S corporations, and other estates or trusts . **8**

**9** Capital gain distributions . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**

**10** Gain from Form 4797, Part I . . . . . . . . . . . . . . . . . . . . . . . . . **10**

**11** Long-term capital loss carryover. Enter the amount, if any, from line 14 of the 2005 Capital Loss Carryover Worksheet . . . . . . . . . . . . . . . . . . **11** ( )

**12** **Net long-term gain or (loss).** Combine lines 6 through 11 in column (f). Enter here and on line 14a, column (3) below . . . . . . . . . . . . . . . . . . . . . . ▶ **12** *203 000 -*

## Part III — Summary of Parts I and II

*Caution: Read the instructions **before** completing this part.*

| | | (1) Beneficiaries' (see page 36) | (2) Estate's or trust's | (3) Total |
|---|---|---|---|---|
| **13** | **Net short-term gain or (loss)** . . . . . | **13** | | |
| **14** | **Net long-term gain or (loss):** | | | |
| a | Total for year . . . . . . . . . | **14a** | | *203 000 -* |
| b | Unrecaptured section 1250 gain (see line 18 of the worksheet on page 36) . . . . . . . . | **14b** | | |
| c | 28% rate gain . . . . . . . . . | **14c** | | |
| **15** | **Total net gain or (loss).** Combine lines 13 and 14a . ▶ | **15** | | *203 000 -* |

**Note:** *If line 15, column (3), is a net gain, enter the gain on Form 1041, line 4. If lines 14a and 15, column (2), are net gains, go to Part V and **do not** complete Part IV. If line 15, column (3), is a net loss, complete Part IV and the **Capital Loss Carryover Worksheet**, as necessary.*

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.     Cat. No. 11376V     Schedule D (Form 1041) 2006

Schedule D (Form 1041) 2006     Page **2**

## Part IV   Capital Loss Limitation

**16**   Enter here and enter as a (loss) on Form 1041, line 4, the **smaller** of:

   **a**   The loss on line 15, column (3) **or**

   **b**   $3,000 . . . . . . . . . . . . . . . . . . . . . .    **16** (        )

*If the loss on line 15, column (3), is more than $3,000, or if Form 1041, page 1, line 22, is a loss, complete the* **Capital Loss Carryover Worksheet** *on page 39 of the instructions to determine your capital loss carryover.*

## Part V   Tax Computation Using Maximum Capital Gains Rates (Complete this part **only** if both lines 14a and 15 in column (2) are gains, or an amount is entered in Part I or Part II and there is an entry on Form 1041, line 2b(2), **and** Form 1041, line 22 is more than zero.)

   **Note:** *If line 14b, column (2) or line 14c, column (2) is more than zero, complete the worksheet on page 38 of the instructions and skip Part V. Otherwise, go to line 17.*

**17**   Enter taxable income from Form 1041, line 22 . . . . . . . . . **17**

**18**   Enter the **smaller** of line 14a or 15 in column (2) but not less than zero . . . . . . . . **18**

**19**   Enter the estate's or trust's qualified dividends from Form 1041, line 2b(2) . . . . . . **19**

**20**   Add lines 18 and 19 . . . . . . . . . . **20**

**21**   If the estate or trust is filing Form 4952, enter the amount from line 4g; otherwise, enter -0- . ▶ **21**

**22**   Subtract line 21 from line 20. If zero or less, enter -0- . . . . . **22**

**23**   Subtract line 22 from line 17. If zero or less, enter -0- . . . . . . **23**

**24**   Enter the **smaller** of the amount on line 17 or $2,050 . . . . . **24**

**25**   Is the amount on line 23 equal to or more than the amount on line 24?

    ☐ **Yes.** Skip lines 25 through 27; go to line 28 and check the "No" box.

    ☐ **No.** Enter the amount from line 23 . . . . . . . . . . . **25**

**26**   Subtract line 25 from line 24 . . . . . . . . . . . . . . **26**

**27**   Multiply line 26 by 5% (.05) . . . . . . . . . . . . . . . **27**

**28**   Are the amounts on lines 22 and 26 the same?

    ☐ **Yes.** Skip lines 28 through 31; go to line 32.

