# Minutes of the
# Board of Trustee of
# **Solomon Family Trust**

Date: February 27, 2006

Place: Bakersfield, California

Subject: Annual Meeting

Present at this Board of trustees meeting are: Fr. Craig Harrison, Deanna DeBondt, Gary Tedder, George Serban, Rita Serban, Frank Ozak, Gwen Wycoff, guest David Manning

George Serban called the meeting together at 1:00PM

Opening Prayer: Fr. Craig Harrison

Executive Secretary read the minutes and resolutions of the lasts meeting. There was one resolution that Deanna was supposed to do: "Review Sections 7 and 8 in each trust and shall insure that the assets are properly secured." Deanna reported that she had not had the time to do that but will look into it as soon as possible.

Deanna handed out packets to Gary Tedder and Fr. Craig, which included letters from the IRS, emails, discussions, suggestions, IRS Laws, and a court case, as well as an email between Gary Tedder and D. Manning.

Frank suggested that during this stressful time with the IRS that it would be wise to have more Trustee meetings to be sure that everyone is up to speed on correspondences, conversations, and communications.
Gwenn suggested that we appoint someone to set up meetings.
Fr. Craig suggested that the second Sunday of the month at 10:15AM would work well with his schedule. The place would be at Fr. Craig's office. There was full agreement.
Gwenn reminded the Board that only two (2) Trustees were needed to have a quorum.

Deanna agreed that she would email to Isabel for Padre C/ George & Rita/Gary the dates of these meetings.

Gwenn reported that in the last packet of information she had put together a manual for the training of Trustees. The Board agreed that we should order this manual.

George asked Gary and Deanna to report on the progress with the IRS.

Gary reported that the State Franchise Tax Board had sent Solomon-Nabres Trust a request for an extension of time to review. Gary had at first agreed, Father signed the

1

form at Gary's request, Deanna objected, and as a result Gary has written a letter rescinding the signed agreement for extension

There have been several summons served and sent by the IRS to different addresses David asked that he be given copies of all the correspondences that have been received so that he can respond in a timely manner.

Gary suggested that we get a copy of the "Notice of Compliance" (Composer Richard Hubbard) that lays out ID cards, pay scales of IRS agents for the Trust
Along with the Jurisdiction letter composed by Gwenn, regarding the IRS wanting to create a liability, Gwen says it is all about entrapment  Gwen said that this is all under the Oath of Privacy and is not to be given out to anyone outside the trust

Gary reported that he had contacted Michael Troy a Lawyer about handling the case with the Eastern Tax Court  This is in compliance to the papers filed with the court and the court ordered that we get an attorney by the end of March or he will consider it denied

We also have contacted and retained Leon Miles who is a lawyer but refuses to take the exam that requires him to work for the government.  He may be permitted to speak with the Judges agreement.

After some discussion it is

RESOLVED that the Board of Trustees shall retain Michael Troy an Attorney, after we have received a signed Oath of Privacy from Mr. Troy.

Gary is to follow up with contacting Michael Troy, and Leon Miles, and getting them together by conference calls with David Manning to plan out our strategies

David suggested that we Skype and or Paltalk so the conversations on the computer will be kept confidential  Fr Craig asked David to explain these options.
After some discussion it is

RESOLVED that the Board shall approve the purchasing of Skype and Paltalk so that all of the Board members could talk together in confidence

Gary gave a report on the Financials and Tax Returns for 2005

Rita asked if it would be wiser not to show the address of the Trust on the Tax Returns as being in the Bahamas

It was also discussed that it would be better since we have sold SBGM Inc. that the address for the Solomon Family Trust should be changed from that address to a Post Office Box, as well as, the Hagar Trust should be changed from the El Berrendo Address to a Post Office Box.

2

After some discussion it is

RESOLVED that the Board shall approve the changing of the mailing of the Tax Returns from the Bahamas to a local address. In addition, the Board shall approve the changing of the mailing addresses of the Hagar Family Trust and the Solomon Family Trust from their present addresses to a local Post Office Box number. George and Deanna are assigned to seeing that this is followed through.

The question then came up of the possibility of a virtual telephone number for the use of the Trusts.

After some discussion it is

RESOLVED that the Board of trustees shall approve the purchasing of a virtual telephone line to be set up for Solomon-Nabres Family Trust, Solomon Family Trust and Hagar Family Trust. George and Deanna are assigned to contact the phone company and get this done as soon as possible.

Gary then explained how the investments were going with AJ Whitman. The news is not good, last year AJ made some wrong moves and at the end of the year we had lost quite a bit of money. However, right at the beginning of 2006 the market rallied and we gained some of the loss back. Gwen asked what we made on the investment and Gary replied that it was only 3%. Gwen then explained Vesco another investment that she was involved in and that her father had made money in for many years. Her return is 14%

Frank reported that he had been in Vesco for thirty-three years and had not lost a dime.

While this sounds to good, Gary and Fr.Craig are a little hesitant. Fr. Craig holds with being more conservative. Gwen said she would send the information to Rita and to Fr.Craig to take under advisement.

There being no further business to come before this Board the secretary is instructed to put these minutes into the Trust's Minute book and the meeting was adjourned.

| _by Craig F. Harrison, Trustee_ | _Deanna G DeBondt, Trustee_ |
|---|---|
| Craig F Harrison, Trustee | Deanna G DeBondt, Trustee |
| Rita M Serban, Executive Secretary | _by Gary Tedder, Trustee_ |
| | Gary Tedder, Trustee |

**CERTIFIED COPY**
*Rita M. Serban*
Executive Secretary
Solomon-Nabres Family Trust
Initialed and Dated: 2/27/06

**CERTIFIED COPY**
*M. Serban*
Executive Secretary
Solomon-Nabres Family Trust
Initialed and Dated:

3