# ORIGINAL

## UNITED STATES TAX COURT

GEORGE M. & RITA M. SERBAN,          )
                                     )
                    Petitioners,     )
                                     )
              v.                     )    Docket No. 21651-07
                                     )
COMMISSIONER OF INTERNAL REVENUE,    )
                                     )
                    Respondent.      )

### DECISION

Pursuant to the agreement of the parties in this case, it is

ORDERED AND DECIDED: That there are deficiencies in income tax due from petitioners for the taxable years 2001, 2002, 2003, 2004, and 2005 in the amounts of $156,827.00, $230,460.00, $152,349.00, $188,867.00, and $119,852.00, respectively; and

That there are penalties due from petitioners for the taxable years 2001, 2002, 2003, 2004, and 2005, under the provisions of I.R.C. §.6662(a), in the amounts of $31,365.00, $46,092.00, $30,470.00, $29,646.00, and $11,738.00, respectively; and

That there are additions to tax due from petitioners for the taxable years 2002 and 2004, under the provisions of I.R.C. § 6651(a)(1), in the amounts of $11,523.00 and $39,107.00, respectively.

(Signed) Robert A. Wherry, Jr.
Judge

Entered: JUL 10 2009

* * * * *

It is hereby stipulated that the Court may enter the foregoing decision in this case.

It is further stipulated that interest will be assessed as provided by law on the deficiencies, penalties, and additions to tax due from petitioners.

SERVED JUL 10 2009

Docket No. 21651-07                    - 2 -

It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiencies, penalties, and additions to tax (plus statutory interest) until the decision of the Tax Court becomes final.

It is further stipulated that respondent claims an increased deficiency in income tax for the taxable year 2005 in the amount of $5,826.00, pursuant to the provisions of I.R.C. § 6214(a).

It is further stipulated that petitioners made subsequent payments for taxable years 2001 and 2002 in the amounts of $156,827 and $230,460, respectively, on January 10, 2008. It is stipulated that the deficiencies for taxable years 2001 and 2002 are computed without considering the subsequent payments in the amounts of $156,827 and $230,460, respectively.

It is further stipulated that petitioners made subsequent payments for taxable years 2003, 2004 and 2005 in the amounts of $153,971.00, $189,042.00, and $119,852.00, respectively, on March 22, 2009. It is stipulated that the deficiencies for taxable years 2003, 2004 and 2005 are computed without considering the subsequent payments in the amounts of $153,971.00, $189,042.00, and $119,852.00, respectively.

CLARISSA C. POTTER
Acting Chief Counsel
Internal Revenue Service


_____          By: _____
DONALD W. MACPHERSON                         DEBRA A. BOWE
The MacPherson Group                         Senior Counsel(SB/SE)
Counsel for Petitioner                       Tax Court Bar No. BD0313
Tax Court Bar No. MD0462                      300 North Los Angeles Street
3039 W. Peoria Avenue                         3018 Federal Building
Suite 102-620                                 Mail Stop 9900
Phoenix, AZ 85029                             Los Angeles, CA 90012
Telephone: (623) 209-2003                     Telephone: (213) 894-3027
                                              x153


Date: ___6-15-09___                          Date: ___JUN 17 2009___

A-2

**ORIGINAL**

## UNITED STATES TAX COURT

| | |
|---|---|
| GEORGE M. and RITA M. SERBAN, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Docket No.  21651-07 |
| | ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) |
| | ) |
| Respondent. | ) |

### STIPULATION OF SETTLED ISSUES

THE PARTIES hereby stipulate to the final settlement of the following issues:

1.  The following shows the final adjustments to the taxable income of the petitioners for the taxable years 2001 and 2002 and the final deficiencies in income tax due from the petitioners for the taxable years 2001 and 2002:

| | | Amount | |
|---|---|---|---|
| Item | | 2001 | 2002 |
| a. | Schedule E Rental Income Estates/Trusts | $ 58,589 | $127,201 |
| b. | Dividends | 13 | 4,461 |
| c. | Interest Income - Solomon Nabres | 5,293 | 18,760 |
| d. | Schedule E - Solomon | 377,057 | 267,317 |
| e. | Self Employment- AGI Adjustment | (5,228) | (6,238) |
| f. | Itemized Deductions | 13,072 | 17,273 |
| g. | Exemptions | 1,508 | 2,640 |
| h. | Schedule E - Solomon Nabres | | 164,268 |
| | TOTAL ADJUSTMENTS | $450,304 | $595,682 |
| | TAXABLE INCOME PER RETURN | 159,122 | 183,323 |
| | CORRECTED TAXABLE INCOME | $609,426 | $779,005 |
| | TAX | $210,328 | $271,455 |
| | SELF EMPLOYMENT TAX | 11,099 | 14,348 |
| | TOTAL CORRECTED TAX LIABILITY | $221,427 | $285,803 |
| | TOTAL TAX SHOWN ON RETURN | 64,600 | 55,343 |
| | DEFICIENCY IN INCOME TAX DUE FROM PETITIONERS | $156,827 A-1 | $230,460 A-1 |

*Source: ~~~~~~ 12/11/08*                                                    A-3

Docket No. 21651-07                - 2 -

    2.   This stipulation settles only the income tax issues for the taxable years 2001 and 2002.  The penalty under I.R.C. § 6662(a) for the taxable years 2001 and 2002 and the addition to tax under I.R.C. § 6651(a)(1) for the taxable year 2002, as determined in the notice of deficiency dated June 25, 2007, are not settled.

    3.   This stipulation does not settle any issue for the taxable years 2003, 2004 or 2005, as determined in the notice of deficiency dated June 25, 2007.

    THE PARTIES agree that this stipulation may be filed with the Court.

                                DONALD L. KORB
                                Chief Counsel
                                Internal Revenue Service

| | |
|---|---|
| _____ | By: _____ |
| DONALD W. MACPHERSON | JACK H. KLINGHOFFER |
| Counsel for Petitioners | Senior Counsel |
| Tax Court Bar No. MD0462 | (Small Business/Self-Employed) |
| 7508 N. 59th Avenue | Tax Court Bar No. KJ0194 |
| Glendale, AZ 85301 | 300 North Los Angeles Street |
| Telephone: 623-209-2003 | 3018 Federal Building |
| | Stop 9900 |
| | Los Angeles, CA 90012 |
| | Telephone: (213) 894-3027 x222 |

Date: ___10-21-07___           Date: ___OCT 2 4 2007___

A-4