# Minutes of the
# Trustee Meeting of

## Solomon Nabres Family Trust

January 30, 1999

Burbank California

Subject: First Annual Family Trust Meeting

Present at this Board of Trustees is Gary Tedder CPA, Deanna DeBondt, Co-Trustee, George Serban, general manager, Successor Trustees; Deborah Serban, Timothy Serban, and Michael Serban, Guests: Frank Ozak, Gwenn Wycoff, Kevin DeBondt, Carla Serban, Jenny Serban, Cara Lawler. Grandchildren: Ashleymarie Debondt, Christopher DeBondt, Michael DeBondt, and Matthew DeBondt.

The undersigned Trustees for Solomon Nabres Family Trust, a business trust, called this meeting of the Board to order on this date.

Tim Serban opened the meeting with a prayer.

George Serban explained the Oath of Privacy and the necessity of everyone present to read and then sign this Oath. After reading the assignment, discussion ensued as to the reason and importance of privacy. Everyone agreed that this is a valid request and signed the Oath.

George turned the meeting over to Frank and Gwenn who represented the Kenzington Fund, the consultants for the Trust New structure, to explain there background and authenticity.

Debbie asked "Why did we need to change the structure ?" Gary, explained again that the old structure was a good plan and had everything we needed at the time. However, it is now believed that the new structure holds better security and protection of assets against outside predators.

George continued with further explanation of the Trust's structure and the reasoning for divisions and separation of assets. The reasoning for unrelated trustee, adverse trustee, officers and beneficiaries, ie. an unrelated trustee eliminates the self-dealing argument, not an abusive arrangement. The Settlors are definitively separated from there assets.

Gary then further explained the broader possibilities of the Charity Trust. A public charity for instance is opened to the general public, to Internal Revenue control, and is licensed by government. A Private Charity is not for public use, may not solicit funds, may not be too narrow nor too broad, may not spend all money in one year, the object is to grow but must spend 5% of Income annually.

Gary further explained how the old charity trust could be attacked; the indenture was a declaration without substance. The new trust structure has a clearly defined Indenture.

George asked what can we do as far as investments.

Gary explained that the money can be used for Scholarships, private donations, the private donations do not have to be 5013C non-profit organizations. The writing of a scholarship for instance cannot be too specific, that is directed to only one or two applicants. The money retained in the charity account may be invested in an effort to enable the Trust to grow. The investments must be prudent and normal, and protected. A small percent of the money must be invested in high risk investments.

AN OATH OF PRIVACY
SOLOMON-NABRES FAMILY TRUST

not show any other names or signature on such copy, other than that of the Secretary and any person who has signed the original, and is now required to show this document in some situation or required testimony or production of records.

Those who join this trust organization shall sign their name and title, along with the date they joined this trust organization.

There being no further business to come before the Board, the Trustee instructed the Secretary to enter these proceedings in the company Trust Minute Book, and the meeting was adjourned.

December 10, 1998

| | |
|---|---|
| Gary Tedder, CPA, Trustee | Deanna G. De Bondt, Co-trustee |
| George M. Serban, General Manager | Rita M. Serban, Executive Secretary |
| Rev. Craig Harrison, CPA, Protector | Deborah M. Serban |
| Timothy G. Serban | Michael E. Serban   1-30-99 |
| Gwenn H. Wycoff of The Kenzington Fund | Frank C. Ozak of The Kenzington Fund |
| Kevin L. DeBondt,   12-19-98 | CARLA M. SERBAN   1-30-99 |
| CARA LAWLER   1-30-99 | JENNIFER L. SERBAN   1-30-99 |