# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge _____ *JHN*

From: *Chris Saur* _____, Deputy Clerk    Date Received: *10-18-10*

Case No.: *CV10-5856-JHN(PLAx)*   Case Title: *USA v Dwenn Wyatt*

Document Entitled: *Defendant declaration of frank Ozak*

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1     Proposed amended pleading not under separate cover
☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
☑ Other: *Did not indicate declaration on the proof of ser.*

FILED
CLERK US DISTRICT COURT

OCT 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

*10/20/10*                  _____
Date                        U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)            NOTICE OF DOCUMENT DISCREPANCIES



Frank Ozak
2531 Sawtelle Boulevard #75
Los Angeles, California 90064
Tel: (424) 228-5086
In Propria Persona

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CV 10-5856-THN(PLAx) |
|---|---|
| Plaintiff, | DECLARATION OF FRANK OZAK |
| v. | |
| Gwenn Wycoff and Frank Ozak, | |
| Defendants. | |

RECEIVED BUT NOT FILED
OCT 18 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY          DEPUTY

## DECLARATION OF FRANK OZAK

I, FRANK OZAK, do hereby make the following sworn declaration. All matters contained herein are of my own personal knowledge unless stated as based upon information and belief.

1. I have assisted several settlors to create and maintain trusts for the benefit of their named beneficiaries.

2. I have taken on no new settlors, or any other individuals or families for the above purposes since December 10, 2004.

3. I swear, under penalty of perjury, that I am not working with any settlors for the purpose of creating a trust during the pendency of the present Complaint.

I, Frank Ozak, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of October, 2010 in Los Angeles, California.

Frank Ozak

Exhibit 'C'

1

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA            )

                              )       SS

COUNTY OF LOS ANGELES        )

ORIGINAL

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA 92865

On October 18, 2010 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**OPPOSITION TO MOTION**

**FOR PRELIMINARY INJUNCTION AND OTHER RELIEF;**

**EXHIBITS A TO** *C*

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN and DARWIN THOMAS

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA 90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on October 18, 2010 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua