# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge _____ _JHN_

From: _Chris Sam_ , Deputy Clerk    Date Received: _10-18-10_

Case No.: _CV10-5856-JHN(PLAx)_    Case Title: _USA v Wycoff_

Document Entitled: _Defendant declaration of Gwenn Wycoff_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☑ FRCvP Rule 5(d)    No proof of service attached to document(s)
☐ Other: _____

> FILED
> CLERK US DISTRICT COURT
>
> OCT 20 2010
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY _____ DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_10/20/10_
Date

_____
U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

Gwenn Wycoff
2801 Ocean Park Boulevard., No. 296
Santa Monica, CA 90405
Telephone (310) 398-6370
In Propria Persona

FILED
CLERK U.S. DISTRICT COURT
OCT 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

RECEIVED
BUT NOT FILED
OCT 18 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | **Case No. CV 10-5856-JHN(PLAx)** |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF GWENN WYCOFF** |
| Gwenn Wycoff and Frank Ozak, | |
| Defendants. | |

## DECLARATION OF GWENN WYCOFF

I, GWENN WYCOFF, do hereby make the following sworn declaration. All matters contained herein are of my own personal knowledge unless stated as based on information and belief.

1. I have assisted several settlors to create and maintain trusts for the benefit of their named beneficiaries.

2. I have taken on no new settlors, or any other individuals or families for the above purposes since December 10, 2004.

3. There are no plans or pending contracts to assist settlors create a trust. I have not had any interest in setting up trusts for several years.

I, Gwenn Wycoff, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of October, 2010 in Santa Monica, California.

Gwenn Wycoff *in Propria Persona*

*Exhibit B*

1