NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gwenn Wycoff
Frank Ozak
2801 Ocean Park Blvd #396
Santa Monica CA 90405
(310) 348-6370
FCOZ8008@yahoo.com

ATTORNEYS FOR:

FILED

2010 NOV 17 PM 2:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

Plaintiff(s),

v.

Gwenn Wycoff and Frank Ozak

Defendant(s)

CASE NUMBER:

CV 10-5856 JHN(PLAx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Gwenn Wycoff and Frank Ozak
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Gwenn Wycoff | Defendants |
| Frank Ozak | Defendants |

Nov 17, 2010

Date

Sign

Attorney of record for or party appearing in pro per