## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: U.S. v. GWENN WYCOFF, et. al.

CASE NO: 2:10-cv-05856-JHN-PLAX

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| Trial (jury)(court) (length 3-5 days) (**Tuesday**) | 9:00 am | | 2/28/2012 | " | |
| For Court Trial Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | 2/7/2012 | " | |
| Pretrial Conference, LR 16; Hearing on Motions in Limine | 10:30 am | 4 | 1/31/2012 | " | |
| For Jury Trial Lodge Pretrial Conference Order, LR 16-7; File Agreed Set of Jury Instructions and Verdict Forms; File Statement Regarding Disputed Instructions, Verdicts, etc.; File Oppositions to Motions in Limine | | 6 | 1/17/2012 | " | |
| For Jury Trial File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5,6; File Status Report Regarding Settlement; File Motions in Limine | | 7 | 1/10/2012 | " | |
| Last date to conduct Settlement Conf., LR 16-15 | | 12 | 10/24/11 | " | |
| Last day for **hearing** motions, LR 7 | | 14 | 9/26/11 | " | |
| Non-expert Discovery Cut-off | | | 6/30/11 | " | |
| Expert Disclosure (initial) | | | 7/29/11 | " | |
| Expert Disclosure (rebuttal) | | | 8/31/11 | " | |
| Expert Discovery Cut-off | | | 9/30/11 | " | |
| Last Date to Amend Pleadings or Add Parties | | | 2/28/11 | 7/15/11 | |
| | | | | | |

LR 16-15 Settlement Choice: ☐ 1. USMJ (not available for cases in ADR Pilot Program)    ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel

Exhibit A

7