**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| Plaintiff(s)<br><br>v.<br><br><br><br>Defendant(s). | |
| | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☐ **SETTLEMENT PROCEDURE NO. 2**.
☐ **SETTLEMENT PROCEDURE NO. 3**    The parties shall appear before a retired judicial officer
                                      or other private mediator for mediation-type settlement conference.

be:                                   The Court prefers parties to continue efforts toward settlement.
☐ APPROVED.                           Settlement conference shall be set within a month of the
                                      trial date.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated: _____          _____

ADR–01 ORDER (10/06)          **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE**