FILED

Frank Ozak
c/o 2801 Ocean Park Blvd., No. 296
Santa Monica, CA 90405
310-398-6370

2011 APR -8  PM 12: 28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___

ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | 2:10-cv-05856-JHN(PLAx) |
| Plaintiff, | |
| vs. | DECLARATION OF |
| | Frank  Ozak Regarding |
| GWENN WYCOFF and FRANK | Performance of Terms of Order of |
| OZAK | Court Within 30 Days of the Order |
| Defendant. | with attachments 1 thru 4 |

I, FRANK OZAK, Do hereby make the following sworn declaration. All matters contained herein are of my personal knowledge.

1. Within ten days of the Entry of the Order in the Preliminary Injunction, pursuant to paragraph E of that Order, through the courtesy of the actual owners of www.passingbucks.com, a copy of the entire Preliminary Injunction has been posted on www.passingbucks.com. The accompanying message, together with the accompanying files, are marked as Attachments 1 thru 4 and included herein.

2. Pursuant to paragraph F of the Order, on March 26, 2011, Defendants, together with the owners of www.passingbucks.com and The Art of Passing the Buck, contacted on their e-mail lists all individuals known to have purchased any of the

Preliminary Injunction

Response to Section III, Par E, F.

- 1 -

products, services, advice, or publications alleged in paragraph F. A copy of that e-mail message is marked as Attachment 2 and included herein.

3. On April 8, 2011, Defendants have filed a Motion to Amend the Injunction, seeking to amend or alter Paragraph G of the Preliminary Injunction. For this reasons, Defendants are therefore awaiting a decision on said motion before complying either with the present or the proposed amended paragraph G.

A copy of the Preliminary Injunction appears on www.passingbucks.com, along with attachments:

1.     Announcement from the Trustees of Charles Arthur Enterprises Trust

2.     Cover memo (email) to Readers about the Preliminary Injunction

3.     A copy of an Interview with reporter Tom Gilroy about the DOJ Press Release

4.     A Declaration and Affidavit from Geo. Edward McCalip refuting some claims in the Preliminary Injunction.

I declare under penalty of perjury under the laws of the state of California, that the foregoing is true and correct.

Dated this 8th day of April, 2011

2801 Ocean Park Blvd. No. 296

Santa Monica, CA 90405

Frank Ozak

Preliminary Injunction

Response to Section III, Par E, F.

-2-



# AN ATTACK ON THE FIRST AMENDMENT!

In Response to the Order of the Honorable Judge Nguyen,
Justice of the Central District of California
In the Case of U.S. v. Wycoff, et al.
Case No. CV 10-5856-JHN(PLAx)

This Order, among other things, requires the Defendants Gwenn Wycoff and Frank Ozak to post the Preliminary Injunction to our website while the case is being heard. While the Defendants have only the most tenuous relationship with the owners and operators of this website, we, the Trustees, have posted the Injunction, so as to assist the Defendants, and to cooperate with the Order of the Honorable Judge.

The Department of Justice, on behalf of the IRS has sought both a preliminary and a permanent injunction against the publication of *these books*. **At present, and to her credit, the Honorable Judge refused to enjoin publication of The Art of Passing the Buck.**

We believe that these actions by the DOJ and the IRS are attempts to commit a prior restraint of publication, and a violation of your right to purchase and to read these publications in anonymity. In short, they are blatant violations of both your and our First Amendment rights under the U.S. Constitution.

These books are published with the express intent of educating people regarding contractual trusts and their proper usage. Contractual trusts, sometimes referred to as common law trusts, are not illegal. In fact, one can freely purchase such trust documents on websites such as www.legalzoom.com. To attempt to outlaw such trusts would require a violation of your Constitutional Right to Contract.

We challenge the DOJ and the IRS to show us anything in these books that either violates the Internal Revenue Code (or any other law, for that matter) or encourages any one else to do so. In the unlikely event that the IRS can show us any place in either book where this occurs, we will **gladly** edit the book to eliminate that problem. We have never advocated anything other than compliance with the law.

We make this offer in good faith. Indeed, this has been our stance since before the IRS brought this action. In light of these facts, we can only see any attempt to prohibit publication of these books as a blatant attack on the First Amendment.

