FILED

# ORIGINAL

2011 APR -8 PM 12: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Frank Ozak
Gwenn Wycoff
c/o 2801 Ocean Park Boulevard # 296
Santa Monica, California 90403
Tel: 310-915-0135
e-mail:  fcoz2003@yahoo.com
In Propria Persona

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                    Plaintiff

v.

Gwenn Wycoff and Frank Ozak,

                    Defendants.

**Case No: CV 10-5856-JHN (PLAx)**

**DECLARATION OF FRANK OZAK**

I, Frank Ozak, am a party to the present action.  If called upon to testify, I could and would do so, under penalty of perjury, as regards the following matters.

1.      I have read the Preliminary Injunction, and both I and my co-defendant, Gwenn Wycoff, have attempted to comply with its provisions.

2.      However, Paragraph C of the Preliminary Injunction, found at page 12, lines 14-16, states "Pursuant to 26 U.S.C. §§ 7402 and 7408, the Defendants are preliminarily enjoined from acting in any advisory or participatory capacity in any way for any common law trusts created by any of their customers, **themselves,** or any other parties in the past ten years and in which they have assisted in the creation or management in

DECLARATION OF FRANK OZAK                                    Page 1

any way during that time period." **(emphasis added)**

3.     I believe that the effect of the above Paragraph would be to prevent both me and Gwenn Wycoff from conducting ANY business, and not simply business which would "have the effect of violating or are employed to violate the law in any means or fashion set forth in Paragraph A" of the Preliminary Injunction.

4.     I would therefore respectfully request that this Honorable Court reconsider this portion of the Preliminary Injunction, and amend it accordingly.

Signed under penalty of perjury according to the laws of the State of California and the United States of America.

Dated:     April 8, 2011

Frank Ozak, In propria persona

DECLARATION OF FRANK OZAK                                                    Page 2

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA              )

                                )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**NOTICE OF MOTION AND MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION; MEMORANDUM OF LAW; DECLARATION OF FRANK OZAK; PROPOSED ORDER GRANTING MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1ˢᵗ class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )

                             )          SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**NOTICE OF MOTION AND MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION; MEMORANDUM OF LAW; DECLARATION OF FRANK OZAK; PROPOSED ORDER GRANTING MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua