FILED

Gwenn Wycoff, Pro Per
2801 Ocean Park Blvd.
No. 296
Santa Monica, CA 90405
310-398-6370

2011 APR -8 PM 12: 30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

### WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | 2:10-cv-05856-JHN(PLAx) |
| Plaintiff, | DECLARATION OF |
| vs. | Gwenn Wycoff Regarding Performance of Terms of Order of Court Within 30 Days of the Order |
| GWENN WYCOFF and FRANK OZAK | |
| Defendant. | |

I, GWENN WYCOFF, do hereby make the following sworn declaration. All matters contained herein are of my personal knowledge.

A. Within ten days of the Entry of the Order in the Preliminary Injunction, pursuant to paragraph E of that Order, through the courtesy of the actual owners of www.passingbucks.com, a copy of the entire Preliminary Injunction has been posted on www.passingbucks.com. The accompanying message, together with the accompanying files, are marked as Attachments 1 through 4, and are with Mr. Ozak's declaration, *Performance of Terms of Order of Court Within 30 Days of the Order,* listed as:

Preliminary Injunction

Response: Section III, Par E, F. G.

- 1 -

1.   Announcement from the Trustees of Charles Arthur Enterprises Trust.

2.   Cover memo (e-mail) to Readers about the Preliminary Injunction.

3.   A copy of an Interview with reporter Tom Gilroy about the DOJ Press Release

4.   A Declaration and Affidavit from Geo. Edward McCalip refuting some claims in the Preliminary Injunction.

B. Pursuant to paragraph F of the Order, on March 26, 2011, Defendants, together with the owners of www.passingbucks.com and *The Art of Passing the Buck*, contacted on their e-mail lists all individuals known to have purchased any of the products, services, advice, or publications alleged in paragraph F. A copy of that e-mail message is marked as Attachment 2 and included herein.

C.  On April 8, 2011, Defendants filed a Motion to Amend the Injunction, seeking to amend or alter Paragraph G of the Preliminary Injunction. Defendants are therefore awaiting a decision on said motion before complying either with the present or the proposed amended paragraph G.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated this 8th day of April, 2011

Gwenn Wycoff, Pro Persona
2801 Ocean Park Blvd.
No. 296
Santa Monica, CA 90405

Preliminary Injunction

Response: Section III, Par E, F. G.

- 2 -

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )

                             )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GWENN WYCOFF REGARDING PERFORMANCE OF TERMS OF ORDER OF COURT WITHIN 30 DAYS OF THE ORDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )

                             )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA 92865

On April 08, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GWENN WYCOFF REGARDING PERFORMANCE OF TERMS OF ORDER OF COURT WITHIN 30 DAYS OF THE ORDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA 90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 08, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua