FILED

2011 APR 25 PM 2: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

ORIGINAL

Frank Ozak
Gwenn Wycoff
c/o 2801 Ocean Park Boulevard # 296
Santa Monica, California 90403
Tel: 310-915-0135
e-mail: fcoz2003@yahoo.com
In Propria Persona

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

United States of America,

                    Plaintiff

v.

Gwenn Wycoff and Frank Ozak,

                    Defendants.

Case No: CV 10-5856-JHN (PLAx)

**DECLARATION OF GWENN WYCOFF**

I, Gwenn Wycoff, am a party to the present action. If called upon to testify, I could and would do so, under penalty of perjury, as regards the following matters.

1.    On March 25, 2011, more than ten days before filing the present Motion, and during a telephone conversation with Counsel for Plaintiff Bryan H. Corcoran, I attempted to tell Mr. Corcoran that I and my co-defendant Frank Ozak, were dissatisfied with the Preliminary Injunction as it stood in several particulars, and wished to have it amended. In response, he bluntly told me that the time for changing it had passed, and that there was nothing that Mr. Ozak and I could do about it. The conversation ended soon after Mr. Corcoran's statement.

DECLARATION OF GWENN WYCOFF                                    Page 1

2.     Later, during a deposition which Mr. Corcoran took of me on April 19th and 20th, 2011, Mr. Corcoran presented me with a list of names and addresses of what he said were Paypal purchasers of Volumes I and II of *The Art of Passing the Buck*, and questioned me regarding that list.

3.     Later during the above-mentioned Deposition, I handed to Mr. Corcoran a copy of the Declaration of Garold Jean Tedder.


Signed under penalty of perjury according to the laws of the State of California and the United States of America.

Dated:     April 25, 2011

Gwenn Wycoff, in propria persona

DECLARATION OF GWENN WYCOFF                                        Page 2

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA              )

                                 )       SS

COUNTY OF LOS ANGELES      )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GWENN WYCOFF**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )

                             )     SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GWENN WYCOFF**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua