Frank Ozak
Gwenn Wycoff
c/o 2801 Ocean Park Boulevard # 296
Santa Monica, California 90403
Tel: 310-915-0135
e-mail: fcoz2003@yahoo.com
In Propria Persona

FILED

2011 APR 25  PM 2: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | **Case No: CV 10-5856-JHN (PLAx)** |
| Plaintiff | **DECLARATION OF BERNARD BRANDT IN SUPPORT OF PRIVILEGE LOG** |
| v. | |
| Gwenn Wycoff and Frank Ozak, | |
| Defendants. | |

I, BERNARD BRANDT, am not a party to the present action. If called upon to testify, I could and would do so, under penalty of perjury, as regards the following matters.

1. I am a Trustee of the Charles Arthur Trust. I have been Trustee of that Trust since 2009. As such, I have been authorized by the Board of Trustees of that Trust to make this Declaration.

2. The Charles Arthur Trust is the owner of the copyright of Volumes I and II of *The Art of Passing the Buck*, and is the owner of all rights appertaining to those two Volumes. Neither Gwenn Wycoff nor Frank Ozak own any rights to those volumes, and certainly do not own the reader's list for those volumes.

DECLARATION OF BERNARD BRANDT                                        Page 1

3.    The Charles Arthur Trust is also the legal owner of the Internet web site, www.passingbucks.com. George McCalip, the website's ostensible owner, maintains the website and is an agent for and on the Trust's behalf.

4.    Neither Gwenn Wycoff nor Frank Ozak were nor are the sole or even the primary authors of Volumes I and II of *The Art of Passing the Buck;* they certainly were not the final editor of those volumes.

5.    As a courtesy to Gwenn Wycoff and Frank Ozak, The Trustees of the Charles Arthur Trust permitted them to include a one page advertisement for their services in Volumes I and II of *The Art of Passing the Buck.* It was not our intent to convert those volumes from educational and political speech to commercial speech thereby, and the Trustees are in the process of removing those advertisements from all future editions of those Volumes.

6.    As a duly authorized Trustee of the Charles Arthur Trust, I hereby authorize Gwenn Wycoff and Frank Ozak to assert standing before this Honorable Court on the Trust's behalf, to protect the First Amendment rights of anonymity of readers of Volumes I and II of *The Art of Passing the Buck.* In the event this authorization is found to be ineffective or invalid, I express my intent as a duly authorized Trustee to rewrite and reissue my authorization in a form that this Honorable Court may find to be acceptable.

Signed under penalty of perjury according to the laws of the State of California and the United States of America.

Dated:    April 18, 2011    _____
                              BERNARD BRANDT

DECLARATION OF BERNARD BRANDT                                Page 2

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA          )

                             )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF BERNARD BRANDT**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA          )

                             )          SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF BERNARD BRANDT**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044


With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405


I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua