Gwinn Wycoff and Frank Ozak
2805 Ocean Park Blvd #296
Santa Monica, CA 90405
FCOZ2003@yahoo.com
310-398-6370

FILED
2011 APR 25 PM 2: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY
ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. CV 10-5856-JHN(PLAx) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF GAROLD** |
| Gwenn Wycoff and Frank Ozak, | **JEAN TEDDER** |
| Defendants | |

## DECLARATION OF GAROLD JEAN TEDDER

I, GAROLD JEAN TEDDER, do hereby make the following sworn declaration. All matters contained herein are of my personal knowledge unless stated as based on information and belief.

1. I served as a Trustee for the Solomon-Nabres Family Trust and affiliated Entities.

2. I am no longer a Trustee.

3. I am witness to a lengthy audit by the IRS of this trust group, and provide this information to clarify how these trusts were treated during the audit.

4. The three business trusts were chosen for audit for years 2001 - 2005.

5. I participated in depositions where a Panel of IRS Agents asked questions about the Trusts, the structure of the Trusts, the taxation of the Trusts and Beneficiaries.

1

6. Following the depositions I worked with Revenue Agent Fred Chynoweth, Bakersfield California IRS and I spent months supplying him with documents.

7. Before the Tax Court Date for Years 2001 and 2002, I participated in a settlement agreement with IRS Agents and Tax Counsel. The change requested for two of the Trusts was to reallocate a K-1 distribution to the Beneficiary George Serban.

8. Normally each Beneficiary received a percentage of distribution adjustments, but to keep the filings and the math simple, 100% of the adjustment was absorbed by the single Beneficiary.

9. The Trusts were not altered in any way, and these trusts continued to do business. The trusts were proven to be valid business entities, and a legitimate source of wealth distribution for all the family members.

10. Our Tax Attorney, Mac MacPherson, stated to me, trustee Dave, and George Serban after the first IRS Settlement Hearing (paraphrased); "I am shocked the Trusts were allowed to remain valid business entities. I have never seen this happen before."

11. Previously, Mac MacPherson had not supported these Trust Structures, always assuming a Common-law Trust was a scam.

12. The Tax Attorney Settlement Offer (I did not accept or allow): ignore the trust business transactions, convert all payments to the trusts as nondeductible expenses to the corporations, and treat all payments to the trusts as taxable dividends to George and Rita Serban. The details of this matter are beyond the scope of this Declaration.

13. The matters relating to the Solomon-Nabres Family Trust following this audit, had no relationship to the Trust Structure Status.

I, Garold Jean Tedder, do hereby swear under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Executed this _2ND_ day of November 2010, Bakersfield, California.

*by Garold Jean Tedder*

Garold Jean Tedder

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA                )

                                                  )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GAROLD JEAN TEDDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA          )

                            )      SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On April 25, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DECLARATION OF GAROLD JEAN TEDDER**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN

Trial Attorney, Tax Division

U.S Department of Justice

Post Office Box 7238

Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on April 25, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua