UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   2:10-cv-05856-JHN-PLAx                                    Date:  April 29, 2011
Title:     United States of America v. Gwenn Wycoff et al

Present:  The Honorable JACQUELINE H. NGUYEN

| Chris Silva | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
             Not Present                                    Not Present

**Proceedings: (IN CHAMBERS) ORDER DENYING PLAINTIFFS' MOTION TO ALTER JUDGMENT OF PRELIMINARY INJUNCTION [24]**

On March 11, 2011, the Court granted Plaintiff United States of America's motion for a preliminary injunction and entered a preliminary injunction against Defendants Gwenn Wycoff and Frank Ozak. (Docket no. 23.) On April 8, 2011, Defendants filed the instant Motion to Alter Judgment of Preliminary Injunction. (Docket no. 24.) The Court has read the papers filed in this matter and deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for May 9, 2011, is removed from the Court's calendar.

Federal Rule of Civil Procedure 59(e) allows for "motion[s] to alter or amend a judgment" if "filed no later than 28 days after the entry of the judgment." Rule 59(e), however, "offers an extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003) (internal quotation marks omitted). "[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Id.*

Moreover, under the local rules of the Central District of California, the court may reconsider its ruling on any motion only on a showing of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | |
|---|---|
| Case No.   2:10-cv-05856-JHN-PLAx | Date:  April 29, 2011 |
| Title:       United States of America v. Gwenn Wycoff et al | |

   (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision.

L.R. 7-18.

Plaintiffs have failed to establish any of these prerequisites to reconsideration of the preliminary injunction entered against them. Therefore, Defendants' Motion is hereby **DENIED**.

**IT IS SO ORDERED**.

0: 00

Initials of Preparer    CSI
