ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GWENN WYCOFF, and<br><br>FRANK OZAK,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. CV10-5856-JHN (PLAx)<br>)<br>) **EX PARTE APPLICATION**<br>**TO AMEND ORDER RE**<br>**COURT TRIAL**<br>)<br>)<br>) |

The United States of America ("United States") hereby applies pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 7-19, for an Order amending this Court's January 7, 2011 Order re Court Trial (Docket No. 22).

In this case, filed August 6, 2010 (Docket No. 1), the United States seeks to enjoin the Defendants under 26 U.S.C. §§ 7402 and 7408 of the Internal Revenue Code ("I.R.C.") from further promoting certain tax fraud schemes involving the creation and management of "common-law" trusts. The United States' motion for a Preliminary Injunction against the Defendants was granted on March 11, 2011 (Docket No. 23). Prior to that ruling, the Court issued its Order re Court Trial in January of 2011 setting forth discovery and other pretrial deadlines. In particular, the Court set June 30, 2011 as the fact discovery cut-off. Since January, the parties have exchanged written discovery requests, and the Government has deposed one of the Defendants.

In May, the parties began discussing the possibility of entry of a consent permanent injunction that would resolve this case in its entirety, and have since made substantial progress in their talks. Those discussions have been impeded, however, by the unexpected illness of Defendant Ozak, who was hospitalized at the end of May and is now convalescing in a hospice. At present, the Defendants (who have appeared *pro se* in this matter) are unsure when precisely Mr. Ozak will be well enough to again participate in settlement discussions with the Government, although the Defendants anticipate he will be able to do so later in the month.

Given these circumstances, the parties believe good cause exists for extending the existing discovery deadline from June 30, 2011 to August 31, 2011. The parties will not be able both to complete settlement discussions and the discovery they still need to take (which includes additional depositions as well as a possible motion to compel) within the existing discovery cut-off deadline. Mr. Ozak's illness compounds

the problem.  Extending the discovery deadline, by contrast, will allow the parties sufficient time either to resolve the case in full, or complete remaining discovery if the settlement discussions fail.  None of the other deadlines set forth in the Order will be affected by the relief requested in this motion.  The parties do not anticipate offering expert witnesses in this case, so the deadlines set forth for such disclosures are moot, and extending the cut-off for fact discovery to the end of August will not prevent the parties from making dispositive motions by the September 26th deadline set forth in the Order.

Defendants' address and contact information for this lawsuit is 2801 Ocean Park Boulevard, No. 296, Santa Monica, California 90405, (310) 398 - 6370,fcoz2003@yahoo.com and pergwenn@ca.rr.com. Counsel for the United States spoke by telephone with Defendant Wycoff on June 3, 2011 about the relief sought in this motion, and specifically asked Defendant Wycoff to discuss the matter with Defendant Ozak.  That same day, Defendant Wycoff represented to Government's counsel by telephone as well as return e-mail that the Defendants did not object to the requested Order amending the existing Order re Court Trial.

Accordingly, for the reasons stated herein, the Government respectfully requests that this Court grant its *Ex Parte* Application to Amend the Order Re Court Trial and extend the cut-off date for fact discovery from June 30th to August 31st.  A proposed Order is attached.

June 10, 2011

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov


/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2011, I served the foregoing *United States' Ex Parte Application to Amend Order re Court Trial*, and all related papers, by first class mail upon the following:

Gwenn H. Wycoff
Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, California 90405

Counsel *Pro Se*

/s/ Brian H. Corcoran
BRIAN H. CORCORAN