ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. CV10-5856-JHN (PLAx) |
| GWENN WYCOFF, and FRANK OZAK, | ) ) ) ) | **PROPOSED ORDER GRANTING APPLICATION TO AMEND ORDER RE COURT TRIAL** |
| Defendants. | ) | |

4575123.1

This matter before the Court is Plaintiff the United States of America's *Ex Parte* Application, filed June 10, 2011, to Amend this Court's January 7, 2011 Order re Court Trial (Docket No. 22) to extend the discovery cut-off date through and including August 31, 2011. The Court has considered the application filed in this matter and deems the matter appropriate for decision without oral argument or additional briefing.  *See* Fed. R. Civ. P. 78(b); Local Rules 7-15 and 7-19.

Based upon the *ex parte* application filed herein, and for good cause shown, pursuant to Fed. R. Civ. P. 16(b)(4),  the Court hereby GRANTS the United States' Application, and amends the Order re Court Trial to extend the discovery cut-off from June 30, 2011 to and including August 31, 2011.

**IT IS SO ORDERED**

Dated: _____, 2011

_____
Jacqueline H. Nguyen, Judge
United States District Court

4575123.1