ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GWENN WYCOFF, and ) <br> FRANK OZAK, ) <br> ) <br> Defendants. ) | Civil No. CV10-5856-JHN (PLAx) <br><br> **EX PARTE APPLICATION FOR ENTRY OF STIPULATED ORDER OF PERMANENT INJUNCTION** |

4575123.1

Pursuant to Local Rule 7-19, the United States hereby applies for entry of the enclosed Stipulated Order of Permanent Injunction.

In this case, filed August 6, 2010 (Docket No. 1), the United States seeks to enjoin the Defendants under 26 U.S.C. §§ 7402 and 7408 of the Internal Revenue Code ("I.R.C.") from further promoting certain tax fraud schemes involving the creation and management of "common-law" trusts. The United States' motion for a Preliminary Injunction against the Defendants was granted on the papers on March 11, 2011 (Docket No. 23).

In May, the parties began discussing the possibility of entry of a consent permanent injunction that would resolve this case in its entirety. The talks were successful, and the parties were able to agree upon the terms of a permanent injunction (a signed copy of which is enclosed).

Given these circumstances, the parties believe good cause exists for entry of the enclosed Stipulated Order of Permanent Injunction. The terms of the enclosed Order adequately address the concerns that led the United States to file this suit. The Defendants have no objection to entry of the Order by this Court, and have signed the Stipulated Order.

Pursuant to Local Rule 7-19, the United States notes that Defendants' address and contact information for this lawsuit is 2801 Ocean Park Boulevard, No. 296, Santa Monica, California 90405, (310) 398 - 6370,fcoz2003@yahoo.com and pergwenn@ca.rr.com. Counsel for the United States spoke by telephone with Defendants Wycoff and Ozak on August 26, 2011; August 29, 2011; and August 30, 2011 about the relief sought in this motion. Defendants indicated over the course of these discussions that they accepted the form of the enclosed Stipulated Order, and that they did not object to the Government's filing of the Order for entry by this Court.

4575123.1

Accordingly, for the reasons stated herein, the Government respectfully requests that this Court enter the enclosed Stipulated Order of Permanent Injunction.

September 6, 2011

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DARWIN THOMAS
Ca. Bar No. 80745
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2740
Facsimile:   (213) 894-0115
Email: darwin.thomas@usdoj.gov

/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

4575123.1

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on September 6, 2011, I caused the foregoing *United States' Ex Parte Application for Entry of Stipulated Order of Permanent Injunction*, and all related papers, to be served by first class mail upon the following:

Gwenn H. Wycoff
Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, California 90405

Counsel *Pro Se*

/s/ Brian H. Corcoran
BRIAN H. CORCORAN

4575123.1