FILED

2011 OCT -6  AM 11: 02

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

ORIGINAL

Frank Ozak
Gwenn Wycoff
c/o 2801 Ocean Park Boulevard # 296
Santa Monica, California 90403
Tel: 310-915-0135
e-mail: fcoz2003@yahoo.com
In Propria Persona

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

United States of America,

               Plaintiff

v.

Gwenn Wycoff and Frank Ozak,

               Defendants.

**Case No: CV 10-5856-JHN (PLAx)**

**DEFENDANTS' CERTIFICATION OF *AMENDED*STIPUULATED (SIC) ORDER OF PERMANENT INJUNCTION**

Defendants Gwenn Wycoff and Frank Ozak hereby file and serve their Certification of compliance with the several conditions contained within the *AMENDED* STIPUULATED (SIC) ORDER OF PERMANENT INJUNCTION, signed by the Honorable Jacqueline H. Nguyen, United States District Judge, on September 8, 2011, as follows:

1.     That within ten days of September 8, 2011, Defendants caused to to be posted on the "www.passingbucks.com" website a copy of such Order, as per Paragraph No. 5 of said Order. Links to that Order can be found at http://www.passingbucks.com, and a true and complete copy such Order may be found at http://www.passingbucks.com/court/perm.pdf;

2.     That subsequent to September 8, 2011, on September 29, 2011

DEFENDANTS' CERTIFICATION OF *AMENDED*STIPUULATED (SIC) ORDER
OF PERMANENT INJUNCTION              Page 1

11:56:09 a.m., and as per Paragraph 6 of the above-described Order, Defendants e-mailed all persons: (a) who had purchased from them any products, services, advice, or publications associated with the alleged tax scheme described in the underlying complaint; (b) all individuals who had purchased a copy of either volume of *The Art of Passing the Buck* in the past five years (where the Defendants could reasonably ascertain the mailing or e-mail addresses of such purchasers); and (c) all of the Defendants' employees, affiliates, or associates (including but not limited to existing Trustees relating to any trusts associated with the Defendants in any way, such as the Trustees of the Charles Arthur Enterprises Trust), and provided such individuals so described with a copy of the above-described Order. Defendants accomplished the above through a letter sent via e-mail, an exact copy of which may be found at http://www.passingbucks.com/court/letter.pdf.

3.      Pursuant to Pursuant to 26 U.S.C. § 7402, and as per Paragraph No. 7 of the above-described Order, the Defendants, with respect to the two-volume publication, *The Art of Passing the Buck,* caused to be removed from all existing unsold copies, and all copies within their control to be sold in future, the end-pages of each separate volume (as reproduced in Schedule B appended to this Order) advertising their services and/or the services of "Charles Arthur Enterprises."

4.      Pursuant to 26 U.S.C. § 7402, and as per Paragraph No. 7 of the above-described Order, the Defendants have e-mailed to all purchasers of either volume of *The Art of Passing the Buck* since its publication (to the extent that Defendants could reasonably ascertain the e-mail addresses of such purchasers) a notification (in the form appended to the above-described Order as Schedule C) indicating that the purchaser should not rely on either volume of the work in determining the

DEFENDANTS' CERTIFICATION OF *AMENDED*STIPUULATED (SIC) ORDER
OF PERMANENT INJUNCTION                                    Page 2

purchaser's federal income tax liability, but should instead seek appropriate professional assistance. Defendants accomplished the above through a letter sent via e-mail, an exact copy of which may be found at http://www.passingbucks.com/court/letter.pdf.

5.    Pursuant to 26 U.S.C. § 7402, and as per Paragraph No. 7 of the above-described Order, the Defendants have caused a copy of the notification described in Paragraph 7(b) and appended as Schedule C to this Order to be inserted or included with all copies of *The Art of Passing the Buck* sold by the Charles Arthur Trust after the date of the present Order.

6.    Pursuant to 26 U.S.C. § 7402, and as per Paragraph No. 8 of the above-described Order, the Defendants have caused to be cancelled or taken out of service the e-mail address trustservices@passingbucks.com.

We declare and certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that the present Certification is executed in the County of Los Angeles, in the city of Santa Monica, on the date described below.

Dated:    October 6, 2011    _____
Gwenn Wycoff, in propria persona

Dated:    October 6, 2011    _____
Frank Ozak, in propria persona

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA                    )

                                                )        SS

COUNTY OF LOS ANGELES          )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street No. 19, Orange, CA  92865

On October 06, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DEFENDANTS' CERTIFICATION**

**OF *AMENDED*STIPUULATED (SIC)**

**ORDER OF PERMANENT INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

SANDRA R. BROWN,  DARWIN THOMAS and ANDRÉ BIROTTE JR.

Assistant United States Attorneys

Chief, Tax Division

Federal Building, Room 7211

300 North Los Angeles St.

Los Angeles, California 90012

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak

2801 Ocean Park Blvd., No. 296

Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on October 06, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

*Heidemarie Kauahikaua*

Heidemarie Kauahikaua

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA          )

                             )        SS

COUNTY OF LOS ANGELES        )

I am resident of the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My resident address is:

2295 North Tustin Street, No. 19, Orange, CA  92865

On October 06, 2011 I mailed the foregoing documents described as:

**Case No. CV 10-5856 JHN (PLAx)**

**DEFENDANTS' CERTIFICATION OF**

**\*AMENDED\* STIPUULATED (SIC)**

**ORDER OF PERMANENT INJUNCTION**

on the interested parties in this action by placing a true copy therefore enclosed in a sealed envelope address as follows:

BRIAN H. CORCORAN
Trial Attorney, Tax Division
U.S Department of Justice
Post Office Box 7238
Washington, DC  20044

With a return address of:

Gwenn H. Wycoff and Frank C. Ozak
2801 Ocean Park Blvd., No. 296
Santa Monica, CA  90405

I placed such envelope(s) with fully paid 1st class postage affixed, in the United States mail at West Los Angeles, California.

Executed on October 06, 2011 at West Los Angeles, California.

I declare under a penalty of perjury under the laws of the State of California that the above is a true and correct.

Heidemarie Kauahikaua