    ☐ **No.** Enter the **smaller** of line 17 or line 22 . . . . . . . . . **28**

**29**   Enter the amount from line 26 (If line 26 is blank, enter -0-). . . . . **29**

**30**   Subtract line 29 from line 28 . . . . . . . . . . . . . . **30**

**31**   Multiply line 30 by 15% (.15) . . . . . . . . . . . . . . . **31**

**32**   Figure the tax on the amount on line 23. Use the 2006 Tax Rate Schedule on page 23 of the instructions . . . . . . . . . . . . . . . . . . **32**

**33**   Add lines 27, 31, and 32 . . . . . . . . . . . . . . . **33**

**34**   Figure the tax on the amount on line 17. Use the 2006 Tax Rate Schedule on page 23 of the instructions . . . . . . . . . . . . . . . . . . **34**

**35**   **Tax on all taxable income.** Enter the **smaller** of line 33 or line 34 here and on line 1a of Schedule G, Form 1041 . . . . . . . . . . . . . . . . . . **35**

Schedule D (Form 1041) 2006

Printed on recycled paper

OMB No. 1545-0074   Page **2**

STERLING M. PALADIN Family TRUST | Your social security number

# Schedule B—Interest and Ordinary Dividends

Attachment Sequence No **08**

| | | | Amount | |
|---|---|---|---|---|
| **Part I Interest** (See page B-1 and the instructions for Form 1040, line 8a.) | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | | MONEY MARKET | | 2021 — |
| | | " | | 1572 — |
| | | S.S.T. company INT FUND. | | 2306 — |
| **Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | | 1 | |
| | 2 | Add the amounts on line 1 | 2 | 5905 — |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 5905 — |

**Note.** If line 4 is over $1,500, you must complete Part III.

| | | | Amount | |
|---|---|---|---|---|
| **Part II Ordinary Dividends** (See page B-1 and the instructions for Form 1040, line 9a.) | 5 | List name of payer ▶ | | |
| **Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | | 5 | |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | 6 | |

**Note.** If line 6 is over $1,500, you must complete Part III.

| **Part III Foreign Accounts and Trusts** See page B-2 | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | 7a At any time during 2006, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See page B-2 for exceptions and filing requirements for Form TD F 90-22.1. | | ✓ |
| | b If "Yes," enter the name of the foreign country ▶ | | |
| | 8 During 2006, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | ✓ |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule B (Form 1040) 2006

Printed on recycled paper

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (L)

# Schedule A—Itemized Deductions

(Schedule B is on back)

► Attach to Form 1040.    ► See Instructions for Schedules A&B (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Your social security number

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | |
| | 1 | Medical and dental expenses (see page A-1) | 1 |
| | 2 | Enter amount from Form 1040, line 38 `2` | |
| | 3 | Multiply line 2 by 7.5% (.075). | 3 |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 |
| **Taxes You Paid** (See page A-3.) | 5 | State and local income taxes | 5 |
| | 6 | Real estate taxes (see page A-3) | 6 |
| | 7 | Personal property taxes | 7 |
| | 8 | Other taxes. List type and amount ► | 8 |
| | 9 | Add lines 5 through 8 | 9 |
| **Interest You Paid** (See page A-3.)<br><br>**Note.** Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ► | 11 |
| | 12 | Points not reported to you on Form 1098. See page A-4 for special rules | 12 |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-4.) | 13 |
| | 14 | Add lines 10 through 13 | 14 |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-4. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-5 | 15 |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-5. You **must** attach Form 8283 if over $500 | 16 |
| | 17 | Carryover from prior year | 17 |
| | 18 | Add lines 15 through 17 | 18 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-6.) | 19 |
| **Job Expenses and Certain Miscellaneous Deductions** (See page A-6.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-6.) ► | 20 |
| | 21 | Tax preparation fees. | 21 |
| | 22 | Other expenses—investment, safe deposit box, etc. List type and amount ► | 22 |
| | 23 | Add lines 20 through 22 | 23 |
| | 24 | Enter amount from Form 1040, line 38 `24` | |
| | 25 | Multiply line 24 by 2% (.02) | 25 |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-7. List type and amount ► | 27 |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $150,500 (over $75,250 if married filing separately)?<br> ☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40.<br> ☐ **Yes.** Your deduction may be limited. See page A-7 for the amount to enter. | ► 28 |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► ☐ | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

Cat. No. 12614K

Schedule A (Form 1040) 2006

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
### (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2006**

Attachment Sequence No. **09**

Name of proprietor: *STERLING M. PALADIN FAMILY TRUST*

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-2 of the instructions): *MANAGEMENT SERVICES*