The findings of the court in the Injunction were based solely on claims made by the DOJ on behalf of the IRS. In the interest of fairness, in addition to the Preliminary injunction, we have also posted a response by the Defendants to the press release from the DOJ, and a Declaration by one of the coauthors. **We believe that these documents will show that the DOJ and the IRS have, at the least, engaged in vindictive prosecution of the Defendants, and at worst, may have committed a fraud upon the Honorable Court.**

Therefore, here are:

- *the Preliminary Injunction*
- *Response from the Defendants*
- *Declaration from a Coauthor*
- *the books* - **they are still available, for now**

If anyone would like to help Frank and Gwenn in this battle, please contact them at:
*passingbucks@gmail.com*

*ATTACHMENT 1*

© 2011 CHARLES ARTHUR ENTERPRISES

Frank Ozak to list    From: passingbucks@gmail.com                    Mar 26, 2011

Dear Readers:

The Trustees and owners of www.passingbucks.com, in cooperation with the UNITED STATES DISTRICT COURT, ref. 2:10-cv-0556-JHN-PLAx, are sending you this notification to the entire E-list, even though some of you have never done business with Passingbucks. The Court demands that all those on that list be provided with a copy of the Preliminary Injunction.

Please go to: http://passingbucks.com to obtain a copy of the Preliminary Injunction.

In Response from the Defendants to the Preliminary Injunction, a media interview and a Declaration from a Coauthor are also posted there, and we believe they are well worth reading.

If you would like to get involved in this First Amendment battle, please let us know at: passingbucks@gmail.com. We are in the process of contacting groups which protect Constitutional rights. The First Amendment protects readers, because reading a book is not a crime.

Please note that in section G of the Order, on the last page of the Preliminary Injunction, the Order demands that the Defendants in that case provide the Department of Justice with names of all those who have purchased products and services in the passed five years (prior to March 11, 2011). We believe that to do so violates of the constitutional rights to privacy and anonymity. If you wish to help us oppose this portion of the Order, you may get in contact with us at: Passingbucks@gmail.com.

In accordance with the enthusiasm of the DOJ, who wants this information known, please feel free to re post or publish this email.

Your feed back is appreciated.

Kindest regards

Frank Ozak, Gen. Mgr.
Charles Arthur Enterprises
http://passingbucks.com

*ATTachmeNT 2*

# Preliminary Injunction Response

March 17, 2011

Mr. Tom Gilroy, a news reporter called the Plaintiffs for a response to the Department of Justice
Press Release. The following is the answer to him. His contact information is at the end of the reply.

The Plaintiff's commentary is in CAPITAL LETTERS.

---

WASHINGTON – A federal court has issued a preliminary
injunction barring Gwenn Wycoff and Frank Ozak, both of Los
Angeles, from promoting so-called "common-law trusts" that
help individuals evade taxes, the Justice Department
announced today. The injunction order, entered by U.S.
District Judge Jacqueline H. Nguyen of the U.S. District
Court for the Central District of California, will remain in
effect while the government's lawsuit seeking a permanent
injunction is pending.

GWENN H. WYCOFF AND FRANK C. OZAK WORKED FOR THE KENZINGTON FUND
TRUST TO EDUCATE PEOPLE HOW TO ADMINISTER THEIR FAMILY TRUST. IT HAS
NEVER BEEN PROVEN THAT ANY OF THE TRUSTS ASSEMBLED WERE
FRAUDULENT, NOR ANY OF THE TRUST ADMINISTRATION INFORMATION FALSE.

In granting the preliminary injunction, the court found that
Wycoff and Ozak promote their scheme through personal
appearances, a website and a self-published two-volume work
they wrote with others called The Art of Passing the Buck,
which contains false statements about the internal revenue
laws.

THE DEPARTMENT OF JUSTICE HAS NEVER PROVEN ANY STATEMENTS IN THE
ART OF PASSING THE BUCK ARE FRAUDULENT, ALTHOUGH THEY CLAIM ONLY
ONE STATEMENT IS IN ERROR. FAILING TO PROVE IT, OR SUBMIT ANY COUNTER
EVIDENCE, THE MATTER REMAINS UNRESOLVED.

MS WYCOFF AND MR. OZAK PROMOTE THE SALE OF A BOOK, AND DO NOT
PROMOTE ANY SCHEME. NEITHER OF THEM WROTE THE BOOK, AND HAVE NO
LEGAL OWNERSHIP IN THE TRUST OWNING THE BOOK. MS. WYCOFF AND MR.
OZAK DO NOT RUN OR OPERATE THE WEBSITE. ANY SEARCH THROUGH THE
ENTIRE WEBSITE REVEALS THERE IS NOTHING ABOUT TAXES, EXCEPT A DIRECT
QUOTE FROM AN IRS COMMISSIONER ABOUT THE PURPOSE OF TAXATION: TO
ENSURE EVERY GENERATION MUST BEGIN OVER.

PG 1 of 3

ATTachment 3

The court determined that the trusts promoted by Wycoff and Ozak (including one they created for themselves) are shams and have caused substantial harm to the government.