**B** Enter code from pages C-8, 9, & 10 ▶ 5 4 1 6 0 0

**C** Business name. If no separate business name, leave blank.: *STERLING + QUANTUM GROUP*

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:  (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2006? If "No," see page C-3 for limit on losses   ☑ Yes  ☐ No

**H** If you started or acquired this business during 2006, check here   ▶ ☐

## Part I — Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | 30999 — |
| 2 Returns and allowances | 2 | |
| 3 Subtract line 2 from line 1 | 3 | 30999 — |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 Gross profit. Subtract line 4 from line 3. | 5 | 30999 — |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3). | 6 | |
| 7 Gross income. Add lines 5 and 6 ▶ | 7 | 30999 — |

## Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | |
|---|---|---|---|---|
| 8 Advertising | 8 | | 18 Office expense | 18 |
| 9 Car and truck expenses (see page C-4) | 9 | | 19 Pension and profit-sharing plans | 19 |
| 10 Commissions and fees | 10 | | 20 Rent or lease (see page C-5): | |
| 11 Contract labor (see page C-4) | 11 | | a Vehicles, machinery, and equipment | 20a |
| 12 Depletion | 12 | | b Other business property | 20b |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 21 Repairs and maintenance | 21 |
| | | | 22 Supplies (not included in Part III) | 22 |
| | | | 23 Taxes and licenses | 23 |
| | | | 24 Travel, meals, and entertainment: | |
| 14 Employee benefit programs (other than on line 19). | 14 | | a Travel | 24a |
| 15 Insurance (other than health) | 15 | | b Deductible meals and entertainment (see page C-6) | 24b |
| 16 Interest: | | | 25 Utilities | 25 |
| a Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 |
| b Other | 16b | | 27 Other expenses (from line 48 on page 2) | 27 |
| 17 Legal and professional services | 17 | | | |

| | | |
|---|---|---|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | -0- — |
| 29 Tentative profit (loss). Subtract line 28 from line 7 | 29 | 30999 — |
| 30 Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29. | 31 | 30999 — |

• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If a loss, you **must** go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☑ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see page C-8 of the instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2006

**SCHEDULE E**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc.)
▶ Attach to Form 1040, 1040NR, or Form 1041.    ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2006**

Attachment
Sequence No. **13**

Name(s) shown on return

*STERLING M. PALADIN Family TRUST*

Your social security number

**Part I** | Income or Loss From Rental Real Estate and Royalties   Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). Report farm rental income or loss from **Form 4835** on page 2, line 40.

**1** List the type and location of each **rental real estate property:**

A *5416 Agnes Place Riverside CA. 92504*

B

C

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days **or**
- 10% of the total days rented at fair rental value?
(See page E-3.)

|   | Yes | No |
|---|-----|----|
| A |     | ✔  |
| B |     |    |
| C |     |    |

**Income:**

| | | | Properties | | | | Totals (Add columns A, B, and C.) | |
|---|---|---|---|---|---|---|---|---|
| | | | **A** | **B** | **C** | | | |
| **3** Rents received | 3 | *21000 —* | | | | 3 | *21000 -* | |
| **4** Royalties received | 4 | | | | | 4 | | |

**Expenses:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **5** Advertising | 5 | | | | | | | |
| **6** Auto and travel (see page E-4) | 6 | | | | | | | |
| **7** Cleaning and maintenance | 7 | | | | | | | |
| **8** Commissions | 8 | | | | | | | |
| **9** Insurance | 9 | | | | | | | |
| **10** Legal and other professional fees | 10 | | | | | | | |
| **11** Management fees | 11 | | | | | | | |
| **12** Mortgage interest paid to banks, etc. (see page E-4) | 12 | | | | | 12 | | |
| **13** Other interest | 13 | | | | | | | |
| **14** Repairs | 14 | | | | | | | |
| **15** Supplies | 15 | | | | | | | |
| **16** Taxes | 16 | | | | | | | |
| **17** Utilities | 17 | | | | | | | |
| **18** Other (list) ▶ | 18 | | | | | | | |
| **19** Add lines 5 through 18 | 19 | | | | | 19 | | |
| **20** Depreciation expense or depletion (see page E-4) | 20 | | | | | 20 | | |
| **21** Total expenses. Add lines 19 and 20 | 21 | | | | | | | |
| **22** Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file **Form 6198** | 22 | *21000 —* | | | | | | |
| **23** Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file **Form 8582.** Real estate professionals must complete line 43 on page 2 | 23 | ( | )( | )( | ) | | | |