THE COURT HAS DECIDED NOTHING ABOUT ANY SHAM TRUST. THE ENTIRE MATTER IS IN DISCOVERY. THIS PRESS RELEASE IS PREMATURE AND VERGES ON SLANDER.

The court found that the total amount of tax deficiencies assessed by the government with respect to four customers mentioned in the court order is more than $1.1 million.

THE COURT HAS DETERMINED NOTHING. THERE HAS BEEN NO DECISIONS ABOUT ANY OF THE MATTERS BROUGHT UP BY THE DOJ.

THE DOJ FAILS TO UNDERSTAND THAT NOT ONLY DID THE IRS PUT THE KENZINGTON FUND OUT OF BUSINESS IN 2007, BUT THERE IS FINAL AND OFFICIAL PAPERWORK THAT THE KENZINGTON FUND IS OUT OF BUSINESS AS OF 2008. WHY WOULD THE DOJ PURSUE A COURT CASE ABOUT A DEAD COMPANY?

THE DOJ FAILS TO RECOGNIZE IT HAS THE WRONG PEOPLE. AS STATED BEFORE MS. WYCOFF AND MR. OZAK DID NOT WRITE THE BOOK, DO NOT OWN THE WEBSITE, DO NOT OWN THE CHECKING ACCOUNT, AND THE COPYRIGHT DOES NOT BELONG TO THEM. IT IS BAFFLING HOW

1) THE DOJ HAS NEVER BOTHERED TO RESEARCH THE MATTER
2) AFTER BEING INFORMED, IGNORES THE FACT, PURSUING THOSE WHO ARE NOT THE RESPONSIBLE PARTIES.

The court also ordered Wycoff and Ozak to post a copy of the injunction order on their website and to provide the government with a list of all persons who have purchased their products, services, advice or publications in the past five years.

THIS IS ABSOLUTELY FALSE. THE COURT HAS ORDERED NO SUCH THING. THE DOJ HAS REQUESTED A LIST, BUT THERE ARE FIRST AMENDMENT PROTECTIONS. READERS ARE NOT CRIMINALS FOR READING A BOOK.

In the past decade, the Justice Department's Tax Division has obtained hundreds of injunctions to stop tax fraud promoters and preparers of false tax returns. Information about these cases is available on the Justice Department website.

PG 2 of 3

THEY OBTAINED HUNDREDS OF CONVICTIONS BECAUSE OF TECHNICAL MATTERS, NOT BECAUSE OF JUSTICE. IT IS EASY FOR THE DOJ TO RUN OVER PEOPLE WHO HAVE NO FUNDS TO FIGHT A LEGAL BATTLE THE MAGNITUDE PRESENTED BY THE DOJ. CIVIL LAWSUITS DO NOT PROVIDE ATTORNEYS . WHO HAS MILLIONS OF DOLLARS TO GO YEARS INTO LITIGATION ABOUT ONE'S RIGHTS?

WE FIGHT PRO SE, AGAINST A GIANT WHO HAS NO HEART.

---

From: Tom Gilroy <TGilroy@bna.com>
Subject: Re: Fw: DOJ press release - L.A. defendants ordered to stop promoting sham trust tax scheme
To: "FC OZ" <fcoz2003@yahoo.com>
Date: Thursday, March 17, 2011, 11:52 AM

Frank: Many thanks for your quick, and extensive, response.
I'll get your points into the story. Rgds, Tom Gilroy -BNA
Correspondent
phone 310-545-2556
fax: 310-545-6726
tgilroy@bna.com

---

Mr. Gilroy's can be found on the web at:
http://www.tvguide.com/celebrities/tom-gilroy/177119

PG 3 of 3

Geo. E. McCalip
1100 Elm Ave. # 102
Long Beach, CA 90813

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

Gwenn Wycoff and Frank Ozak,

Defendants

Case No.: CV 10-5856-JHN(PLAx)

DECLARATION OF
GEO. EDWARD MCCALIP

DECLARATION OF GEO. EDWARD MCCALIP

I, GEO. EDWARD MCCALIP, do hereby make the following sworn declaration. All matters contained herein are of my personal knowledge unless stated as based on information and belief.

1.  I served as Trustee for The Kenzington Fund Trust from May of 2004 until the dissolution of the Trust in early 2008. I continued in my capacity as Trustee from that point forward strictly to wrap up the loose ends of closing down the Trust.

2.  My final act as Trustee was a meeting with Revenue Officer Jess De Legarret, ID No. 95-02939, in the Glendale, CA office of the IRS at the end of October 2008.