**24** Income. Add positive amounts shown on line 22. **Do not** include any losses | **24** | *21000 -*
**25** Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | **25** | ( )
**26** Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | **26** | *21000 —*

For Paperwork Reduction Act Notice, see page E-7 of the instructions.    Cat. No. 11344L    Schedule E (Form 1040) 2006

Schedule E (Form 1040) 2006     Attachment Sequence No. **13**     Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.   **Your social security number**

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II**   **Income or Loss From Partnerships and S Corporations**   Note. If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198**. See page E-1.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?   ☐ **Yes**   ☐ **No**
If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership, S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** | | | ☐ | | ☐ |
| **B** | | | ☐ | | ☐ |
| **C** | | | ☐ | | ☐ |
| **D** | | | ☐ | | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| **A** | | | | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **29a** Totals | | | | | |
| **b** Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a . . . . . . . . . . . | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b . . . . . . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below. . . . . . . . . . . . . | 32 | |

**Part III**   **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| **A** | | | | |
| **B** | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . | 37 | |

**Part IV**   **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see page E-7) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . . | 39 | |
|---|---|---|---|

**Part V**   **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | |

42   **Reconciliation of farming and fishing income.** Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) . . . . . | 42 |

43   **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . | 43 |

6U244188802027

00001

□ Final K-1    □ Amended K-1    OMB No. 1545-0092

## Schedule K-1
### (Form 1041)
Department of the Treasury
Internal Revenue Service

2006

For calendar year 2006,
or tax year beginning _____ , 2006
and ending _____ , 20 _____

## Beneficiary's Share of Income, Deductions, Credits, etc.
▶ See back of form and instructions.

| **Part I** | **Information About the Estate or Trust** |
|---|---|
| **A** | Estate's or trust's employer identification number |
| **B** | Estate's or trust's name — STERLING M. PALADIN FAMILY TRUST. |
| **C** | Fiduciary's name, address, city, state, and ZIP code — NOBLE TRUST SERVICES Co. P.O. Box F-42498 FREEPORT, BAHAMAS |

**D** □ Check if Form 1041-T was filed and enter the date it was filed
_____ / _____ / _____

**E** □ Check if this is the final Form 1041 for the estate or trust

**F** □ Tax shelter registration number, if any _____

**G** □ Check if Form 8271 is attached

| **Part II** | **Information About the Beneficiary** |
|---|---|
| **H** | Beneficiary's identifying number |
| **I** | Beneficiary's name, address, city, state, and ZIP code — Equity MANAGEMENT TRUST C/o NOBLE TRUST SERVICES Co. P.O. Box F·42498 FREEPORT, BAHAMAS |

**J** □ Domestic beneficiary   ☑ Foreign beneficiary

| **Part III** | **Beneficiary's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| **1** Interest income  5905 | **11** Final year deductions | |
| **2a** Ordinary dividends | | |
| **2b** Qualified dividends | | |
| **3** Net short-term capital gain | | |
| **4a** Net long-term capital gain  203 000 | | |
| **4b** 28% rate gain | **12** Alternative minimum tax adjustment | |
| **4c** Unrecaptured section 1250 gain | | |
| **5** Other portfolio and nonbusiness income | | |
| **6** Ordinary business income  30999 | | |
| **7** Net rental real estate income  21 000 | **13** Credits and credit recapture | |
| **8** Other rental income | | |
| **9** Directly apportioned deductions | | |
| | **14** Other information  Fid & ATTY · Fees · 14349 — | |
| **10** Estate tax deduction | | |

*See attached statement for additional information.

**Note:** A statement must be attached showing the beneficiary's share of income and directly apportioned deductions from each business, rental real estate, and other rental activity.

For IRS Use Only

For Paperwork Reduction Act Notice, see the Instructions for Form 1041.    Cat. No. 11380D    Schedule K-1 (Form 1041) 2006

Case 2:10-cv-05856-JHN-PLA   Document 10-21   Filed 10/08/10   Page 12 of 12   Page ID #:287

Noble Trust Services Co.
Suite #333
P.O. Box F-42498
Freeport, Bahamas

25      2007        FT. LAUDERDALE, FL

3c USA        ✈63

FIRST CLASS MAIL

INTERNAL REVENUE SERVICE
11601 ROOSEVELT Blvd.
Philadelphia, PA
                    19255
        U.S.A