3.  At that meeting I gave Revenue Officer De Legarret a copy of the Affidavit Regarding Dissolution of The Kenzington Fund Trust (attached), and documentation that the Affidavit had been filed with the Los Angeles County Recorder's Office. I also supplied a Form 433B stating that the Trust had no assets.

4.  Contrary to the court's finding (#1) in the ORDER GRANTING PRELIMINARY INJUNCTION, Mr. Ozak does not act a General Manager of the Kenzington Fund Trust, and has not since February 2008, as the Trust was dissolved at that point. The IRS has Known this since October 2008.

5.  Contrary to the court's finding (#5), the Defendants did not create the Kenzington Fund Trust. It was created by Scott Steinmann. This is a matter of record on file with the IRS, on the first page of the indenture filed when the Trust received its EIN. It was reiterated in the Affidavit they received in October 2008.

DECLARATION OF
GEO. EDWARD MCCALIP

1

PG 1 of 3

Attachment 4

6. Contrary to the courts finding (#5) I do not serve as a Trustee for The Kenzington Fund Trust, and have not done so since 2008. The IRS is aware of this fact, and has been since 2008.

7. Contrary to the court's finding (#17) neither Defendant had exclusive access to any trust bank account. All trust bank accounts required two signatures and I am unaware of any account on which both Defendants had signatory power.

8. My personal experience directly contradicts the court's finding in number 22. The "Oath of Privacy" was reviewed by IRS Chief Counsel, SBSE, Kathryn Meyer in a meeting with Revenue Agent Susan Lee and other IRS employees. After the review, Chief Counsel Meyer informed the IRS employees present that I would not be able to answer certain questions. During the questioning by Agent Lee and the others, I invoked the Oath as I saw necessary and Chief Counsel Meyer asked the agents to either rephrase their question or ask a different question. On at least two occasions I actually answered by asking the Agent to please rephrase the question and suggested a rephrasing that I believed would let me give them the information they needed without violating the Oath.

9. I believe that, Agent Lee, having been present at the meeting, and having been instructed on more than one occasion by Chief Counsel Meyer, is aware that my claims regarding the Oath are not false.

10. Given the above, I believe that the court acted in good faith on documents provided by the Plaintiff and has been the victim of a fraud on the court.

I, Geo. Edward McCalip, do hereby swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this the 19th day of March 2011, Long Beach, California.

Geo. McCalip

DECLARATION OF
GEO. EDWARD MCCALIP

2

PG 2 of 3

## Affidavit Regarding Dissolution of
## The Kenzington Fund Trust

1.  My name is Geo. Edward McCalip. I am 56 years old and currently reside at 454 E. 247th Street, Carson, California.

2.  I became a Trustee of The Kenzington Fund Trust on May 5, 2004.

3.  The Kenzington Fund Trust was established by Scott Steinmann on September 15, 1997.

4.  The Kenzington Fund Trust educated and assisted people regarding irrevocable trusts.

5.  Due to bad investments the Trust had lost almost all of its assets by 2006.

6.  The IRS took the remaining assets of the Trust when they levied the two checking accounts (i.e., US Bank and Wells Fargo).

7.  The Kenzington Fund Trust has no accounts and no assets; it is no longer conducting any business.

Geo. McCalip
454 E. 247th St.
Carson, CA 90745
State of California, County of Los Angeles

Subscribed and sworn to before me on this the 29th day of October, 2008, by Geo. Edward McCalip, proven to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public Irina Gonzalez



IRINA GONZALEZ
Commission # 1796217
Notary Public - California
Los Angeles County
My Comm. Expires Apr 22, 2012

PG 3 of 3

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA        )

                                  )    SS

COUNTY OF LOS ANGELES    )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA 92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF FRANK OZAK REGARDING PERFORMANCE OF TERMS OF ORDER OF COURT WITHIN 30 DAYS OF THE ORDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC 20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA 90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA            )

                              )        SS

COUNTY OF LOS ANGELES      )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF FRANK OZAK REGARDING PERFORMANCE OF TERMS OF ORDER OF COURT WITHIN 30 DAYS OF THE ORDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA              )

                                )       SS

COUNTY OF LOS ANGELES           )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**NOTICE OF MOTION AND MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION; MEMORANDUM OF LAW; DECLARATION OF FRANK OZAK; PROPOSED ORDER GRANTING MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua
Heidemarie Kauahikaua

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA           )
                              )        SS
COUNTY OF LOS ANGELES         )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**NOTICE OF MOTION AND MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION; MEMORANDUM OF LAW; DECLARATION OF FRANK OZAK; PROPOSED ORDER GRANTING MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.
Assistant United States Attorneys
Chief, Tax Division
Federal Building, Room 7211
300 North Los Angeles St.
Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua